# EXHIBIT A

US008402666B1

(12) **United States Patent**
Hsu et al.

(10) **Patent No.:** **US 8,402,666 B1**
(45) **Date of Patent:** **Mar. 26, 2013**

(54) **MAGNETO METER USING LORENTZ FORCE FOR INTEGRATED SYSTEMS**

(75) Inventors: **George Hsu**, Menlo Park, CA (US); **Anthony F. Flannery**, Menlo Park, CA (US); **Adolf Van Der Heide**, Menlo Park, CA (US)

(73) Assignee: **MCube, Inc.**, Menlo Park, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 303 days.

(21) Appl. No.: **12/957,222**

(22) Filed: **Nov. 30, 2010**

**Related U.S. Application Data**

(60) Provisional application No. 61/265,346, filed on Nov. 30, 2009.

(51) **Int. Cl.**
  *G01C 17/38* (2006.01)
  *G06F 19/00* (2011.01)
(52) **U.S. Cl.** ........................................... **33/356**; 33/303
(58) **Field of Classification Search** .................... 33/356, 33/303, 361, 355 R
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,195,945 | B1 | 3/2007 | Edelstein et al. |
| 8,236,577 | B1 * | 8/2012 | Hsu et al. ........................... 438/3 |

| | | | |
|---|---|---|---|
| 2004/0227201 | A1 | 11/2004 | Borwick, III et al. |
| 2005/0252293 | A1 | 11/2005 | Wong et al. |
| 2006/0274399 | A1 | 12/2006 | Yang |
| 2008/0014682 | A1 | 1/2008 | Yang et al. |
| 2012/0007597 | A1 * | 1/2012 | Seeger et al. .................. 324/244 |
| 2012/0007598 | A1 * | 1/2012 | Lo et al. ......................... 324/252 |
| 2012/0215475 | A1 * | 8/2012 | Rutledge et al. ................ 702/94 |

OTHER PUBLICATIONS

Notice of Allowance for U.S. Appl. No. 13/007,574, mailed on Apr. 6, 2012, 5 pages.
International Search Report and Written Opinion of PCT Application No. PCT/US10/054567, mailed on Jan. 6, 2011, 7 pages total.

* cited by examiner

*Primary Examiner* — Yaritza Guadalupe-McCall
(74) *Attorney, Agent, or Firm* — Kilpatrick Townsend & Stockton LLP

(57) **ABSTRACT**

Embodiments of the present invention can provide an integrated electronic compass and circuit system having a semiconductor substrate and one or more CMOS integrated circuits formed on one or more portions of the semiconductor substrate. The system can have an electronic compass device operably coupled to the one or more CMOS integrated circuits. The system can also have a plurality of electronic compass devices configured in a parallel arrangement in a hub and spoke configuration.

**20 Claims, 20 Drawing Sheets**







FIG. 1A



FIG. 1B



FIG. 2A



FIG. 2B



FIG. 3A

FIG. 3B



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



## FIG. 13



## FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18





FIG. 19



FIG. 20

US 8,402,666 B1

# MAGNETO METER USING LORENTZ FORCE FOR INTEGRATED SYSTEMS

## CROSS-REFERENCES TO RELATED APPLICATIONS

The present application claims priority to and incorporates by reference, for all purposes, the following pending patent application: U.S. Pat. App. No. 61/265,346, filed Nov. 30, 2009. The present invention also incorporates by reference, for all purposes, the following co-pending patent applications: U.S. patent application Ser. No. 12/859,631, filed Aug. 19, 2010, U.S. Pat. App. No. 61/356,467, filed Jun. 18, 2010, U.S. patent application Ser. No. 12/859,672, filed Aug. 19, 2010, U.S. patent application Ser. No. 12/859,647, filed Aug. 19, 2010, and U.S. patent application Ser. No. 12/913,440, filed Oct. 27, 2010.

## BACKGROUND OF THE INVENTION

Embodiments of the present invention relates generally to electronic and mechanical devices technologies. More particularly, embodiments of the present invention provide an electronic compass that is preferably integrated with one or more integrated circuits and other micro-electrical mechanical systems, commonly termed MEMS. Merely by way of example, the MEMS devices can include at least an accelerometer, a gyroscope, a magnetic sensor, a pressure sensor, a microphone, a humidity sensor, a temperature sensor, a chemical sensor, a biosensor, an inertial sensor, and others. Additionally, the other applications include at least a sensor application or applications, system applications, and broadband applications, among others. But it will be recognized that embodiments of the invention have a much broader range of applicability.

Research and development in integrated microelectronics have continued to produce astounding progress in CMOS and MEMS. CMOS technology has become the predominant fabrication technology for integrated circuits (IC). MEMS, however, continues to rely upon conventional process technologies. In layman's terms, microelectronic ICs are the "brains" of an integrated device which provides decision-making capabilities, whereas MEMS are the "eyes" and "arms" that provide the ability to sense and control the environment. Some examples of the widespread application of these technologies are the switches in radio frequency (RF) antenna systems, such as those in the iPhone™ device by Apple, Inc. of Cupertino, Calif., and the Blackberry™ phone by Research In Motion Limited of Waterloo, Ontario, Canada, and accelerometers in sensor-equipped game devices, such as those in the Wii™ controller manufactured by Nintendo Company Limited of Japan. Though they are not always easily identifiable, these technologies are becoming ever more prevalent in society every day.

Beyond consumer electronics, use of IC and MEMS has limitless applications through modular measurement devices such as accelerometers, gyroscopes, actuators, and sensors. In conventional vehicles, accelerometers and gyroscopes are used to deploy airbags and trigger dynamic stability control functions, respectively. MEMS gyroscopes can also be used for image stabilization systems in video and still cameras, and automatic steering systems in airplanes and torpedoes. Biological MEMS (Bio-MEMS) implement biosensors and chemical sensors for Lab-On-Chip applications, which integrate one or more laboratory functions on a single millimeter-sized chip only. Other applications include Internet and telephone networks, security and financial applications, and

health care and medical systems. As described previously, ICs and MEMS can be used to practically engage in various type of environmental interaction.

Although highly successful, ICs and in particular MEMS still have limitations. Similar to IC development, MEMS development, which focuses on increasing performance, reducing size, and decreasing cost, continues to be challenging. Additionally, applications of MEMS often require increasingly complex microsystems that desire greater computational power. Unfortunately, such applications generally do not exist. These and other limitations of conventional MEMS and ICs may be further described throughout the present specification and more particularly below.

From the above, it is seen that techniques for improving operation of integrated circuit devices and MEMS are highly desired.

## BRIEF SUMMARY OF THE INVENTION

According to embodiments of the present invention, techniques related generally to electronic and mechanical devices are provided. More particularly, embodiments of the present invention provide an electronic compass that is preferably integrated with one or more integrated circuits and other micro-electrical mechanical systems, commonly termed MEMS. Merely by way of example, in a specific embodiment, the MEMS devices can include one or more of at least an accelerometer, a gyroscope, a magnetic sensor, a pressure sensor, a microphone, a humidity sensor, a temperature sensor, a chemical sensor, a biosensor, an inertial sensor, and others. Additionally, the other applications include at least a sensor application or applications, system applications, and broadband applications, among others. But it will be recognized that the invention has a much broader range of applicability.

A specific embodiment of the present invention provides an integrated electronic compass and circuit system. The system includes a semiconductor substrate and one or more CMOS integrated circuits formed on one or more portions of the semiconductor substrate. The system has an electronic compass device operably coupled to the one or more CMOS integrated circuits.

Embodiments of the present invention can provide many benefits over conventional techniques. For example, the present technique provides an easy to use process that relies upon conventional technology. In some embodiments, the method provides higher device yields in dies per wafer with the integrated approach. Additionally, some embodiments provide a process and system that are compatible with conventional process technology without substantial modifications to conventional equipment and processes. Preferably, embodiments of the invention provide for an improved CMOS integrated circuit device and related methods for a variety of uses. Depending upon the embodiment, one or more of these benefits may be achieved. These and other benefits will be described in more throughout the present specification and more particularly below.

Various additional embodiments, features, and advantages of the present invention can be more fully appreciated with reference to the detailed description and accompanying drawings that follow.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1A** is a simplified perspective diagram of an integrated MEMS and circuit system according to an embodiment of the present invention;

US 8,402,666 B1

3

FIG. 1B is a simplified top diagram of an integrated MEMS and circuit system according to an embodiment of the present invention;

FIGS. 2A and 2B are simplified diagram of a model and circuit system of an electronic compass according to an embodiment of the present invention;

FIG. 3A is a simplified top diagram of an electronic compass configuration according to an embodiment of the present invention;

FIG. 3B is a simplified top diagram of an electronic compass configuration according to another embodiment of the present invention;

FIG. 4 is a simplified diagram of an electronic compass using a Lorentz force configuration according to an embodiment of the present invention; and

FIG. 5 is a simplified diagram of an electronic compass using a Lorentz force configured as a circular array according to an embodiment of the present invention.

FIG. 6 is a simplified perspective diagram of an electronic compass configuration according to an embodiment of the present invention;

FIG. 7 is a simplified top diagram of an electronic compass configuration according to an embodiment of the present invention;

FIG. 8 is a simplified side diagram of an electronic compass configuration according to an embodiment of the present invention;

FIG. 9 is a simplified perspective diagram of an electronic compass configuration according to an embodiment of the present invention;

FIG. 10 is a simplified perspective diagram of an electronic compass configuration according to an embodiment of the present invention;

FIG. 11 is a simplified side diagram of an electronic compass configuration according to an embodiment of the present invention;

FIG. 12 is a simplified perspective diagram of an electronic compass configuration according to an embodiment of the present invention;

FIG. 13 is a simplified top diagram of an electronic compass configuration according to an embodiment of the present invention;

FIG. 14 is a simplified side diagram of an electronic compass configuration according to an embodiment of the present invention;

FIG. 15 is a simplified perspective diagram of an electronic compass configuration according to an embodiment of the present invention;

FIG. 16 is a simplified top diagram of an electronic compass configuration according to an embodiment of the present invention;

FIG. 17 is a simplified perspective diagram of an electronic compass configuration according to an embodiment of the present invention;

FIG. 18 is a simplified top diagram of an electronic compass configuration according to an embodiment of the present invention;

FIG. 19 is a simplified perspective diagram of an electronic compass configuration according to an embodiment of the present invention; and

FIG. 20 is a simplified side diagram of an electronic compass configuration according to an embodiment of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

According to the present invention, techniques related generally to electronic and mechanical devices are provided.

4

More particularly, the present invention provides an electronic compass that is preferably integrated with one or more integrated circuits and other micro-electrical mechanical systems, commonly termed MEMS. Merely by way of example, the MEMS devices can include at least an accelerometer, a gyroscope, a magnetic sensor, a pressure sensor, a microphone, a humidity sensor, a temperature sensor, a chemical sensor, a biosensor, an inertial sensor, and others. Additionally, the other applications include at least a sensor application or applications, system applications, and broadband applications, among others. But it will be recognized that the invention has a much broader range of applicability.

FIG. 1A is a simplified perspective diagram of an integrated MEMS and circuit system according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown, system 100 includes a substrate layer 110, a semiconductor layer 120, integrated devices 140-143, and an encapsulation layer 150. In a specific embodiment, each of devices 140-143 can include a MEMS device; FIG. 1 depicts the integrated system as having an accelerometer 140, a gyroscope 141, a magnetic sensor 142, and a pressure sensor 143, among others. These MEMS devices are integrated with common semiconductor layer 120 on top of common substrate layer 110 and are covered by encapsulation layer 150, although there may be fewer or more devices in other embodiments. In an embodiment, common semiconductor layer 120 can be made of a silicon material or any other appropriate semiconductor. Semiconductor layer 120 can include a CMOS layer or any other appropriate layer for implementing microelectronics. CMOS layer 120 includes a surface region which forms an interface region 130, on which devices 140-143 can be configured. Further details of various integration techniques of the component layers and devices are provided below.

In various embodiments, MEMS devices 140-143 can include any combination of MEMS devices. These can include accelerometers, gyroscopes, microphones, sensors, and others. Though not exclusively, the sensors can by any of the following types: magnetic, pressure, humidity, temperature, chemical, biological, or inertial. In further embodiments, any number of MEMS devices can be included in integrated system 100, and each of these devices can comprise one or more deposited materials, one or more bonded materials, or others. Of course, there can be other variations, modifications, and alternatives.

In various embodiments, semiconductor layer 120 can include a CMOS layer comprised of any number of metal layers and can be provided on any type of design rule, such as a 0.18 micron design rule (or 0.11 micron or 90 nm or 70 nm or 55 nm) or less. Also, interface region 130 formed by the semiconductor layer can be integrated with any number of CMOS devices, which can be configured from a foundry compatible process, such as those of semiconductor foundry operations of Taiwan Semiconductor Manufacturing Corporation, and others. In other embodiments, the CMOS devices can be manufactured using other suitable processes. Devices 140-143, and possibly additional devices, can all be configured individually in separate portions of interface region 130. In further embodiments, MEMS devices 140-143, and additional devices, and comprise an upper surface region that faces away from CMOS layer 120 and devices. One skilled in the art would recognize other variations, modifications, and alternatives.

In various embodiments, overlying encapsulation layer 150 can include a chip scale packaging (CSP) layer, such as a

US 8,402,666 B1

**5**

wafer level chip scale package (WL-CSP), also known as a wafer level package (WLP). Any other CSP method may be substituted if deemed appropriate by those skilled in the art. Additionally, CSP layer **150** can be configured to hermetically seal any number of the integrated devices on interface region **130**. Again, there can be many other variations, modifications, and alternatives.

The present technique provides an easy to use process that relies upon conventional technology. This technique can reduce off-chip connections, which makes the mass production of smaller and thinner units possible. Also, integrated MEMS and circuit technology can achieve high accuracy through the minimization of parasitic resistances and capacitances due to integrated fabrication techniques. In some embodiments, the method provides higher device yields in dies per wafer with the integrated approach. Additionally, the method provides a process and system that are compatible with conventional process technology without substantial modifications to conventional equipment and processes.

It is also understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this application and scope of the appended claims. Further details of the integration of CMOS and MEMS devices can be found throughout the present specification and more particularly below.

FIG. **1B** is a simplified top diagram of an integrated MEMS and circuit system according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown, system **150** includes a semiconductor layer **160**, devices **170-173**, and an interface region **180**. Of course, there can be other variations, modifications, and alternatives. In a specific embodiment, the each of the devices **170-173** can include a MEMS device; FIG. **1B** depicts the integrated system **150** as having an accelerometer **170**, a gyroscope **171**, a magnetic sensor **172**, and a pressure sensor **173**, and possibly other devices, and combinations. These MEMS devices are integrated with common semiconductor layer **160**. In an embodiment, common semiconductor layer **160** can be made of a silicon material or any other appropriate semiconductor. Semiconductor layer **160** can include a CMOS layer or any other appropriate layer for implementing microelectronics. CMOS layer **160** includes a surface region which forms an interface region **180**, on which devices **170-173** can be configured.

In various embodiments, MEMS devices **170-173** can include any combination of MEMS devices. These can include accelerometers, gyroscopes, microphones, sensors, and others. Though not exclusively, the sensors can by any of the following types: magnetic, pressure, humidity, temperature, chemical, biological, or inertial. In further embodiments, any number of MEMS devices can be included in integrated system **150**, and each of these devices can comprise one or more deposited materials, one or more bonded materials, or others. Of course, there can be other variations, modifications, and alternatives.

In various embodiments, semiconductor layer **160** can include a CMOS layer comprised of any number of metal layers and can be provided on any type of design rule, such as a 0.18 micron design rule or less. Also, interface region **180** formed by the semiconductor layer can be integrated with any number of CMOS devices, which can be configured from a foundry compatible process. Devices **170-173**, and possibly additional devices, can all be configured individually in sepa-

**6**

rate portions of interface region **180**. In further embodiments, MEMS devices **170-173**, and additional devices, and comprise an upper surface region that faces away from CMOS layer **160** and devices. One skilled in the art would recognize other variations, modifications, and alternatives.

It is also understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this application and scope of the appended claims. Further details of the magnetic devices can be found throughout the present specification and more particularly below.

As background information, we have described a general principle of a Lorentz force based magnetic sensor that takes advantage of the physical force exerted upon a conductor carrying a current vector within a magnetic field vector. The force exerted on the conductor is then given by the vector cross product of the two constituent vectors. If the current vector through the conductor is controlled by a current source, then the magnetic field vector can be calculated if a force measuring means is provided to measure the force that is physically exerted upon the conductor by the Lorentz force. In principle, the approach should lend itself well to the fabrication techniques employed in MEMS processing that are used to fabricate accelerometers, gyroscopes, tuning fork oscillators and pressures sensors. In practice, however, a challenge lies within creating MEMS structures that are sensitive enough to be able to measure the magnetic field increment necessary for useful applications, such as electronic compassing. Furthermore, MEMS structures created to work for magnetic fields in the Z axis do not lend themselves well to the MEMS fabrication capabilities necessary for implementation within the X and Y axes and vice versa. It is in light of these challenges, that the present invention is unique and is believed to overcome these and other limitations.

FIG. **2A** is a simplified diagram of a model of an electronic compass according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown is a long wire coupled **210** between a pair of sensing elements **220**. Wire **210** is configured with electrical current (I) and is subjected to a gravitational field. Movement causes force (F). In a specific embodiment, when a current is passed through long straight wire **210** lying within the magnetic field that has an orthogonal component to the direction of the current flow, the Lorentz force acts upon wire **210** as the result of the cross product between the direction of the current flow and the direction of the magnetic field. Wire **210** is constructed so as to be free to move and its physical displacement is measured. This measured physical displacement is proportional to the strength of the magnetic field. The freely moving wire can be a highly doped silicon MEMS spring structure or the like whose geometry is selected in order to carry the signal current the maximum length possible within the direction necessary in order to measure the desired magnetic field component in the direction of interest, and whose movement mode maximizes the displacement distance in the direction of the resultant Lorentz force. Displacement, and therefore detectable signal strength, can be further enhanced if the current is comprised of a time alternating signal whose frequency is chosen to match the natural resonant frequency of the spring structure current carrying wire. The detection means can either one or a combination of capacitance sensing, piezo-resistance sensing, optical sensing, or any other means of sensing the dis-

US 8,402,666 B1

7

placement distance of a moveable structure. Further details of the present device and related methods are described throughout the present specification and more particularly below.

FIG. 2B is a simplified diagram of a circuit configuration of an electronic compass according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown in a preferred embodiment of the present invention, the present system 250 includes a MEMS clamped-clamped elongated resonating bar structure 260 that acts as a flat leaf spring or other like configuration. In one or more embodiments, three identical MEMS structures are required at a minimum, but there can be more or fewer. One of the structures is used solely as a timing element in a harmonic oscillator configuration in order to produce a timing current signal, which is then amplified and buffered and fed into the detector resonant structures.

In one or more embodiments, the two detector or sense resonant structures are aligned to be anti-parallel to each other and carry the same excitation current in series. The electrodes affixed about the reference resonating bar contain both a set of excitation electrodes and a set of sense electrodes, while the detector resonator structures contain only sense electrodes. In a preferred embodiment, the sense electrodes are configured to measure the change in capacitance caused by the maximum displacement of the resonating detector structures, which would only be non-zero whenever there was a non-zero value of the cross product of the two aforementioned vectors of current flow and magnetic field. Because the current flow would be in opposite directions through the series connected detector resonator structures, all signals or perturbations which were non magnetic in nature such as gravitational pull, shock, vibration and thermal effects would create displacements in both structures in the same direction, while the Lorentz force would only create displacements in opposing directions. Thus, when the signals from the two structures are differenced, all common mode perturbations are rejected while only magnetic signal induced signals remain. As a further enhancement to the present invention, the reference oscillator structure would be purposely fabricated with a softer spring constant than the detector oscillator structures, while biasing electrodes are placed at their flex points whereby the individual spring constants can be electrically softened, such that the quality factors for each individual structure can be fine tuned by phase lock looping the softening electrodes to always match the resonant frequency of the reference electrode. Thus, structures with extremely high quality factor gains can be used so that mechanical gain of a high quality factor can be leveraged to cause the maximum displacement for the smallest given Lorentz excitation force. In the preferred embodiment of the present invention, the reference oscillator signal is also used directly to AM demodulate the sensed structure signals to output a DC voltage proportional to the applied magnetic field.

In a specific embodiment, the sense direction of a Z-axis measurement embodiment of the present invention needs to have the sense electrodes in the horizontal plain with respect to the sensing structures, while the sense direction of an X or Y structure needs to be in the vertical plain with respect to the sensing directions. In order to maintain the common mode configurations of the sensed elements, the X and Y structures need to be excited in a teeter-totter mode, which is a higher order mode than the fundamental mode that the Z-axis sensor is operated in. Of course, there can be other variations, modifications, and alternatives.

8

FIG. 3A is a simplified top diagram of an electronic compass configuration according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown, system 300 includes an interface region 330 and an electronic compass configuration 361. One of ordinary skill in the art will recognize other variations, modifications, and alternatives.

In an embodiment, the electronic compass configuration includes movable plates and electrodes. Each of the movable plates can be configured with an oscillating current signal. In a specific embodiment, the plates can be subjected to an external magnetic field, which can cause an output of a capacitance measurement between the electrodes. In an embodiment, the external magnetic field causes the moving plates to defect in a direction perpendicular to the magnetic field and the oscillating current signal. Additionally, each of the electrodes can be configured to be drive devices or sensing devices. In various embodiments, the plates can output a reference current that can be provided for one or more sensing devices. Additionally, those electrodes configured to be sensing devices can include one or more amplifier devices, which can be configured to output one or more DC signals. Of course, there can be other variations, modifications, and alternatives.

In various embodiments, the semiconductor layer can include a CMOS layer comprised of any number of metal layers and can be provided on any type of design rule, such as a 0.18 micron design rule (or 0.11 micron or 90 nm or 70 nm or 55 nm) or less. Also, interface region 1030 formed by the semiconductor layer can be integrated with any number of CMOS devices, which can be configured from a foundry compatible process, such as those of semiconductor foundry operations of Taiwan Semiconductor Manufacturing Corporation, and others. In an embodiment, the electronic compass device can be coupled to the integrated CMOS circuits using one or more via structures. One skilled in the art would recognize other variations, modifications, and alternatives.

It is also understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this application and scope of the appended claims.

FIG. 3B is a simplified top diagram of an electronic compass configuration according to another embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown, system 300 includes an interface region 330 and an electronic compass configuration 361. One of ordinary skill in the art will recognize other variations, modifications, and alternatives.

In an embodiment, the electronic compass configuration includes movable plates and electrodes. Each of the movable plates can be configured with an oscillating current signal. In a specific embodiment, the plates can be subjected to an external magnetic field, which can cause an output of a capacitance measurement between the electrodes. In an embodiment, the external magnetic field causes the moving plates to defect in a direction perpendicular to the magnetic field and the oscillating current signal. Additionally, each of the electrodes can be configured to be drive devices or sensing devices. In various embodiments, the plates can output a reference current that can be provided for one or more sensing devices. Additionally, those electrodes configured to be sens-

US 8,402,666 B1

9

ing devices can include one or more amplifier devices, which can be configured to output one or more DC signals. Of course, there can be other variations, modifications, and alternatives.

In various embodiments, the semiconductor layer can include a CMOS layer comprised of any number of metal layers and can be provided on any type of design rule, such as a 0.18 micron design rule (or 0.11 micron or 90 nm or 70 nm or 55 nm) or less. Also, interface region **1030** formed by the semiconductor layer can be integrated with any number of CMOS devices, which can be configured from a foundry compatible process, such as those of semiconductor foundry operations of Taiwan Semiconductor Manufacturing Corporation, and others. In an embodiment, the electronic compass device can be coupled to the integrated CMOS circuits using one or more via structures. One skilled in the art would recognize other variations, modifications, and alternatives.

It is also understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this application and scope of the appended claims.

FIG. **4** is a simplified diagram of an electronic compass using a Lorentz force configuration according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. As shown, device **400** includes an electronic compass configuration. The electronic compass configuration can have a movable element **410**, one or more anchors **420**, and one or more spring structures **430**. One of ordinary skill in the art would recognize other variations, modifications, and alternatives.

FIG. **5** is a simplified diagram of an electronic compass using a Lorentz force configured as a circular array according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown is the circular array **500**, which include additional or fewer support structures and/or spoke plates according to one or more embodiments. Of course, there can be other variations, modifications, and alternatives.

In an embodiment, the electronic compass configuration includes a plurality of electronic compass devices. Each of the electronic compass devices can include a movable plate **510**, a first sensing plate **520**, a second sensing plate **530**, and a hub region **540**. In various embodiments, first sensing plate **520** can be coupled to movable plate **510**, and second sensing plate **530** can be coupled to movable plate **510**. Also, hub region **540** can be coupled to each of the electronic compass devices. Of course, there can be other variations, modifications, and alternatives.

In various embodiments, the plurality of electronic compass devices can be coupled to one or more CMOS integrated circuits. Also, the electronic compass devices and one or more CMOS integrated circuits can be coupled to an accelerometer device. In a specific embodiment, the electronic compass configuration can be a micro-mechanical electronic system, which can be coupled to one or more amplifier devices. Those skilled in the art will recognize other variations, modifications, and alternatives.

In an embodiment, the movable plate of each electronic device can be operably coupled between at least a pair of electrodes. The movable plate of each compass device can be configured with an oscillating current signal. Also, the movable plate of each compass can be subjected to an external

10

magnetic field to cause output of a capacitance measurement between each pair of electrodes. In a specific embodiment, the external magnetic field can cause the movable plate of each electronic compass device to defect in a direction perpendicular to the magnetic field and the oscillating current signal. In various embodiments, the movable plate of each electronic compass device is configured for outputting a reference current, which can be provided to one or more sensing devices. In a specific embodiment, the one or more sensing devices can be coupled to one or more amplifier devices, which can be configured to output one or more DC signals. Of course, those skilled in the art will recognize other variations, modifications, and alternatives.

It is also understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this application and scope of the appended claims.

FIG. **6** is a simplified perspective diagram of an electronic compass configuration according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown, system **600** includes a substrate layer **610**, a semiconductor layer **620**, and an electronic compass configuration. One of ordinary skill in the art will recognize other variations, modifications, and alternatives.

In an embodiment, the electronic compass configuration includes movable electrode plates **640** and fixed electrodes **650**. Each of movable plates **640** can be configured with an oscillating current signal. In a specific embodiment, plates **640** can be subjected to an external magnetic field, which can cause an output of a capacitance measurement between electrodes **630**. In an embodiment, the external magnetic field causes moving plates **640** to defect in a direction perpendicular to the magnetic field and the oscillating current signal. Additionally, each of electrodes **630** can be configured to be drive devices or sensing devices. In various embodiments, plates **640** can output a reference current that can be provided for one or more sensing devices. Additionally, those electrodes configured to be sensing devices can include one or more amplifier devices, which can be configured to output one or more DC signals. Of course, there can be other variations, modifications, and alternatives.

Plates **640** and electrodes **650** are integrated with common semiconductor layer **620** on top of common substrate layer **610**. In an embodiment, common semiconductor layer **620** can be made of a silicon material or any other appropriate semiconductor. Semiconductor layer **620** can include a CMOS layer or any other appropriate layer for implementing microelectronics. CMOS layer **620** includes a surface region which forms an interface region **630**, on which the electronic compass can be configured. In various embodiments, plates **640** can be 200 microns long, 2 microns wide, and 30 microns tall. The gap between moving electrodes **640** and fixed electrodes **650** can be 2 microns across. In a specific embodiment, there can be 40 parallel moving electrode plates **640**. Further details of various integration techniques of the component layers and devices are provided below.

In various embodiments, semiconductor layer **620** can include a CMOS layer comprised of any number of metal layers and can be provided on any type of design rule, such as a 0.18 micron design rule (or 0.11 micron or 90 nm or 70 nm or 55 nm) or less. Also, interface region **630** formed by the semiconductor layer can be integrated with any number of

US 8,402,666 B1

**11**

CMOS devices, which can be configured from a foundry compatible process, such as those of semiconductor foundry operations of Taiwan Semiconductor Manufacturing Corporation, and others. In an embodiment, the electronic compass device can be coupled to the integrated CMOS circuits using one or more via structures. One skilled in the art would recognize other variations, modifications, and alternatives.

It is also understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this application and scope of the appended claims.

FIG. **7** is a simplified top diagram of an electronic compass configuration according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown, system **700** includes an electronic compass configuration. One of ordinary skill in the art will recognize other variations, modifications, and alternatives.

In an embodiment, the electronic compass configuration includes movable plates **740** and electrodes **750**. Each of movable plates **740** can be configured with an oscillating current signal. In a specific embodiment, plates **740** can be subjected to an external magnetic field, which can cause an output of a capacitance measurement between electrodes **730**. In an embodiment, the external magnetic field causes moving plates **740** to defect in a direction perpendicular to the magnetic field and the oscillating current signal. Additionally, each of electrodes **730** can be configured to be drive devices or sensing devices. In various embodiments, plates **740** can output a reference current that can be provided for one or more sensing devices. Additionally, those electrodes configured to be sensing devices can include one or more amplifier devices, which can be configured to output one or more DC signals. Of course, there can be other variations, modifications, and alternatives.

Plates **740** and electrodes **750** are integrated with the common semiconductor layer on top of the common substrate layer. In an embodiment, the common semiconductor layer can be made of a silicon material or any other appropriate semiconductor. The semiconductor layer can include a CMOS layer or any other appropriate layer for implementing microelectronics. The CMOS layer includes a surface region which forms an interface region **730**, on which the electronic compass can be configured. Further details of various integration techniques of the component layers and devices are provided below.

In various embodiments, the semiconductor layer can include a CMOS layer comprised of any number of metal layers and can be provided on any type of design rule, such as a 0.18 micron design rule (or 0.11 micron or 90 nm or 70 nm or 55 nm) or less. Also, interface region **730** formed by the semiconductor layer can be integrated with any number of CMOS devices, which can be configured from a foundry compatible process, such as those of semiconductor foundry operations of Taiwan Semiconductor Manufacturing Corporation, and others. In an embodiment, the electronic compass device can be coupled to the integrated CMOS circuits using one or more via structures. One skilled in the art would recognize other variations, modifications, and alternatives.

It is also understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be sug-

**12**

gested to persons skilled in the art and are to be included within the spirit and purview of this application and scope of the appended claims.

FIG. **8** is a simplified side diagram of an electronic compass configuration according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown, system **800** includes a substrate layer **810**, a semiconductor layer **820**, and an electronic compass configuration. One of ordinary skill in the art will recognize other variations, modifications, and alternatives.

In an embodiment, the electronic compass configuration includes movable plates **840** and electrodes **850**. Each of movable plates **840** can be configured with an oscillating current signal. In a specific embodiment, plates **840** can be subjected to an external magnetic field, which can cause an output of a capacitance measurement between electrodes **830**. In an embodiment, the external magnetic field causes moving plates **840** to defect in a direction perpendicular to the magnetic field and the oscillating current signal. Additionally, each of electrodes **830** can be configured to be drive devices or sensing devices. In various embodiments, plates **840** can output a reference current that can be provided for one or more sensing devices. Additionally, those electrodes configured to be sensing devices can include one or more amplifier devices, which can be configured to output one or more DC signals. Of course, there can be other variations, modifications, and alternatives.

Plates **840** and electrodes **850** are integrated with common semiconductor layer **820** on top of common substrate layer **810**. In an embodiment, common semiconductor layer **820** can be made of a silicon material or any other appropriate semiconductor. Semiconductor layer **820** can include a CMOS layer or any other appropriate layer for implementing microelectronics. CMOS layer **820** includes a surface region which forms an interface region **830**, on which the electronic compass can be configured. Further details of various integration techniques of the component layers and devices are provided below.

In various embodiments, semiconductor layer **820** can include a CMOS layer comprised of any number of metal layers and can be provided on any type of design rule, such as a 0.18 micron design rule (or 0.11 micron or 90 nm or 70 nm or 55 nm) or less. Also, interface region **830** formed by the semiconductor layer can be integrated with any number of CMOS devices, which can be configured from a foundry compatible process, such as those of semiconductor foundry operations of Taiwan Semiconductor Manufacturing Corporation, and others. In an embodiment, the electronic compass device can be coupled to the integrated CMOS circuits using one or more via structures. One skilled in the art would recognize other variations, modifications, and alternatives.

It is also understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this application and scope of the appended claims.

FIG. **9** is a simplified perspective diagram of an electronic compass configuration according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown, system **900** includes a substrate layer **910**, a semiconductor layer **920**, and

US 8,402,666 B1

13

an electronic compass configuration **960**. One of ordinary skill in the art will recognize other variations, modifications, and alternatives.

In an embodiment, the electronic compass configuration includes movable plates **940** and electrodes **950**. Each of movable plates **940** can be configured with an oscillating current signal. In a specific embodiment, plates **940** can be subjected to an external magnetic field, which can cause an output of a capacitance measurement between electrodes **930**. In an embodiment, the external magnetic field causes moving plates **940** to defect in a direction perpendicular to the magnetic field and the oscillating current signal. Additionally, each of electrodes **930** can be configured to be drive devices or sensing devices. In various embodiments, plates **940** can output a reference current that can be provided for one or more sensing devices. Additionally, those electrodes configured to be sensing devices can include one or more amplifier devices, which can be configured to output one or more DC signals. Of course, there can be other variations, modifications, and alternatives.

The plates and electrodes are integrated with common semiconductor layer **920** on top of common substrate layer **910**. In an embodiment, common semiconductor layer **920** can be made of a silicon material or any other appropriate semiconductor. Semiconductor layer **920** can include a CMOS layer or any other appropriate layer for implementing microelectronics. CMOS layer **920** includes a surface region which forms an interface region **930**, on which the electronic compass can be configured. Further details of various integration techniques of the component layers and devices are provided below.

In various embodiments, semiconductor layer **920** can include a CMOS layer comprised of any number of metal layers and can be provided on any type of design rule, such as a 0.18 micron design rule (or 0.11 micron or 90 nm or 70 nm or 55 nm) or less. Also, interface region **930** formed by the semiconductor layer can be integrated with any number of CMOS devices, which can be configured from a foundry compatible process, such as those of semiconductor foundry operations of Taiwan Semiconductor Manufacturing Corporation, and others. In an embodiment, the electronic compass device can be coupled to the integrated CMOS circuits using one or more via structures. One skilled in the art would recognize other variations, modifications, and alternatives.

A comparative study of several embodiments of the present invention has shown several advantages. Resistivity of the device was found to be 2.90 uOhm-cm (using Al) and 5.60 uOhm-cm (2-folded using W). Thickness of the device was found to be 0.80 um using Al and 24.0 um (30-folded) with W. Sheet R was found to be 3.5e-2 Ohm with Al and 0.23 e-2 Ohm (1/15-folded). 3.3kOhm 1 um line for 100 uA current with 3.3V required 100,000 um Al and 1,500,000 um W. In an embodiment, reported testing results showed the device size to be 500×500 um. A bias voltage of 3.3V and a bias current of 100 uA was used. The vacuum level was 0.2 mbar/20 Pa/150 mTorr. The resolution was 0.5 deg; 60 nT (10 mT earth). Linearity was 1% and TC of sensitivity was 1%/degC (can be trimmed by using linear T compensation).

In various embodiments, several design improvements can be used. Stress induced by W routings can deform Si structures. Stress decoupling techniques developed for accelerometer devices or other MEMS devices can be used. The device should still function even without decoupling due to its symmetric nature. Electrodes can be implemented by sliding combs instead of gap closures. This technique can increase Q value significantly due to lowered air damping. Hinge structures with tungsten could lower Q value due to the material's

14

nature and thermo-elastic damping. A special hinge design can be used to ease thermo-elastic damping. Low sheet resistance of thick tungsten routing can help to lower the required current and thus, power consumption, significantly. Those skilled in the art will recognize other variations, modifications, and alternatives.

It is also understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this application and scope of the appended claims.

FIG. **10** is a simplified top diagram of an electronic compass configuration according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown, system **1000** includes an interface region **1030** and an electronic compass configuration **1060**. One of ordinary skill in the art will recognize other variations, modifications, and alternatives.

In an embodiment, the electronic compass configuration includes movable plates and electrodes. Each of the movable plates can be configured with an oscillating current signal. In a specific embodiment, the plates can be subjected to an external magnetic field, which can cause an output of a capacitance measurement between the electrodes. In an embodiment, the external magnetic field causes the moving plates to defect in a direction perpendicular to the magnetic field and the oscillating current signal. Additionally, each of the electrodes can be configured to be drive devices or sensing devices. In various embodiments, the plates can output a reference current that can be provided for one or more sensing devices. Additionally, those electrodes configured to be sensing devices can include one or more amplifier devices, which can be configured to output one or more DC signals. Of course, there can be other variations, modifications, and alternatives.

In various embodiments, the semiconductor layer can include a CMOS layer comprised of any number of metal layers and can be provided on any type of design rule, such as a 0.18 micron design rule (or 0.11 micron or 90 nm or 70 nm or 55 nm) or less. Also, interface region **1030** formed by the semiconductor layer can be integrated with any number of CMOS devices, which can be configured from a foundry compatible process, such as those of semiconductor foundry operations of Taiwan Semiconductor Manufacturing Corporation, and others. In an embodiment, the electronic compass device can be coupled to the integrated CMOS circuits using one or more via structures. One skilled in the art would recognize other variations, modifications, and alternatives.

It is also understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this application and scope of the appended claims.

FIG. **11** is a simplified side diagram of an electronic compass configuration according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown, system **1100** includes a substrate layer **1110**, a semiconductor layer **1120**, and an electronic compass configuration **1160**. One of ordinary skill in the art will recognize other variations, modifications, and alternatives.

US 8,402,666 B1

15

In an embodiment, the electronic compass configuration includes movable plates and electrodes. Each of the movable plates can be configured with an oscillating current signal. In a specific embodiment, the plates can be subjected to an external magnetic field, which can cause an output of a capacitance measurement between the electrodes. In an embodiment, the external magnetic field causes the moving plates to defect in a direction perpendicular to the magnetic field and the oscillating current signal. Additionally, each of the electrodes can be configured to be drive devices or sensing devices. In various embodiments, the plates can output a reference current that can be provided for one or more sensing devices. Additionally, those electrodes configured to be sensing devices can include one or more amplifier devices, which can be configured to output one or more DC signals. Of course, there can be other variations, modifications, and alternatives.

The plates and electrodes are integrated with common semiconductor layer **1120** on top of common substrate layer **1110**. In an embodiment, common semiconductor layer **1120** can be made of a silicon material or any other appropriate semiconductor. Semiconductor layer **1120** can include a CMOS layer or any other appropriate layer for implementing microelectronics. CMOS layer **1120** includes a surface region which forms an interface region **1130**, on which the electronic compass can be configured. Further details of various integration techniques of the component layers and devices are provided below.

In various embodiments, semiconductor layer **1120** can include a CMOS layer comprised of any number of metal layers and can be provided on any type of design rule, such as a 0.18 micron design rule (or 0.11 micron or 90 nm or 70 nm or 55 nm) or less. Also, interface region **1130** formed by the semiconductor layer can be integrated with any number of CMOS devices, which can be configured from a foundry compatible process, such as those of semiconductor foundry operations of Taiwan Semiconductor Manufacturing Corporation, and others. In an embodiment, the electronic compass device can be coupled to the integrated CMOS circuits using one or more via structures. One skilled in the art would recognize other variations, modifications, and alternatives.

It is also understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this application and scope of the appended claims.

FIG. **12** is a simplified perspective diagram of an electronic compass configuration according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown, system **1200** includes a substrate layer **1210**, a semiconductor layer **1220**, and an electronic compass configuration **1260**. One of ordinary skill in the art will recognize other variations, modifications, and alternatives.

In an embodiment, the electronic compass configuration includes movable plates and electrodes. Each of the movable plates can be configured with an oscillating current signal. In a specific embodiment, the plates can be subjected to an external magnetic field, which can cause an output of a capacitance measurement between the electrodes. In an embodiment, the external magnetic field causes the moving plates to defect in a direction perpendicular to the magnetic field and the oscillating current signal. Additionally, each of the electrodes can be configured to be drive devices or sensing

16

devices. In various embodiments, the plates can output a reference current that can be provided for one or more sensing devices. Additionally, those electrodes configured to be sensing devices can include one or more amplifier devices, which can be configured to output one or more DC signals. Of course, there can be other variations, modifications, and alternatives.

The plates and electrodes are integrated with common semiconductor layer **1220** on top of common substrate layer **1210**. In an embodiment, common semiconductor layer **1220** can be made of a silicon material or any other appropriate semiconductor. Semiconductor layer **1220** can include a CMOS layer or any other appropriate layer for implementing microelectronics. CMOS layer **1220** includes a surface region which forms an interface region **1230**, on which the electronic compass can be configured. Further details of various integration techniques of the component layers and devices are provided below.

In various embodiments, semiconductor layer **1220** can include a CMOS layer comprised of any number of metal layers and can be provided on any type of design rule, such as a 0.18 micron design rule (or 0.11 micron or 90 nm or 70 nm or 55 nm) or less. Also, interface region **1230** formed by the semiconductor layer can be integrated with any number of CMOS devices, which can be configured from a foundry compatible process, such as those of semiconductor foundry operations of Taiwan Semiconductor Manufacturing Corporation, and others. In an embodiment, the electronic compass device can be coupled to the integrated CMOS circuits using one or more via structures. One skilled in the art would recognize other variations, modifications, and alternatives.

It is also understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this application and scope of the appended claims.

FIG. **13** is a simplified top diagram of an electronic compass configuration according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown, system **1300** includes an interface region **1330** and an electronic compass configuration **1360**. One of ordinary skill in the art will recognize other variations, modifications, and alternatives.

In an embodiment, the electronic compass configuration includes movable plates and electrodes. Each of the movable plates can be configured with an oscillating current signal. In a specific embodiment, the plates can be subjected to an external magnetic field, which can cause an output of a capacitance measurement between the electrodes. In an embodiment, the external magnetic field causes the moving plates to defect in a direction perpendicular to the magnetic field and the oscillating current signal. Additionally, each of the electrodes can be configured to be drive devices or sensing devices. In various embodiments, the plates can output a reference current that can be provided for one or more sensing devices. Additionally, those electrodes configured to be sensing devices can include one or more amplifier devices, which can be configured to output one or more DC signals. Of course, there can be other variations, modifications, and alternatives.

In various embodiments, the semiconductor layer can include a CMOS layer comprised of any number of metal layers and can be provided on any type of design rule, such as a 0.18 micron design rule (or 0.11 micron or 90 nm or 70 nm

US 8,402,666 B1

or 55 nm) or less. Also, interface region **1330** formed by the semiconductor layer can be integrated with any number of CMOS devices, which can be configured from a foundry compatible process, such as those of semiconductor foundry operations of Taiwan Semiconductor Manufacturing Corporation, and others. In an embodiment, the electronic compass device can be coupled to the integrated CMOS circuits using one or more via structures. One skilled in the art would recognize other variations, modifications, and alternatives.

It is also understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this application and scope of the appended claims.

FIG. **14** is a simplified side diagram of an electronic compass configuration according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown, the system **1400** includes a substrate layer **1410**, a semiconductor layer **1420**, and a electronic compass configuration **1460**. One of ordinary skill in the art will recognize other variations, modifications, and alternatives.

In an embodiment, the electronic compass configuration includes movable plates and electrodes. Each of the movable plates can be configured with an oscillating current signal. In a specific embodiment, the plates can be subjected to an external magnetic field, which can cause an output of a capacitance measurement between the electrodes. In an embodiment, the external magnetic field causes the moving plates to defect in a direction perpendicular to the magnetic field and the oscillating current signal. Additionally, each of the electrodes can be configured to be drive devices or sensing devices. In various embodiments, the plates can output a reference current that can be provided for one or more sensing devices. Additionally, those electrodes configured to be sensing devices can include one or more amplifier devices, which can be configured to output one or more DC signals. Of course, there can be other variations, modifications, and alternatives.

The plates and electrodes are integrated with common semiconductor layer **1420** on top of common substrate layer **1410**. In an embodiment, common semiconductor layer **1420** can be made of a silicon material or any other appropriate semiconductor. Semiconductor layer **1420** can include a CMOS layer or any other appropriate layer for implementing microelectronics. CMOS layer **1420** includes a surface region which forms an interface region **1430**, on which the electronic compass can be configured. Further details of various integration techniques of the component layers and devices are provided below.

In various embodiments, semiconductor layer **1420** can include a CMOS layer comprised of any number of metal layers and can be provided on any type of design rule, such as a 0.18 micron design rule (or 0.11 micron or 90 nm or 70 nm or 55 nm) or less. Also, interface region **1430** formed by the semiconductor layer can be integrated with any number of CMOS devices, which can be configured from a foundry compatible process, such as those of semiconductor foundry operations of Taiwan Semiconductor Manufacturing Corporation, and others. In an embodiment, the electronic compass device can be coupled to the integrated CMOS circuits using one or more via structures. One skilled in the art would recognize other variations, modifications, and alternatives.

It is also understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this application and scope of the appended claims.

FIG. **15** is a simplified perspective diagram of an electronic compass configuration according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown, system **1500** includes a semiconductor substrate, CMOS integrated circuits, and an electronic compass configuration. In an embodiment, the electronic compass configuration can be a micro-mechanical electronic system, which can be coupled to one or more amplifier devices. Of course, there can be variations, modifications, and alternatives.

In an embodiment, the electronic compass configuration includes movable plates **1520**, electrodes **1510**, and anchors **1530**. Each of movable plates **1520** can be configured with an oscillating current signal. Additionally, the movable plates **1520** can be coupled to anchors **1530**. In a specific embodiment, plates **1520** can be subjected to an external magnetic field, which can cause an output of a capacitance measurement between electrodes **1510**. In an embodiment, the external magnetic field causes moving plates **1520** to defect in a direction perpendicular to the magnetic field and the oscillating current signal. Additionally, each of electrodes **1510** can be configured to be drive devices or sensing devices. In various embodiments, plates **1520** can output a reference current that can be provided for one or more sensing devices. Additionally, those electrodes configured to be sensing devices can include one or more amplifier devices, which can be configured to output one or more DC signals. Of course, there can be other variations, modifications, and alternatives.

It is also understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this application and scope of the appended claims.

FIG. **16** is a simplified top diagram of an electronic compass configuration according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown, system **1600** includes a semiconductor substrate, CMOS integrated circuits, and an electronic compass configuration. In an embodiment, the electronic compass configuration can be a micro-mechanical electronic system, which can be coupled to one or more amplifier devices. Of course, there can be variations, modifications, and alternatives.

In an embodiment, the electronic compass configuration includes movable plates **1620**, electrodes **1610**, and anchors **1630**. Each of movable plates **1620** can be configured with an oscillating current signal. Additionally, the movable plates **1620** can be coupled to anchors **1630**. In a specific embodiment, plates **1620** can be subjected to an external magnetic field, which can cause an output of a capacitance measurement between electrodes **1610**. In an embodiment, the external magnetic field causes moving plates **1620** to defect in a direction perpendicular to the magnetic field and the oscillating current signal. Additionally, each of electrodes **1610** can be configured to be drive devices or sensing devices. In various embodiments, plates **1620** can output a reference current

US 8,402,666 B1

19                                                                                                          20

that can be provided for one or more sensing devices. Additionally, those electrodes configured to be sensing devices can include one or more amplifier devices, which can be configured to output one or more DC signals. Of course, there can be other variations, modifications, and alternatives.

It is also understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this application and scope of the appended claims.

FIG. 17 is a simplified perspective diagram of an electronic compass configuration according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown, system 1700 includes a semiconductor substrate, CMOS integrated circuits, and an electronic compass configuration. In an embodiment, the electronic compass configuration can be a micro-mechanical electronic system, which can be coupled to one or more amplifier devices. Of course, there can be variations, modifications, and alternatives.

In an embodiment, the electronic compass configuration includes movable plates 1720, electrodes 1710, springs 1740, and a frame 1630. Each of movable plates 1720 can be configured with an oscillating current signal. Additionally, the plates 1720 can be coupled to both frame 1630 and one or more springs 1740. In a specific embodiment, plates 1720 can be subjected to an external magnetic field, which can cause an output of a capacitance measurement between electrodes 1710. In an embodiment, the external magnetic field causes moving plates 1720 to defect in a direction perpendicular to the magnetic field and the oscillating current signal. Additionally, each of electrodes 1710 can be configured to be drive devices or sensing devices. In various embodiments, plates 1720 can output a reference current that can be provided for one or more sensing devices. Additionally, those electrodes configured to be sensing devices can include one or more amplifier devices, which can be configured to output one or more DC signals. Of course, there can be other variations, modifications, and alternatives.

It is also understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this application and scope of the appended claims.

FIG. 18 is a simplified top diagram of an electronic compass configuration according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown, system 1800 includes a semiconductor substrate, CMOS integrated circuits, and an electronic compass configuration. In an embodiment, the electronic compass configuration can be a micro-mechanical electronic system, which can be coupled to one or more amplifier devices. Of course, there can be variations, modifications, and alternatives.

In an embodiment, the electronic compass configuration includes movable plates 1820, electrodes 1810, springs 1840, and a frame 1830. Each of movable plates 1820 can be configured with an oscillating current signal. Additionally, the plates 1820 can be coupled to both frame 1830 and one or more springs 1840. In a specific embodiment, plates 1820 can be subjected to an external magnetic field, which can cause an output of a capacitance measurement between electrodes 1810. In an embodiment, the external magnetic field causes moving plates 1820 to defect in a direction perpendicular to the magnetic field and the oscillating current signal. Additionally, each of electrodes 1810 can be configured to be drive devices or sensing devices. In various embodiments, plates 1820 can output a reference current that can be provided for one or more sensing devices. Additionally, those electrodes configured to be sensing devices can include one or more amplifier devices, which can be configured to output one or more DC signals. Of course, there can be other variations, modifications, and alternatives.

It is also understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this application and scope of the appended claims.

FIG. 19 is a simplified perspective diagram of an electronic compass configuration according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown, system 1900 includes a semiconductor substrate, CMOS integrated circuits, and an electronic compass configuration. In an embodiment, the electronic compass configuration can be a micro-mechanical electronic system, which can be coupled to one or more amplifier devices. Of course, there can be variations, modifications, and alternatives.

In an embodiment, the electronic compass configuration includes movable plates 1920 and electrodes 1910. Each of movable plates 1920 can be configured with an oscillating current signal. In a specific embodiment, plates 1920 can be subjected to an external magnetic field, which can cause an output of a capacitance measurement between electrodes 1910. In an embodiment, the external magnetic field causes moving plates 1920 to defect in a direction perpendicular to the magnetic field and the oscillating current signal. Additionally, each of electrodes 1910 can be configured to be drive devices or sensing devices. In various embodiments, plates 1920 can output a reference current that can be provided for one or more sensing devices. Additionally, those electrodes configured to be sensing devices can include one or more amplifier devices, which can be configured to output one or more DC signals. Of course, there can be other variations, modifications, and alternatives.

It is also understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this application and scope of the appended claims.

FIG. 20 is a simplified perspective diagram of an electronic compass configuration according to an embodiment of the present invention. This diagram is merely an example, which should not unduly limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. As shown, system 2000 includes a semiconductor substrate, CMOS integrated circuits, and an electronic compass configuration. In an embodiment, the electronic compass configuration can be a micro-mechanical electronic system, which can be coupled to one or more amplifier devices. Of course, there can be variations, modifications, and alternatives.

In an embodiment, the electronic compass configuration includes movable plates 2020 and electrodes 2010. Each of

US 8,402,666 B1

21

22

movable plates **2020** can be configured with an oscillating current signal. In a specific embodiment, plates **2020** can be subjected to an external magnetic field, which can cause an output of a capacitance measurement between electrodes **2010**. In an embodiment, the external magnetic field causes moving plates **2020** to defect in a direction perpendicular to the magnetic field and the oscillating current signal. Additionally, each of electrodes **2010** can be configured to be drive devices or sensing devices. In various embodiments, plates **2020** can output a reference current that can be provided for one or more sensing devices. Additionally, those electrodes configured to be sensing devices can include one or more amplifier devices, which can be configured to output one or more DC signals. Of course, there can be other variations, modifications, and alternatives.

It is also understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this application and scope of the appended claims.

What is claimed is:

1. An integrated electronic compass and circuit system comprising:
a semiconductor substrate;
one or more CMOS integrated circuits formed on one or more portions of the semiconductor substrate; and
an electronic compass device operably coupled to the one or more CMOS integrated circuits.

2. The system of claim **1** further comprising an accelerometer device integrated with the one or more CMOS integrated circuits and the electronic compass device.

3. The system of claim **1** wherein the electronic compass device comprises one or more moving plates operably coupled between at least a pair of electrodes, the one or more moving plates being configured with an oscillating current signal, the one or more moving plates being subjected to an external magnetic field to cause output of a capacitance measurement between the pair of electrodes.

4. The system of claim **3** wherein the external magnetic field causes the one or more moving plates to defect in a direction perpendicular to the magnetic field and the oscillating current signal.

5. The system of claim **1** wherein the electronic compass device is a micro-mechanical electrical system.

6. The system of claim **1** wherein the electronic compass device comprises a micro-mechanical electronic system coupled to one or more amplifier devices.

7. The system of claim **1** wherein the electronic compass device comprises a movable plate for outputting a reference current, the reference current being provided to one or more sensing devices.

8. The system of claim **1** wherein the electronic compass device comprises a movable plate for outputting a reference current, the reference current being provided to one or more sensing devices, the one or more sensing devices being coupled to one or more amplifiers device configured to output one or more DC signals.

9. An electronic compass comprising:
a plurality of electronic compass devices configured in a parallel arrangement in a hub and spoke configuration;
each of the electronic compass devices comprising:
a movable plate;
a first sensing plate coupled to the movable plate; and
a second sensing plate coupled to the movable plate; and
a hub region coupled to each of the electronic compass devices.

10. The system of claim **9** further comprising one or more CMOS integrated circuits, the one or more CMOS integrated circuits being coupled to the plurality of electronic compass devices.

11. The system of claim **9** further comprising an accelerometer device, the accelerometer device being coupled to the one or more CMOS integrated circuits and the plurality of electronic compass devices.

12. The system of claim **9** wherein the movable plate of each electronic compass device is operably coupled between at least a pair of electrodes, the movable plate of each electronic compass device being configured with an oscillating current signal, the movable plate of each electronic compass device being subjected to an external magnetic field to cause output of a capacitance measurement between each pair of electrodes.

13. The system of claim **12** wherein the external magnetic field causes the movable plate of each electronic compass device to defect in a direction perpendicular to the magnetic field and the oscillating current signal.

14. The system of claim **9** wherein each of the electronic compass devices is a micro-mechanical electrical system.

15. The system of claim **9** wherein each of the electronic compass devices comprises a micro-mechanical electronic system coupled to one or more amplifier devices.

16. The system of claim **9** wherein the movable plate of each electronic compass device is configured for outputting a reference current, the reference current being provided to one or more sensing devices.

17. The system of claim **16** wherein the one or more sensing devices are coupled to one or more amplifiers devices configured to output one or more DC signals.

18. An integrated electronic compass and circuit system comprising:
a semiconductor substrate;
one or more CMOS integrated circuits formed on one or more portions of the semiconductor substrate; and
an electronic compass device operably coupled to the one or more CMOS integrated circuits, the electronic compass device having one or more movable plates, each of the movable plates being coupled to at least a pair of electrodes.

19. The system of claim **18** wherein the one or more moving plates are configured with an oscillating current signal.

20. The system of claim **19** wherein the one or more moving plates are subjected to an external magnetic field to cause output of a capacitance measurement between each pair of electrodes.

\* \* \* \* \*