# EXHIBIT E

| Claim 1 | Evidence from ADI |
|---|---|
| [1] An integrated electronic compass and circuit system comprising: | **Integrated AMR Angle Sensor and Signal Conditioner ADA4571**<br><br>GENERAL DESCRIPTION<br><br>**The ADA4571 is an anisotropic magnetoresistive (AMR) sensor with integrated signal conditioning amplifiers and ADC drivers. The ADA4571 produces two analog outputs that indicate** the angular position of **the surrounding magnetic field.**<br><br>…<br>PRODUCT HIGHLIGHTS<br>1. Contactless angular measurement.<br>2. **Measures magnetic field direction** rather than field intensity.<br><br>*Source: https://www.analog.com/media/en/technical-documentation/data-sheets/ADA4571.pdf*<br><br>**The ADA4571-2 dual AMR sensor from ADI** is designed for such safety critical applications that require redundant and independent sensing channels. This **is a 2-channel AMR sensor with integrated signal conditioning amplifiers and ADC drivers. The product incorporates two AMR (Sensitec AA745) sensors combined with two amplifier signal conditioning ASICs.**<br><br>*Source: https://www.analog.com/en/resources/analog-dialogue/articles/dual-amr-motor-position-sensor-for-safety-critical-applications.html*<br><br><br><br>*Source: RE - optical image - decap - top view* |

1



*Source: RE - SEM images - decap - angled top view*

| | |
|---|---|
| [1.1] a semiconductor substrate; |  *Source: RE - optical image - decap - top view* |

semiconductor substrate

<table>
<tr><td></td><td><br><br>semiconductor substrate<br><br>*Source: RE - SEM images - decap - angled top view*</td></tr>
<tr><td>[1.2] one or more CMOS integrated circuits formed on one or more portions of the semiconductor substrate; and</td><td>**The ADA4571-2 dual AMR sensor from ADI** is designed for such safety critical applications that require redundant and independent sensing channels. This **is a 2-channel AMR sensor with integrated signal conditioning amplifiers and ADC drivers. The product incorporates two AMR (Sensitec AA745) sensors combined with two amplifier signal conditioning ASICs.**<br><br>*Source: https://www.analog.com/en/resources/analog-dialogue/articles/dual-amr-motor-position-sensor-for-safety-critical-applications.html*</td></tr>
</table>

3



*Source: RE - optical image – decap*

*Source: RE - SEM images - decap - angled top view*

Additional information from general literature:

| | |
|---|---|
| [1.3] an electronic compass device operably coupled to the one or more CMOS integrated circuits. | <br>*Source: RE - optical image - decap - top view*<br><br>CMOS integrated circuit<br>operably coupled<br>an electronic compass device<br><br><br>*Source: RE - SEM - decap*<br><br>CMOS integrated circuit<br>operably coupled<br>an electronic compass device |