# EXHIBIT F

| Claim 1 | Evidence from ADI |
|---|---|
| [1] An integrated sensor device or electronic device, the device comprising: | **ADXL366**<br><br>GENERAL DESCRIPTION<br><br>**The ADXL366 is an ultra-low power, 3-axis microelectromechanical systems (MEMS) accelerometer** that consumes only 0.96µA at a 100Hz output data rate (ODR) and 191nA when in motion-triggered wake-up mode.<br>…<br>**The ADXL366 is available in a 2.2mm × 2.3mm × 0.87mm footprint, 12-terminal LGA package and is pin compatible with the ADXL367.**<br><br>FEATURES<br>► **SPI (4-wire) and I2C digital interfaces**<br><br>*Source: https://www.analog.com/media/en/technical-documentation/data-sheets/adxl366.pdf*<br><br><br><br>*Source: RE - optical image - top image, bottom image* |



*Source: RE - X Ray - side view*



*Source: RE - optical image - decap - top view*

| | |
|---|---|
| [1.1] a substrate member having a first surface region, the substrate member having at least one contact region; | **ADXL366**<br><br>GENERAL DESCRIPTION<br><br>**The ADXL366 is available in a 2.2mm × 2.3mm × 0.87mm footprint, 12-terminal LGA package and is pin compatible with the ADXL367.**<br><br>*Source: https://www.analog.com/media/en/technical-documentation/data-sheets/adxl366.pdf* |



*Source: RE - X Ray - side view*



*Source: RE - SEM - decap - angled top view*

<u>Additional information from general literature</u>:

What is Land Grid Array (LGA)?
**There are various types of semiconductor and IC packages, such as Land Grid Array (LGA)** and Ball Grid Array (BGA).

*Source: https://electrical-information.com/package-types-lga/*

4

| | |
|---|---|
| | **Land Grid Array (LGA) is a laminate substrate-based package that uses metal pads for external electrical connection …**<br><br>*Source: https://www.ti.com/packaging/docs/searchtipackages.tsp?packageName=LGA* |
| [1.2] at least one singulated integrated sensor or electronic device each coupled to a die member, each die member having a singulated surface region and at least one contact region, the singulated surface region(s) being coupled to the first surface region; | **ADXL366**<br><br>GENERAL DESCRIPTION<br><br>**The ADXL366 is an ultra-low power, 3-axis microelectromechanical systems (MEMS) accelerometer** that consumes only 0.96µA at a 100Hz output data rate (ODR) and 191nA when in motion-triggered wake-up mode.<br><br>FEATURES<br>► **SPI (4-wire) and I2C digital interfaces**<br><br>*Source: https://www.analog.com/media/en/technical-documentation/data-sheets/adxl366.pdf* |



*Source: RE - optical image - decap - top view*

contact region

singulated integrated sensor or electronic device

die member

singulated integrated sensor or electronic device

contact region

die member

singulated surface region

first surface region

*Source: RE - X Ray - side view*

| | |
|---|---|
| [1.3] at least one first conductive material formed overlying at least the contact region(s) of the singulated integrated sensor or electronic device; and | **ADXL366**<br><br>GENERAL DESCRIPTION<br><br>**The ADXL366 is an ultra-low power, 3-axis microelectromechanical systems (MEMS) accelerometer** that consumes only 0.96µA at a 100Hz output data rate (ODR) and 191nA when in motion-triggered wake-up mode.<br><br>FEATURES<br>► **SPI (4-wire) and I2C digital interfaces**<br><br>*Source: https://www.analog.com/media/en/technical-documentation/data-sheets/adxl366.pdf*<br><br><br><br>contact region<br><br>first conductive material<br><br>singulated integrated sensor or electronic device<br><br>*Source: RE - optical image - decap - top view* |

7



*Source: RE - SEM images - decap - angled top view*

*Source: RE - SEM images - decap - angled top view - cropped*

.

8

| | |
|---|---|
| [1.4] at least one second conductive material formed overlying at least a portion of the first conductive material(s). | <br><br>first conductive material<br>contact region<br><br>*Source: RE - SEM images - decap - angled top view - cropped*<br><br><br><br>second conductive material<br>contact region<br>first conductive material<br><br>*Source: RE - X Ray - side view* |

9