# EXHIBIT G

| Claim 1 | Evidence from ADI |
|---|---|
| [1] A method of fabricating a transducer apparatus, the method comprising: | **ADXL366**<br><br>GENERAL DESCRIPTION<br>**The ADXL366 is an ultra-low power, 3-axis microelectromechanical systems (MEMS) accelerometer** that consumes only 0.96μA at a 100Hz output data rate (ODR) and 191nA when in motion-triggered wake-up mode.<br>…<br>**The ADXL366 is available in a 2.2mm × 2.3mm × 0.87mm footprint, 12-terminal LGA package and is pin compatible with the ADXL367.**<br><br>FEATURES<br>**► SPI (4-wire) and I2C digital interfaces**<br>…<br>THEORY OF OPERATION<br>**The ADXL366 is a complete 3-axis acceleration measurement system that operates at extremely low power consumption levels. The ADXL366 measures both dynamic acceleration, resulting from motion or shock, and static acceleration, such as tilt. Acceleration is reported digitally, and the device communicates via either the SPI or the I2C protocol.** Built-in digital logic enables autonomous operation and implements functionality that enhances system level power savings.<br><br>*Source: https://www.analog.com/media/en/technical-documentation/data-sheets/adxl366.pdf* |

1



*Source: RE - optical image - top image, bottom image*

| [1.1] providing a substrate member having a surface region; | **ADXL366**<br><br>GENERAL DESCRIPTION<br>**The ADXL366 is an ultra-low power, 3-axis microelectromechanical systems (MEMS) accelerometer** that consumes only 0.96µA at a 100Hz output data rate (ODR) and 191nA when in motion-triggered wake-up mode.<br>…<br>**The ADXL366 is available in a 2.2mm × 2.3mm × 0.87mm footprint, 12-terminal LGA package and is pin compatible with the ADXL367.**<br><br>*Source: https://www.analog.com/media/en/technical-documentation/data-sheets/adxl366.pdf*<br><br>substrate member |

2



surface region

*Source: RE - optical image - decap - top view*

| | |
|---|---|
| [1.2] forming a movable base structure having a base surface region;<br><br>[1.3] removing at least one portion of the movable base structure to form a center cavity with a cavity surface region; | **ADXL366**<br><br>GENERAL DESCRIPTION<br>**The ADXL366 is an ultra-low power, 3-axis microelectromechanical systems (MEMS) accelerometer** that consumes only 0.96µA at a 100Hz output data rate (ODR) and 191nA when in motion-triggered wake-up mode.<br><br>*Source: https://www.analog.com/media/en/technical-documentation/data-sheets/adxl366.pdf* |

3



base surface region

movable base structure

center cavity

cavity surface region

*Source: RE - optical image - decap - top view*

4



*Source: RE - SEM image - cross section - side view*

[1.4] forming at least one center anchor structure spatially disposed within a substantially circular portion of the surface region, the at least one center anchor structure(s) being configured within a vicinity of a center of the surface region that is within the center cavity;



substantially circular portion of the surface region

center anchor

center cavity

surface region

*Source: RE - optical image - decap - top view*



center cavity

cavity surface region

*Source: RE - SEM image - cross section - side view*

6

| | |
|---|---|
| [1.5] forming at least one spring structure coupled to at least one portion of the cavity surface region, the at least one spring structure being coupled to the at least one center anchor structure; and |  spring structure<br><br>coupled to at least one portion of the cavity surface region<br><br>coupled to the at least one center anchor structure<br><br>*Source: RE - optical image - decap - top view*<br><br> center cavity<br><br>cavity surface region<br><br>*Source: RE - SEM image - cross section - side view* |

7

[1.6] forming at least one capacitor element, the at least one capacitor element being spatially disposed within a vicinity of the cavity surface region.

.



capacitor element

disposed within a vicinity of the cavity surface region

*Source: RE - optical image - decap - top view*

cavity surface region

*Source: RE - SEM image - cross section - side view*