# EXHIBIT H

| Claim 1 | Evidence from ADI |
|---|---|
| [1] An apparatus for packaging micro electro-mechanical systems (MEMS) and integrated circuits (ICs), the apparatus comprising: | **ADXL366**<br><br>GENERAL DESCRIPTION<br><br>**The ADXL366 is an ultra-low power, 3-axis microelectromechanical systems (MEMS) accelerometer** that consumes only 0.96µA at a 100Hz output data rate (ODR) and 191nA when in motion-triggered wake-up mode.<br><br>…<br>**The ADXL366 is available in a 2.2mm × 2.3mm × 0.87mm footprint, 12-terminal LGA package and is pin compatible with the ADXL367.**<br><br>FEATURES<br>► **SPI (4-wire) and I2C digital interfaces**<br><br>*Source: https://www.analog.com/media/en/technical-documentation/data-sheets/adxl366.pdf*<br><br><br><br>*Source: RE - optical image - decap - top images* |

| [1.1] a substrate member having a surface region; | **ADXL366**<br><br>GENERAL DESCRIPTION<br><br>**The ADXL366 is an ultra-low power, 3-axis microelectromechanical systems (MEMS) accelerometer** that consumes only 0.96μA at a 100Hz output data rate (ODR) and 191nA when in motion-triggered wake-up mode.<br>…<br>**The ADXL366 is available in a 2.2mm × 2.3mm × 0.87mm footprint, 12-terminal LGA package and is pin compatible with the ADXL367.**<br><br>*Source: https://www.analog.com/media/en/technical-documentation/data-sheets/adxl366.pdf*<br><br><br>surface region<br>substrate member<br><br>*Source: RE - SEM image - angled top view* |
| --- | --- |

2

| | |
|---|---|
| [1.2] a semiconductor substrate comprising one or more integrated circuits thereon, the semiconductor substrate being bonded to a portion of the surface region and having an upper surface region; | <br><br>upper surface region<br><br>semiconductor substrate<br><br>surface region<br><br>*Source: RE - SEM image - angled top view* |



| | |
|---|---|
| | *Source: RE - optical image - decap - top view* |
| [1.3] one or more MEMS devices overlying an inner region of the upper surface region; | |

4

| | |
|---|---|
| | *Source: RE - optical image - decap - top view* |
| [1.4] an enclosure housing the one or more MEMS devices and configured overlying a first outer region of the upper surface region, the enclosure housing having an upper cover region; and |  ← enclosure<br><br>*Source: RE - optical image - top image* |



upper cover region

enclosure

upper surface region

*Source: RE - SEM image - angled top view*



upper surface region

first outer region

MEMS device

*Source: RE - optical image - decap - top view*

| | |
|---|---|
| [1.5] one or more bonding structures, each of the bonding structures having a bonding pad within a vicinity of the upper cover region and provided within a second outer region of the upper surface region, | <br><br>bonding structures … having a bonding pad<br><br>second outer region<br><br>upper surface region<br><br>*Source: RE - optical image - decap - top view* |

8



bonding pad within a vicinity of

upper cover region

*Source: RE - optical image - top image*

9

[1.6] wherein the second outer region is characterized by a width of about 100 microns and less, and wherein the first outer region is characterized by a width of about 200 microns and less.



<100 microns

second outer region

<200 microns

first outer region

500 microns

89.9 microns

width of second outer region < 100 microns

10



76.12 microns

500 microns

width of first outer region
< 200 microns



*Source: RE - optical image - decap - top view*