**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

PACIFIC RESEARCH GROUP PTE. LTD.           §
                                           §
    Plaintiff,                             §
                                           §
                                           §   Case No. 7:26-cv-00186
v.                                         §
                                           §   **JURY TRIAL DEMANDED**
ANALOG DEVICES, INC.,                      §
                                           §
    Defendant.                             §
                                           §

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Plaintiff Pacific Research Group Pte. Ltd. hereby states that its parent company is Hong Kong Technologies Group Limited. Plaintiff further states that no publicly held corporation owns 10% or more of its stock.

Dated: May 8, 2026

Respectfully submitted,

/s/ *Bradley D. Liddle*
Paul J. Skiermont (TX Bar No. 24033073)
Bradley D. Liddle (TX Bar No. 24074599)
Michael C. Pomeroy (TX Bar No. 24098952)
Michael D. Ricketts (TX Bar No. 24079208)
SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
Phone: (214) 978-6600
Fax: (214) 978-6601
pskiermont@skiermontderby.com
bliddle@skiermontderby.com
mpomeroy@skiermontderby.com
mricketts@skiermontderby.com

*Attorneys for Plaintiff*
Pacific Research Group Pte. Ltd.

2