# UNITED STATES DISTRICT COURT

for the
Western District of Texas

| | |
|---|---|
| **PACIFIC RESEARCH GROUP PTE. LTD.** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 7:26-cv-00186-DC |
| | ) |
| **ANALOG DEVICES, INC.** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Kelly Murski, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on May 11, 2026, at 11:49 am. I delivered these documents to ANALOG DEVICES, INC. in Travis County, TX on May 12, 2026 at 11:29 am at 211 East 7th Street, Suite 620, Austin, TX 78701-3218 by leaving the following documents with Mak Hayes who as Intake Specialist at Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company is authorized by appointment or by law to receive service of process for ANALOG DEVICES, INC.

SUMMONS IN A CIVIL ACTION
COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL

Race: White, Sex: Female, Est. Age: 25-34, Hair: Brown, Glasses: Y, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=30.2685874229,-97.7405620618
Photograph: See Exhibit 1
My name is Kelly Murski, I am 18 years of age or older, and my address is 3575 Far West Bivd, Austin, TX 78731, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Kelly Murski*

Executed in

___Travis County_____ ,

___TX____ on ___5/12/2026_____ .

Kelly Murski
+1 (512) 871-8981
Certification Number: 5912
Expiration Date: 10/31/2026

Exhibit 1a)



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

| | |
|---|---|
| PACIFIC RESEARCH GROUP PTE. LTD. | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) ) |
| ANALOG DEVICES, INC. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   7:26-cv-00186

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Analog Devices, Inc.
Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company
211 East 7th Street, Suite 620
Austin, Texas, 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paul J. Skiermont, Bradley D. Liddle, Michael C. Pomeroy, Michael D. Ricketts
Skiermont Derby LLP
1601 Elm Street, Suite 4400
Dallas, Texas 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date:        05/08/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  7:26-cv-00186

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: