AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| PACIFIC RESEARCH GROUP PTE. LTD. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    7:26-cv-00186-DC |
| ANALOG DEVICES, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Analog Devices, Inc.                                                                .

Date:    05/28/2026

/s/ Erik J. Halverson
*Attorney's signature*

Erik J. Halverson; Bar No. 6320739
*Printed name and bar number*

K&L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

*Address*

erik.halverson@klgates.com
*E-mail address*

(415) 882-8200
*Telephone number*

(415) 882-8220
*FAX number*