**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

PACIFIC RESEARCH GROUP PTE. LTD.,    §
                                     §
            Plaintiff,               §    Case No. 7:26-cv-00186-DC
                                     §
    v.                               §    <u>JURY TRIAL DEMANDED</u>
                                     §
ANALOG DEVICES, INC.,                §
                                     §
            Defendant.               §
                                     §

**<u>DEFENDANT ANALOG DEVICES, INC.'S UNOPPOSED MOTION FOR EXTENSION</u>**
**<u>OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT</u>**

Defendant Analog Devices, Inc. ("ADI" or "Defendant") files this Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to the Complaint for Patent Infringement filed by Plaintiff Pacific Research Group Pte. Ltd. on May 8, 2026 (Dkt. No. 1). Defendant requests this extension to allow it to further investigate the allegations by Plaintiff and prepare an appropriate response.

Defendant's response is currently due on June 2, 2026. Defendant respectfully requests that this deadline be extended by forty-five (45) days, up to and including July 17, 2026. This motion is made in good faith and not for the purposes of undue delay.

Counsel for ADI conferred with counsel for Plaintiff, and Plaintiff does not oppose the requested relief.

In view of the foregoing, Defendant respectfully requests that the Court grant this unopposed motion and extend the deadline for Defendant to answer or otherwise respond to the Complaint up to and including July 17, 2026.

1

Dated: May 28, 2026

Respectfully submitted,

*/s/ Erik J. Halverson*
Erik J. Halverson
Bar No. 6320739
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
erik.halverson@klgates.com

*Attorney for Defendant*
*Analog Devices, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff and Defendant complied with the meet and confer requirement pursuant to Local Rule CV-7(g) and Plaintiff does not oppose the relief requested herein.

*/s/ Erik J. Halverson*
Erik J. Halverson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 28, 2026, all counsel of record who have consented to electronic service have been served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Erik J. Halverson*
Erik J. Halverson