**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

PACIFIC RESEARCH GROUP PTE. LTD., §
§
      Plaintiff, §
§
   v. §
§
ANALOG DEVICES, INC., §
§
      Defendant. §
§

Case No. 7:26-cv-00186-DC

<u>JURY TRIAL DEMANDED</u>

**<u>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
FOR PATENT INFRINGEMENT</u>**

Before the Court is Defendant Analog Devices, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint for Patent Infringement (the "Motion"). The Court, having considered the same, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that the deadline for Defendant Analog Devices, Inc. to answer or otherwise respond to the Complaint is extended until July 17, 2026.

SIGNED this _____ day of _____, 2026.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

1