**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| PACIFIC RESEARCH GROUP PTE. LTD., | § § | |
| Plaintiff, | § § | Case No. 7:26-cv-00186-DC |
| v. | § § | JURY TRIAL DEMANDED |
| ANALOG DEVICES, INC., | § § § | |
| Defendant. | § § § | |

**DEFENDANT ANALOG DEVICES, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Analog Devices, Inc. hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: May 28, 2026

Respectfully submitted,

*/s/ Erik J. Halverson*
Erik J. Halverson
Bar No. 6320739
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
erik.halverson@klgates.com

*Attorney for Defendant*
*Analog Devices, Inc.*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 28, 2026, all counsel of record who have consented to electronic service have been served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Erik J. Halverson*
Erik J. Halverson