**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| PACIFIC RESEARCH GROUP PTE. LTD., | |
| Plaintiff, | Case No. 7:26-cv-00186-DC |
| v. | |
| ANALOG DEVICES, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that the following attorney is entering an appearance as counsel for

Plaintiff Pacific Research Group Pte. Ltd., in the above-numbered and entitled cause:

Rex Hwang
California Bar No. 221079
rhwang@skiermontderby.com
SKIERMONT DERBY LLP
633 W. Fifth Street, Suite 5800
Los Angeles, CA 90071
Phone: (213) 788-4500
Fax: (213) 788-4545

Mr. Hwang is currently admitted to practice in the Western District of Texas.

Dated: June 5, 2026

*/s/ Rex Hwang*
Rex Hwang (CA Bar No. 221079)
SKIERMONT DERBY LLP
633 W. Fifth Street, Suite 5800
Los Angeles, CA 90071
Phone: (213) 788-4500
Fax: (213) 788-4545
rhwang@skiermontderby.com

*Attorneys for Plaintiff*
Pacific Research Group Pte. Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 5th day of June, 2026, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first-class mail on this same date.

*/s/ Rex Hwang*