# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| PACIFIC RESEARCH GROUP PTE. LTD., | § § § | |
| Plaintiff, | § | Case No. 7:26-cv-00186-DC |
| | § § | |
| v. | § | |
| | § § | |
| ANALOG DEVICES, INC., | § § | |
| Defendant. | § § | |

**DECLARATION OF BENOIT DUFORT**

I, Benoit Dufort, hereby declare as follows:

1.      I am over eighteen years of age.  I am competent to testify regarding the matters set forth in this declaration if called upon to do so.

2.      I am the Director of MEMS Design at Analog Devices, Inc. ("ADI").  I have been employed by ADI since 2007.  I have held my current role as Director of MEMS Design since January 2022.

3.      I have worked at ADI's Wilmington, Massachusetts facility since 2008, which is located at 1 Analog Way, Wilmington, Massachusetts 01887 ("ADI's Wilmington Facility").  ADI's Wilmington Facility is also its corporate headquarters.  ADI's Wilmington Facility employs approximately 1,500 employees.

4.      ADI has another Massachusetts location at 125 Summer St, Boston, MA 02110 ("ADI's Boston Facility" and collectively with ADI's Wilmington Facility, "ADI's Massachusetts Facilities").  ADI's Boston Facility employs approximately 125 employees.

5.      As Director of MEMS Design, I am aware of the MEMS products currently designed, developed, and sold by ADI, including ADXL355, ADXL362, ADXL366, ADXL367, ADA4570, and ADA4571.  I have direct knowledge of the design and development of MEMS

1

accelerometer products (e.g., ADXL355, ADXL362, ADXL366, and ADXL367).  I also am aware of the work involved in the design and development of the MEMS AMR (anisotropic magnetoresistive) sensor products (e.g., ADA4570 and ADA4571) and where that work is performed.

6.    The MEMS accelerometer products were designed primarily in ADI's Wilmington Facility.  Prior to 2010, ADI also had a location on Osborne Street in Cambridge, Massachusetts, but all MEMS related work from this location relocated to ADI's Wilmington Facility.  I began at ADI's Cambridge Facility in 2007 and relocated to ADI's Wilmington Facility in 2008.  ADI has since closed this Cambridge location.  Contributions to the MEMS accelerometer products were also made from engineers working at ADI's facility at Av. de les Corts Valencianes, 15, Campanar, 46015 Valencia, Spain ("ADI's Valencia Facility").

7.    The MEMS AMR sensor products were designed at ADI's facility located at Raheen Industrial Estate, Limerick, Ireland ("ADI's Limerick Facility").   I understand contributions may also have been made by engineers working at ADI's Wilmington Facility.

8.    The sensors used in the MEMS accelerometer products and MEMS AMR sensor products are manufactured at ADI's wafer fabrication at ADI's Wilmington Facility, ADI's Limerick Facility, and a third-party manufacturer in Taiwan.

9.    The ASIC dies used in ADI's MEMS accelerometer products are manufactured by a third-party manufacturer located in Taiwan.  I understand that the ASIC dies used in ADI's AMR sensor products are also manufactured by the third-party manufacturer located in Taiwan.  I understand that ADI's MEMS accelerometer and AMR sensor product packages are assembled by a third-party manufacturer in the Philippines and South Korea.  Final product testing may be performed at an ADI test site located in Cavite, Philippines.

10.     No ADI employee or facility in Texas is involved, or to my knowledge was involved, in the design, development, manufacturing, sale or marketing of any of ADI's MEMS products, including the MEMS accelerometer or AMR sensor products.

11.     The documents describing the operation of MEMS products are located at ADI's Wilmington and Limerick Facilities.  These documents are not accessible to individuals in ADI's Texas facilities due to various control protocols that limit access to sensitive documents to those employees who need access.  Since no employees in Texas have a need to access these documents, the documents are not accessible in Texas.

12.     Because I work on MEMS products at ADI's Wilmington Facility, I am able to access documents describing the design, development, and operation of ADI's MEMS accelerometer and AMR sensor products in Massachusetts.

13.     Several individuals involved in the design and development of ADI's MEMS accelerometer and AMR products are no longer at ADI.  These engineers include:

    a.  Jack Memishian, ASIC Design;

    b.  Howard Samuels, ASIC Design;

    c.  Long Pham, ASIC Design;

    d.  Brock Bears, Application; and

    e.  Charles Whiting, Applications.

14.     Based on ADI's most recent knowledge, each of these individuals still resides in Massachusetts.

15.     Each of these engineers likely has unique knowledge relevant to the design and development of ADI's MEMS accelerometer and AMR products, including ADXL355, ADXL362, ADXL366, ADXL367, ADA4570, and ADA4571.

3

16.     Jack Memishian likely has specialized knowledge of certain MEMS products, including the ADXL355, ADXL362, ADXL366, and ADXL367.  Jack Memishian was an ADI Fellow and was the design lead for the ADXL362 and ADXL367 ASIC, which was built on the ADXL362 design.  As the design lead, Jack Memishian played a central role in the ASIC design and development of both of these products.  He likely has specific knowledge regarding the overall design considerations, motivations, and design options available and considered for inclusion in the ASIC designs.  This would include information regarding why specific components were included in or excluded from the overall ASIC designs, the products packaging, and the specific client needs or application demands for the products, including electrical contact placements and other design features.  His specific knowledge regarding the overall design considerations, motivations, and ultimate selections of the ASIC components is not possessed by any other current ADI employee.  He also likely has specialized knowledge regarding the specific implementation details for the ASIC designs, including but not limited to why certain implementations were included in ADI's MEMS accelerometer products, the potential design alternatives considered, and acceptable alternatives available during the products' design and development periods capable of meeting client needs and application demands, which is not shared by any other current ADI employee.  In addition to the ADXL362 and ADXL367, Jack Memishian likely has useful knowledge for the ADXL366, which is based on and has a very similar design to ADXL367.

17.     Howard Samuels likely has specialized knowledge on certain MEMS products, including the ADXL355, ADXL362, ADXL366, and ADXL367.  For example, Howard Samuels was centrally involved in the design of ADXL355 and likely has specific knowledge regarding the overall design considerations, motivations, and design options available and considered for inclusion in the ADXL355 product.  His specific knowledge regarding the overall design

4

considerations, motivations, and ultimate selection of the ASIC components is not possessed by any other current ADI employee. He also likely has specialized knowledge regarding the specific implementation details for the ASIC design, including but not limited to why certain electrical implementations were included in or excluded from ADI's MEMS accelerometer products, the potential design alternatives considered, and acceptable alternatives available during the product's design and development period capable of meeting client needs and application demands, which is not shared by any other current ADI employee.

18. Long Pham likely has specialized knowledge on certain MEMS products, including the ADXL355, ADXL362, ADXL366, and ADXL367. Long Pham served as a product engineer or ASIC design engineer on ADXL355, ADXL362, ADXL366, and ADXL367. Accordingly, Long Pham likely has specialized knowledge regarding the operational and structural relationship between these products that is not shared by any other current ADI employee.

19. Charles Whiting likely has specialized knowledge on certain MEMS products, including the ADA4570 and ADA4571. Charles Whiting's specialized knowledge regarding the MEMS product development, including but not limited to the benefits of the ADA4570 and ADA4571 in automotive Brushless Direct Current (BLDC) motor control applications, is not shared by any employee currently employed by ADI.

20. I am aware that Anthony F. Flannery is currently employed as Head of Strategic Innovation for Healthcare at Analog Devices. *See* https://www.linkedin.com/in/afflannery/. Mr. Flannery has not worked on any MEMS projects while at ADI.

21. I have personal knowledge of the facts set forth in this declaration and if called upon as a witness, I could and would testify to such facts under oath.

Executed on July 16, 2026 in Wilmington, MA.

Signed by:

Benoit Dufort

CAA764923899410...

Benoit Dufort
Director of MEMS Design
Analog Devices, Inc.