# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| PACIFIC RESEARCH GROUP PTE. LTD., | § § | |
| Plaintiff, | § § | Case No. 7:26-cv-00186-DC |
| v. | § § | |
| ANALOG DEVICES, INC., | § § | |
| Defendant. | § § § | |

**DECLARATION OF MICHAEL NUNNERY**

I, Michael Nunnery, hereby declare as follows:

1.      I am over eighteen years of age.  I am competent to testify regarding the matters set forth in this declaration if called upon to do so.

2.      I am a Product Engineering Manager at Analog Devices, Inc. ("ADI").  I have worked at ADI since it acquired Maxim Integrated Products, Inc. ("Maxim") in 2021.  I was employed by Maxim for approximately 20 years before Maxim was acquired by ADI.

3.      I work in ADI's Austin, Texas facility, located at 5001 Plaza on the Lake Suite 250, Austin, TX 78746 ("ADI's Austin Facility").  ADI's Austin Facility employs approximately 50 employees.  These 50 employees include engineers as well as business, sales, and marketing personnel.

4.      As Product Engineering Manager, I am aware of the products designed and developed at ADI's Austin Facility.

5.      ADI's Austin Facility designs and develops audio amplifier technology and high power converter technology.  Prior to ADI's acquisition of Maxim in 2021, ADI's Austin Facility was operated by Maxim personnel, including myself, and our work focused on these same audio amplifier and power converter products.

1

6.      Prior to ADI's acquisition of Maxim in 2021, ADI also operated a separate Austin facility at 6500 River Place Blvd, Austin, TX 78730 (the "River Place Facility").  The River Place Facility included fewer than 10 engineers and, at least since January 1, 2020, these engineers primarily worked on developing hardware and firmware compatible with the HDMI standard.  On January 31, 2026, the River Place Facility closed.

7.      ADI's Austin Facility is not, and was not, involved in the design, development, manufacturing, sale or marketing of ADI's MEMS products at least since January 1, 2020.  When I use the phrase "MEMS products," I mean ADXL355, ADXL362, ADXL366, ADXL367, ADA4570, and ADA4571.  ADI's River Place Facility was not involved with the design, development, or manufacturing of ADI's MEMS products, at least since January 1, 2020.

8.      ADI also operates one more Texas facility, which is located at 14675 Dallas Pkwy Suite 300, Dallas, TX 75254 ("ADI's Dallas Facility").  I understand that ADI's Dallas Facility employs approximately 300 employees.  My understanding is these employees work primarily on the design and development of microcontrollers, fixed function security devices, Gigabit Multimedia Serial Link (GMSL) technology, and battery chargers and that ADI's Dallas Facility is not, and was not, involved in the design, development, manufacturing, sale or marketing of ADI's MEMS products.

9.      ADI restricts access to integrated circuit project design files to employees who are explicitly made members of those specific projects.  For example, because I am not a member of any ADI MEMS design projects, I am not able to access any data in the design repository or access the projects in the operating system or stored project directories.

10.      I have personal knowledge of the facts set forth in this declaration and if called upon as a witness, I could and would testify to such facts under oath.

2

Executed on July 16, 2026 in Austin, TX.

Signed by:

*Michael Nunnery*

—33C5B6061339488...

Mike Nunnery
Product Engineering Manager
Analog Devices, Inc.

3