# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| PACIFIC RESEARCH GROUP PTE. LTD., | § | |
| | § | |
| Plaintiff, | § | Case No. 7:26-cv-00186-DC |
| | § | |
| v. | § | |
| | § | |
| ANALOG DEVICES, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

**DECLARATION OF ERIK HALVERSON**

I, Erik Halverson, hereby declare as follows:

1.      I am over eighteen years of age.  I am competent to testify regarding the matters set forth in this declaration if called upon to do so.

2.      Analog Devices, Inc.'s (ADI) corporate headquarters is located at 1 Analog Way, Wilmington, Massachusetts 01887 ("ADI's Wilmington Facility").  ADI's Wilmington Facility is approximately 20 miles from Boston Logan International Airport ("Boston Airport").

3.      ADI also has a facility at Raheen Industrial Estate, Limerick, Ireland ("ADI's Limerick Facility").  ADI's Limerick Facility is approximately 20 miles from the Shannon Airport.

4.      ADI also has a facility at Av. de les Corts Valencianes, 15, Campanar, 46015 Valencia, Spain ("ADI's Valencia Facility").  ADI's Valencia Facility is approximately a three hour train ride to the Adolfo Suárez Madrid-Barajas Airport ("Madrid Airport").

5.      The Midland/Odessa Division of the Western District of Texas is located at 200 E Wall St, Midland, TX 79701 ("WDTX").  WDTX is approximately 10 miles from the Midland International Air & Space Port ("Midland Airport").

6.      The Boston Division of the District of Massachusetts is located at 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210 ("DMA").  DMA is approximately 4 miles from the Boston Airport.

7.      As illustrated in the Google Maps search below, ADI's Wilmington Facility is 15 miles from the DMA:



8.      As illustrated in the Google Flights search below, a direct flight from Shannon Airport to the Boston Airport is approximately 7 hours:

2



9.    As illustrated in the Google Flights search below, a direct flight from Madrid Airport to Boston Airport is approximately 8 hours:



10.     As illustrated in the Google Maps search below, ADI's Wilmington Facility is 2,102 miles from the WDTX:



11.     As illustrated in the Google Flights search below, there are no direct flights from Boston Airport to Midland Airport:



12.    As illustrated in the Google Flights search below, the connecting flights from Boston Airport to Midland Airport take approximately 6 to 9 hours:



13.    As illustrated in the Google Flights search below, there are no direct flights from Shannon Airport to Midland Airport:

5



14.    As illustrated in the Google Flights search below, the connecting flights from Shannon Airport to Midland Airport take approximately 18 hours to 21 hours:



15.      As illustrated in the Google Flights search, there are no direct flights from Madrid

Airport to Midland Airport:



16.      As illustrated in the Google Flights search below, connecting flights from Madrid

Airport to Midland Airport take approximately 14 to 20 hours:

7



17.     Anthony F. Flannery is a named inventor on U.S. Patent Nos. 8,402,666 and 9,376,312.  Anthony F. Flannery is currently employed as Head of Strategic Innovation for Healthcare at ADI.  *See* https://www.linkedin.com/in/afflannery/.  Anthony F. Flannery works out of ADI's Wilmington Facility.

18.     In the Answer, U.S. Patent No. 8,250,921 is identified as being relevant to the validity of U.S. Patent No. 8,402,666.  *See* Dkt. 13, 12.  David Sachs is a named inventor of U.S. Patent No. 8,250,921.  David Sachs is currently employed at Icahn School of Medicine at Mount Sinai located at 1470 Madison Ave, New York, NY 10029.  *See* https://profiles.icahn.mssm.edu/david-sachs#industry_relationships.

19.     As illustrated in the Amtrak Train search below, Acela trains from New York City to Boston take approximately 4 hours:



20.    As illustrated in the Google Flights search, there are no direct flights from New York City to Midland Airport:



21.    As illustrated in the Google Flights search below, connecting flights from one of the New York City airports to Midland Airport take approximately 6 to 7 hours:



22.     I have personal knowledge of the facts set forth in this Declaration and if called upon as a witness, I could and would testify to such facts under oath.


Executed on July 16, 2026 in San Francisco, CA.

*/s/ Erik Halverson*
Erik Halverson
Partner
K&L Gates, LLP

11