# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| PACIFIC RESEARCH GROUP PTE. LTD., | § | |
| | § | Case No. 7:26-cv-00186-DC |
| Plaintiff, | § | |
| | § | <u>JURY TRIAL DEMANDED</u> |
| v. | § | |
| | § | |
| ANALOG DEVICES, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER GRANTING DEFENDANT ANALOG DEVICES, INC.'S MOTION TO TRANSFER

Before the Court is Defendant Analog Devices, Inc.'s Motion to Transfer under 28 U.S.C. § 1404 (the "Motion"). The Court, having considered the same, is of the opinion that the Motion should be granted.

**IT IS THEREFORE ORDERED** that Defendant Analog Devices, Inc.'s Motion to Transfer is **GRANTED** and that this case is **TRANFERRED** to the District of Massachusetts.

SIGNED this _____ day of _____, 2026.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

1