**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| PACIFIC RESEARCH GROUP PTE. LTD., | |
| Plaintiff, | Case No. 7:26-cv-00186-DC-DTG |
| v. | |
| ANALOG DEVICES, INC., | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF INTENT TO PROCEED WITH VENUE DISCOVERY**

Under Section III of the Standing Order Governing Patent Proceedings, Plaintiff Pacific Research Group Pte. Ltd. hereby provides notice that it will serve venue discovery requests upon Defendant Analog Devices, Inc. and that this venue discovery will delay its response to Defendant's Motion to Transfer (ECF No. 14). Under Section III, the venue discovery period runs for ten (10) weeks from July 17, 2026, through September 25, 2026, and the deadline for Plaintiff to respond to the motion is thus delayed to October 9, 2026.

1

Dated: July 21, 2026

Respectfully submitted,

*/s/ Bradley D. Liddle*
Paul J. Skiermont (TX Bar No. 24033073)
Bradley D. Liddle (TX Bar No. 24074599)
Michael C. Pomeroy (TX Bar No. 24098952)
Steven W. Hartsell (TX Bar No. 24040199)
Michael D. Ricketts (TX Bar No. 24079208)
SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400
Dallas, Texas 75201
Phone: (214) 978-6600
pskiermont@skiermontderby.com
bliddle@skiermontderby.com
mpomeroy@skiermontderby.com
shartsell@skiermontderby.com
mricketts@skiermontderby.com

Charles C. Koole (CA Bar No. 259997)
Rex Hwang (CA Bar No. 221079)
SKIERMONT DERBY LLP
633 W. Fifth Street, Suite 5800
Los Angeles, California 90071
Phone: (213) 788-4500
ckoole@skiermontderby.com
rhwang@skiermontderby.com

*Attorneys for Plaintiff*
Pacific Research Group Pte. Ltd.

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 21st day of July 2026, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first-class mail on this same date.

*/s/ Bradley D. Liddle*
Bradley D. Liddle