**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

PACIFIC RESEARCH GROUP PTE. LTD.

vs.                                                        Case No.:  7:26-cv-00186-DC-DTG

ANALOG DEVICES, INC.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Joshua Andrews                                        , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  Defendant Analog Devices, Inc.                     in this case, and

would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)
K&L Gates LLP                                           with offices at:

Mailing address:  One Congress Street, Suite 2900

City, State, Zip Code:  Boston, MA 02114

Telephone:  (617) 951-9076                    Facsimile:  (617) 261-3175

2.    Since  11/13/2023                          , Applicant has been and presently is a

member of and in good standing with the Bar of the State of  Massachusetts                .

Applicant's bar license number is  712794                                                        .

3.    Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| USDC - Dist. of Massachusetts | 02/20/2024 |
| U.S. Court of Appeals - First Cir. | 07/09/2024 |
| U.S. Court of Appeals - Fed. Cir. | 01/29/2026 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.    Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:  Erik Halverson

Mailing address:  K&L Gates LLP, Four Embarcadero Center, Suite 1200

City, State, Zip Code:  San Fransisco, CA 94111

Telephone:  (415) 882-8238

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Joshua Andrews to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Joshua Andrews
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the  5  day of  August , 2026 .

Joshua Andrews
[printed name of Applicant]

[signature of Applicant]