**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| PACIFIC RESEARCH GROUP PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ANALOG DEVICES, INC.,<br><br>Defendant. | Case No. 7:26-cv-00186-DC-DTG |

**DECLARATION OF REX HWANG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT ANALOG DEVICES, INC.'S MOTION TO TRANSFER**

I, Rex Hwang, hereby declare as follows:

1. I am an attorney with Skiermont Derby LLP, and counsel of record for Plaintiff Pacific Research Group Pte. Ltd. in the above-captioned action. This declaration is made in support of Plaintiff's Opposition to Defendant Analog Devices, Inc.'s Motion to Transfer.

2. I am over the age of 21 years and am competent to make this declaration. All of the statements set forth herein are true and correct and are based on my personal knowledge.

3. Exhibit 1 to this declaration is a true and correct copy of excerpts from the September 15, 2026 deposition transcript of Benoit Dufort.

4. Exhibit 2 to this declaration is a true and correct copy of excerpts from the September 22, 2026 deposition transcript of Michael Nunnery.

5. Exhibit 3 to this declaration is a true and correct copy of excerpts from a document produced by ADI starting with the bates number ADI_0000199.

6. Exhibit 4 to this declaration is a true and correct copy of excerpts from a document produced by ADI starting with the bates number ADI_0000136.

7. Exhibit 5 to this declaration is a true and correct copy of excerpts from a document produced by ADI starting with the bates number ADI_0000096.

8. Exhibit 6 to this declaration is a true and correct copy of excerpts from a document produced by ADI starting with the bates number ADI_0000301.

9. Exhibit 7 to this declaration is a true and correct copy of excerpts from a document produced by ADI starting with the bates number ADI_0000078.

10. Attached as Exhibit 8 to this declaration is a true and correct copy of an online article entitled "Analog Devices Signs Worldwide Distribution Agreement with Mouser Electronics," dated May 15, 2025. The article was found online at

https://investor.analog.com/news-releases/news-release-details/analog-devices-signs-worldwide-distribution-agreement-mouser.

11. Attached as Exhibit 9 to this declaration is a true and correct copy of a Mouser product description page for the ADA4570BRZ-R7 product. This was found online at https://www.mouser.com/en/ProductDetail/Analog-Devices/ADA4570BRZ-R7?qs=pBJMDPsKWf21bWe2hMjZYQ%3D%3D&srsltid=AU7gw4WVfmZ4hejGFVbbmi0IEW7trNGRzu7-HgD8ff5VyqzRS7A9_gao.

12. Attached as Exhibit 10 to this declaration is a true and correct copy of a Mouser product description page for the ADA4571-2WHRZ-RL product. This was found online at https://www.mouser.com/en/ProductDetail/Analog-Devices/ADA4571-2WHRZ-RL?qs=hcI7UP082NiSKTfD6H%2F1Ig%3D%3D&srsltid=AU7gw4WYK-vYDekhkxI5_V6dPfFtwHMID7oA7rQCeUa8ZNP2sd5bGwbl.

13. Attached as Exhibit 11 to this declaration is a true and correct copy of a Mouser product description page for the ADXL355BEZ product. This was found online at https://www.mouser.com/en/ProductDetail/Analog-Devices/ADXL355BEZ?qs=vcbl%252BK4rRld73tJrFMMu%2Fg%3D%3D&srsltid=AU7gw4Ve4AIWKjT_Qglg5SjJgqr2BqYZz0PA0J8AhU8dlVrvz0j72Xm0.

14. Attached as Exhibit 12 to this declaration is a true and correct copy of a Mouser product description page for the ADXL362BCCZ-R2 product. This was found online at https://www.mouser.com/en/ProductDetail/Analog-Devices/ADXL362BCCZ-R2?qs=WIvQP4zGanjW3w5kLfIc7A%3D%3D&srsltid=AU7gw4XPubWRGir21vvxzOkMblKHsnAe43jV3E5CA_dewYanGiAtomGM.

15. Attached as Exhibit 13 to this declaration is a true and correct copy of a Mouser product description page for the ADXL366BCCZ-RL product. This was found online at https://www.mouser.com/en/ProductDetail/Analog-Devices/ADXL366BCCZ-RL?qs=CoAU%2FpHVZXyRMSb9FLVRqQ%3D%3D&srsltid=AU7gw4VJ-6e7GhtcnEgrA6at-HqlvLHy6O03DHhlTnYsgtIr_1XTUEQn.

16. Attached as Exhibit 14 to this declaration is a true and correct copy of a Mouser product description page for the ADXL367BCCZ-RL7 product. This was found online at https://www.mouser.com/en/ProductDetail/Analog-Devices/ADXL367BCCZ-RL7?qs=Znm5pLBrcAKDMywMSmVfyg%3D%3D&srsltid=AU7gw4XYnb2TsqK0bMapcslZ8uQg8NJhcDwRzQzzmrV-_l4hjMAtZL_p.

17. Attached as Exhibit 15 to this declaration is a true and correct copy of "About Mouser Electronics - Electronics Component Distributor," available at https://www.mouser.com/en/aboutus/.

18. Attached as Exhibit 16 to this declaration is a true and correct copy of a printout of a Tesla website page, found at https://www.tesla.com/giga-texas.

19. Attached as Exhibit 17 to this declaration is a true and correct copy of excerpts from a Sensor Controller Studio Revision History found online at https://software-dl.ti.com/lprf/sensor_controller_studio/2.7.0/exports/revision_history.html.

20. Attached as Exhibit 18 to this declaration is a true and correct copy of website printout from TI's website found online at https://www.ti.com/video/6100123670001.

21. Attached as Exhibit 19 to this declaration is a true and correct copy of a portion of Daniel Ogilvie's LinkedIn profile, found at https://www.linkedin.com/in/daniel-ogilvie/.

22. Attached as Exhibit 20 to this declaration is a true and correct copy of a portion of Adrian Fernandez's LinkedIn profile, found at https://www.linkedin.com/in/adrianfer/.

23. Attached as Exhibit 21 to this declaration is a true and correct copy of excerpts from an Ambiq prospectus, wherein the entire document was located online at https://www.sec.gov/Archives/edgar/data/1500412/000119312526281376/d152097d424b4.htm.

24. Attached as Exhibit 22 to this declaration is a true and correct copy of U.S. Patent No. 9,376,312.

25. Attached as Exhibit 23 to this declaration is a true and correct copy of U.S. Patent Publication No. 2010/0236327.

26. Attached as Exhibit 24 to this declaration is a true and correct copy of U.S. Patent No. 8,165,323.

27. Attached as Exhibit 25 to this declaration is a true and correct copy of U.S. Patent No. 8,250,921.

28. Attached as Exhibit 26 to this declaration is a true and correct copy of U.S. Patent Publication No. 2007/0181962.

29. Attached as Exhibit 27 to this declaration is a true and correct copy of U.S. Patent Publication No. 2010/0140760.

30. Attached as Exhibit 28 to this declaration is a true and correct copy of Plaintiff's Notice of Rule 30(b)(6) Venue Deposition to Analog Devices, Inc, dated July 30, 2026.

31. Attached as Exhibit 29 to this declaration is a true and correct copy of a portion of the LinkedIn page for Maureen Helm. This was found online at https://www.linkedin.com/in/maureen-helm/.

32. Attached as Exhibit 30 to this declaration is a true and correct copy of GitHub pages, found online at https://github.com/zephyrproject-rtos/zephyr/commit/43d6f06f1e20b957afed991202616dcf398536b7.

33. Attached as Exhibit 31 to this declaration is a true and correct copy of GitHub pages, found online at https://github.com/zephyrproject-rtos/zephyr/commit/9ca3826abf676c2734a9a3050b9fa5c465166ed5.

34. Attached as Exhibit 32 to this declaration is a true and correct copy of a portion of the LinkedIn page for David Kelly. This was found online at https://www.linkedin.com/in/davidqkelly/.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 23rd day of October 2026, in Los Angeles, California.

*/s/ Rex Hwang*