# EXHIBIT 8

# Analog Devices Signs Worldwide Distribution Agreement with Mouser Electronics | Analog Devices

*Analog Devices*

*Worldwide agreement includes ADI's complete portfolio.*

NORWOOD, Mass. and DALLAS & FORT WORTH, Texas--(BUSINESS WIRE)-- Analog Devices, Inc. (NASDAQ: ADI), a global leader in high-performance semiconductors for signal-processing applications, announced today that it has entered into a worldwide distribution agreement with Mouser Electronics, Inc. Mouser supplies design engineers and buyers with the newest products and leading-edge technologies combined with unsurpassed customer service and worldwide support.



Thomas Wessel, Vice President, Worldwide Sales, Analog Devices (Photo: Business Wire)

ADI delivers world-leading data converters, amplifiers, MEMs, DSPs (digital signal processors), RF and power management ICs. Together, these technologies form a complete design solution and play a fundamental role in converting, conditioning, and processing real-world phenomena in a wide array of applications.

"Our customers are integrating complete solutions into an ever-widening range of applications, and ADI's high-performance signal-processing portfolio is at the core of these systems," said Thomas Wessel, vice president, worldwide sales, Analog Devices. "With our portfolio and Mouser's web-based sales and support teams, customers can expect to accomplish great things. Mouser Electronics focuses on new product sales and will immediately begin selling ADI products and solutions through their global network."

"The global partnership between Mouser and ADI is a huge win for our customers," said Glenn Smith, president and CEO of Mouser Electronics. "Combining ADI's leadership position in high-performance analog products with our global reach makes it possible for design engineers worldwide to obtain the newest technologies from one authorized source."

**About Mouser Electronics, Inc.**

Mouser Electronics, a subsidiary of TTI, Inc., is part of Warren Buffett's Berkshire Hathaway family of companies. Mouser is an award-winning authorized semiconductor and electronic component distributor, focused on the rapid introduction of new products and technologies to electronic design engineers and buyers. Mouser.com features more than 3 million products online from more than 500 manufacturers. Mouser publishes multiple catalogs per year providing designers with up-to-date data on the components now available for the next generation of electronic devices. Mouser ships globally to over 375,000 customers in 170 countries from its 492,000 sq. ft. state-of-the-art facility south of Dallas, Texas. For more information, visit www.mouser.com.

**About Analog Devices, Inc.**

Innovation, performance, and excellence are the cultural pillars on which Analog Devices has built one of the longest standing, highest growth companies within the technology sector. Acknowledged industry-wide as the world leader in data conversion and signal-conditioning technology, Analog Devices serves over 60,000 customers, representing virtually all types of electronic equipment. Analog Devices is headquartered in Norwood, Mass., with design and manufacturing facilities throughout the world. Analog Devices' common stock is listed on the NASDAQ under the ticker "ADI" and is included in the S&P 500 Index. More information is available at http://www.analog.com/.

Follow ADI on Twitter at http://www.twitter.com/ADI_News

To subscribe to Analog Dialogue, ADI's monthly technical journal, visit: http://www.analog.com/subscribe.

Photos/Multimedia Gallery Available: http://www.businesswire.com/multimedia/home/20130506005962/en/

**EDITORS ONLY:**
**Analog Devices, Inc.**
**Bob Olson, 781-937-1666**
**bob.olson@analog.com**
**or**
**Mouser Electronics, Inc.**
**Kelly DeGarmo, 817-840-7764**
**kelly.degarmo@mouser.com**

Source: Analog Devices, Inc.

News Provided by Acquire Media