# EXHIBIT 9

Part of the TTI Family of Specialists
MOUSER

Home > Electronic Components > Sensors > Magnetic Sensors > Board Mount Hall Effect / Magnetic Sensors > Analog Devices ADA4570BRZ-R7

See an Error?

# ADA4570BRZ-R7

ANALOG DEVICES
AHEAD OF WHAT'S POSSIBLE™



Images are for reference only
See Product Specifications

Share

**Mouser #:**
584-ADA4570BRZR7

**Mfr. #:**
ADA4570BRZ-R7

**Mfr.:**
Analog Devices

**Customer #:**
Customer #

**Description:**
Board Mount Hall Effect / Magnetic Sensors AMR MAGNETIC SENSOR

**Datasheet:**
ADA4570BRZ-R7 Datasheet

**ECAD Model:**
PCB Symbol, Footprint & 3D Model

Live Chat

Download the free Library Loader to convert this file for your ECAD Tool. Learn more abou

**More Information**

Learn more about Analog Devices ADA4570BRZ-R7

☐ Compare Product

Add To Proj

**In Stock: 153**

**Stock:**
153 Can Ship Immediately

Once stock is depleted, this product will no longer be available from Mouser.

**Enter Quantity:**
Minimum: 1 Multiples: 1 Maximum: 122

## Pricing (USD)

| Qty. | Unit Price |
|---|---|
| ***Cut Tape / MouseReel™*** † | |
| 1 | $5.09 |
| 5 | $4.29 |
| 10 | $3.98 |
| 50 | $3.36 |

Live Chat

| Qty. | Unit Price |
| --- | --- |
| 100 | $3.12 |
| ***Full Reel (Order in multiples of 1000)*** | |
| 1,000 | $3.12 |

† $7.00 MouseReel™ fee will be added and calculated in your shopping cart. All MouseReel™ orders are non-cancellable and non-returnable.

## Alternative Packaging

| | |
| --- | --- |
| **Mfr. Part #:** | ADA4570BRZ |
| **Packaging:** | Tube |
| **Availability:** | In Stock |
| **Price:** | $4.96 |
| **Min:** | 1 |

## Similar Product



| | |
| --- | --- |
| **Mfr.:** | **Analog Devices** |
| **Mfr. #:** | ADA4570BRZ |
| **Description:** | Board Mount Hall Effect / Magnetic Sensors AMR MAGNETIC SENSOR |

Compare With

**Live Chat**

## Specifications

| Product Attribute | Attribute Value | Select Attri |
|---|---|---|
| **Manufacturer:** | Analog Devices Inc. | |
| **Product Category:** | Board Mount Hall Effect / Magnetic Sensors | |
| **RoHS:** | RoHS Details | |
| **Type:** | AMR Sensor | |
| **Operating Supply Current:** | 4.5 mA | |
| **Operating Supply Voltage:** | 4.5 V | |
| **Minimum Operating Temperature:** | - 40 C | |
| **Maximum Operating Temperature:** | + 150 C | |
| **Mounting Style:** | SMD/SMT | |
| **Package / Case:** | SOIC-8 | |
| **Supply Voltage - Max:** | 5.5 V | |
| **Supply Voltage - Min:** | 2.7 V | |
| **Packaging:** | Reel | |
| **Packaging:** | Cut Tape | |
| **Packaging:** | MouseReel | |
| **Brand:** | Analog Devices | |
| **Output Type:** | Analog | |
| **Product Type:** | Board Mount Hall Effect / Magnetic Sensors | |

Live Chat

| | |
|---|---|
| **Factory Pack Quantity:** | 1000 |
| **Subcategory:** | Sensors |
| **Termination Style:** | SMD/SMT |
| **Part # Aliases:** | ADA4570BRZ ADA4570BRZ-RL |

**Select at least one checkbox above to show similar products in this category.**

Show Similar

**Attributes selected: 0**

**Product Comments**

**Documents (1)**

**Filter Document:** Choose a document type

***Datasheet***

ADA4570BRZ-R7 Datasheet

**Environmental Documents**

**Product & Trade Compliance**

**Live Chat**

Live Chat

More Information