# EXHIBIT 10

Part of the TTI Family of Specialists
MOUSER

Home › Electronic Components › Sensors › Magnetic Sensors › Board Mount Hall Effect / Magnetic Sensors › Analog Devices ADA4571-2WHRZ-RL

See an Error?

# ADA4571-2WHRZ-RL



Images are for reference only
See Product Specifications

Share

**Mouser #:**
584-ADA4571-2WHRZ-RL

**Mfr. #:**
ADA4571-2WHRZ-RL

**Mfr.:**
Analog Devices

**Customer #:**
Customer #

**Description:**
Board Mount Hall Effect / Magnetic Sensors Dual AMR MAGNETIC SENSOR

**Datasheet:**
ADA4571-2WHRZ-RL Datasheet (PDF)

**ECAD Model:**
PCB Footprint and Symbol

Live Chat

Download the free Library Loader to convert this file for your ECAD Tool. Learn more abou

**More Information**

Learn more about Analog Devices ADA4571-2WHRZ-RL

☐ Compare Product

Add To Proj

**In Stock: 4,714**

**Stock:**
4,714 Can Ship Immediately

Once stock is depleted, this product will no longer be available from Mouser.
Long lead time reported on this product.

**Enter Quantity:**
Minimum: 1 Multiples: 1 Maximum: 3771

## Pricing (USD)

| Qty. | Unit Price |
|---|---|
| ***Cut Tape / MouseReel™*** † | |
| 1 | $8.22 |
| 5 | $7.42 |
| 10 | $7.11 |

Live Chat

| Qty. | Unit Price |
| --- | --- |
| 25 | $6.76 |
| 50 | $6.51 |
| 100 | $6.17 |
| 500 | $5.67 |
| 1,000 | $5.51 |
| ***Full Reel (Order in multiples of 2500)*** | |
| 2,500 | $5.23 |

† $7.00 MouseReel™ fee will be added and calculated in your shopping cart. All MouseReel™ orders are non-cancellable and non-returnable.

Live Chat

## Specifications

| Product Attribute | Attribute Value | Select Attri |
|---|---|---|
| Manufacturer: | Analog Devices Inc. | |
| Product Category: | Board Mount Hall Effect / Magnetic Sensors | |
| RoHS: | RoHS Details | |
| Type: | AMR Sensor | |
| Operating Supply Current: | 4.5 mA | |
| Maximum Output Current: | 20 mA | |
| Operating Supply Voltage: | 3 V to 5.5 V | |
| Minimum Operating Temperature: | - 40 C | |
| Maximum Operating Temperature: | + 150 C | |
| Mounting Style: | SMD/SMT | |
| Package / Case: | SOIC-16 | |
| Supply Voltage - Max: | 5.5 V | |
| Supply Voltage - Min: | 3 V | |
| Series: | ADA4571-2 | |
| Qualification: | AEC-Q100 | |
| Packaging: | Reel | |
| Packaging: | Cut Tape | |
| Packaging: | MouseReel | |

Live Chat

| | |
|---|---|
| **Brand:** | Analog Devices |
| **Output Type:** | Analog |
| **Product Type:** | Board Mount Hall Effect / Magnetic Sensors |
| **Factory Pack Quantity:** | 2500 |
| **Subcategory:** | Sensors |
| **Termination Style:** | SMD/SMT |
| **Unit Weight:** | 0.005538 oz |

**Select at least one checkbox above to show similar products in this category.**

Show Similar

**Attributes selected: 0**

## Product Comments

## Documents (1)

**Filter Document:** Choose a document type

***Datasheet***

ADA4571-2WHRZ-RL Datasheet (PDF)

**Live Chat**

**Environmental Documents**

**Product & Trade Compliance**

**More Information**

**Customers Also Bought**

Live Chat