# EXHIBIT 11

Part of the TTI Family of Specialists
MOUSER

‹ Accelerometers

See an Error?

# ADXL355BEZ

ANALOG DEVICES
AHEAD OF WHAT'S POSSIBLE™



Images are for reference only
See Product Specifications

Share

**Mouser #:**
584-ADXL355BEZ

**Mfr. #:**
ADXL355BEZ

**Mfr.:**
Analog Devices

**Customer #:**
Customer #

**Description:**
Accelerometers High Perf 3-Axis Digit 2g/ 4g/ 8g Accel

**Lifecycle:**
LC **Restricted Availability:** This part number is not currently available from Mouser. Product may be in limited

Live Chat

**Datasheet:**

ADXL355BEZ Datasheet

**ECAD Model:**

PCB Symbol, Footprint & 3D Model

Download the free Library Loader to convert this file for your ECAD Tool. Learn more about ECAD Model.

**More Information**

Learn more about Analog Devices ADXL355BEZ

**In Stock: 4,180**

Live Chat

**Stock:**

4,180 Can Ship Immediately

Once stock is depleted, this product will no longer be available from Mouser.

Long lead time reported on this product.

**Enter Quantity:**

Minimum: 1 Multiples: 1 Maximum: 3344

## Pricing (USD)

A tariff of 8% may be applied if shipping to the United States.

| Qty. | Unit Price |
|---|---|
| 1 | $81.49 |
| 5 | $75.47 |
| 10 | $72.35 |
| 25 | $67.27 |
| 50 | $64.89 |
| 100 | $63.42 |
| 280 | Quote |

**Alternative Packaging**

| | |
|---|---|
| **Mfr. Part #:** | ADXL355BEZ-RL7 |
| **Packaging:** | Reel, Cut Tape, MouseReel |
| **Availability:** | In Stock |
| **Price:** | $81.49 |
| **Min:** | 1 |

Live Chat

**Similar Product**



**Mfr.:**

**Analog Devices**

**Mfr. #:**

ADXL355BEZ-RL7

**Description:**

Accelerometers High Perf 3-Axis Digit 2g/ 4g/ 8g Accel

**Lifecycle:**

LC **Restricted Availability:** This part number is not currently available from Mouser. Product may be in limitec

**Live Chat**

## Specifications

| Product Attribute | Attribute Value |
|---|---|
| Manufacturer: | Analog Devices Inc. |
| Product Category: | Accelerometers |
| RoHS: | RoHS Details |
| REACH (Registration, Evaluation, Authorisation and Restriction of Chemicals) - SVHC (Substance of Very High Concern): | Details |
| Sensor Type: | 3-axis |
| Sensing Axis: | X, Y, Z |
| Acceleration: | 2 g, 4 g, 8 g |
| Sensitivity: | 256000 LSB/g, 128000 LSB/g, 64000 LSB/ |
| Output Type: | Digital |
| Interface Type: | I2C, SPI |
| Resolution: | 20 bit |
| Supply Voltage - Max: | 3.6 V |
| Supply Voltage - Min: | 2.25 V |
| Operating Supply Current: | 200 uA |
| Minimum Operating Temperature: | - 40 C |
| Maximum Operating Temperature: | + 125 C |
| Mounting Style: | SMD/SMT |
| Packaging: | Tray |
| Brand: | Analog Devices |
| Product Type: | Accelerometers |
| Series: | ADXL355 |
| Factory Pack Quantity: | 280 |
| Subcategory: | Sensors |
| Unit Weight: | 0.000847 oz |

Live Chat

## Product Comments

## Documents (6)

**Filter Document:** Choose a document type

***Datasheet***

ADXL355BEZ Datasheet

***PCN***

ADXL354, ADXL355, ADXL356, ADXL357 Assembly Transfer to Cirtek and Wire Change (PDF)

Process Change Notice (PDF)

Product Change Notice (PDF)

Product Change Notice (PDF)

Product Change Notification (PDF)

## Environmental Documents

## Product & Trade Compliance

## More Information

## Customers Also Bought

**Live Chat**