# EXHIBIT 12

Part of the TTI Family of Specialists

MOUSER

‹ Accelerometers

See an Error?

# ADXL362BCCZ-R2

ANALOG DEVICES
AHEAD OF WHAT'S POSSIBLE™



Images are for reference only
See Product Specifications

Share

**Mouser #:**
584-ADXL362BCCZ-R2

**Mfr. #:**
ADXL362BCCZ-R2

**Mfr.:**
Analog Devices

**Customer #:**
Customer #

**Description:**
Accelerometers Micropower, 3-Axis, 2 g/ 4 g/ 8 g Digital Output MEMS Accelerometer

**Lifecycle:**
LC **Restricted Availability:**This part number is not currently available from Mouser. Product

Live Chat

**Datasheet:**
ADXL362BCCZ-R2 Datasheet (PDF)

**ECAD Model:**
PCB Symbol, Footprint & 3D Model

Download the free Library Loader to convert this file for your ECAD Tool. Learn more about ECAD Model.

**More Information**
Learn more about Analog Devices ADXL362BCCZ-R2

**In Stock: 23**

**Stock:**
23 Can Ship Immediately

Once stock is depleted, this product will no longer be available from Mouser.
Long lead time reported on this product.

**Enter Quantity:**
Minimum: 1 Multiples: 1

## Pricing (USD)

A tariff of 11% may be applied if shipping to the United States.

| Qty. | Unit Price |
|---|---|
| ***Cut Tape / MouseReel™*** † | |
| 1 | $14.20 |
| 5 | $12.91 |
| 10 | $12.43 |
| 25 | $11.85 |
| 50 | $11.45 |
| 100 | |

Live Chat

| Qty. | Unit Price |
|---|---|
| *Full Reel (Order in multiples of 250)* | |
| 250 | $10.65 |
| 500 | $10.19 |

† $7.00 MouseReel™ fee will be added and calculated in your shopping cart. All MouseReel™ orders are non-

## Alternative Packaging

**Mfr. Part #:** ADXL362BCCZ-RL
**Packaging:** Reel, Cut Tape, MouseReel
**Availability:** In Stock
**Price:** $11.85
**Min:** 1

**Mfr. Part #:** ADXL362BCCZ-RL7
**Packaging:** Reel, Cut Tape, MouseReel
**Availability:** In Stock
**Price:** $9.62
**Min:** 1

## Similar Product



**Mfr.:**

**Analog Devices**

**Mfr. #:**

ADXL362BCCZ-RL7

**Description:**

Accelerometers Nanopower Three-Axis, 2g/4g/8g Digi Acc

**Lifecycle:**

Live Chat

LC **Restricted Availability:** This part number is not currently available from Mouser. Product may be in limited

Live Chat

## Specifications

| Product Attribute | Attribute Value |
|---|---|
| Manufacturer: | Analog Devices Inc. |
| Product Category: | Accelerometers |
| RoHS: | RoHS Details |
| Sensor Type: | 3-axis |
| Sensing Axis: | X, Y, Z |
| Acceleration: | 1 g, 2 g, 4 g, 8 g |
| Sensitivity: | 4 mg/LSB |
| Output Type: | Digital |
| Interface Type: | SPI |
| Resolution: | 12 bit |
| Supply Voltage - Max: | 3.5 V |
| Supply Voltage - Min: | 1.6 V |
| Operating Supply Current: | 1.8 uA |
| Minimum Operating Temperature: | - 40 C |
| Maximum Operating Temperature: | + 85 C |
| Mounting Style: | SMD/SMT |
| Package / Case: | LGA-16 |
| Packaging: | Reel |
| Packaging: | Cut Tape |
| Packaging: | MouseReel |
| Brand: | Analog Devices |
| Moisture Sensitive: | Yes |
| Product Type: | Accelerometers |
| Series: | ADXL362 |
| Factory Pack Quantity: | 250 |
| Subcategory: | Sensors |

Live Chat

| | |
|---|---|
| **Subcategory:** | Sensors |
| **Unit Weight:** | 0.033002 oz |

**Product Comments**

**Documents (4)**

**Filter Document:** Choose a document type

***Datasheet***

ADXL362BCCZ-R2 Datasheet (PDF)

***PCN***

Product / Process Change Notice (PDF)

Product Change Notice (PDF)

Product Change Notification (PDF)

**Environmental Documents**

**Product & Trade Compliance**

**More Information**

**Customers Also Bought**

**Live Chat**