# EXHIBIT 13

Part of the TTI Family of Specialists
MOUSER

Home › Electronic Components › Sensors › Motion & Position Sensors › Accelerometers › Analog Devices ADXL366BCCZ-RL

See an Error?

# ADXL366BCCZ-RL

ANALOG DEVICES
AHEAD OF WHAT'S POSSIBLE™




Images are for reference only
See Product Specifications

Share

**Mouser #:**
584-ADXL366BCCZ-RL

**Mfr. #:**
ADXL366BCCZ-RL

**Mfr.:**
Analog Devices

**Customer #:**
Customer #

**Description:**
Accelerometers Next Gen. ULP, low-g accelerometer

**Datasheet:**
ADXL366BCCZ-RL Datasheet

**ECAD Model:**
PCB Symbol, Footprint & 3D Model

Live Chat

Download the free Library Loader to convert this file for your ECAD Tool. Learn more abou

**More Information**

Learn more about Analog Devices ADXL366BCCZ-RL

☐ Compare Product

Add To Proj

**In Stock: 4,014**

**Stock:**
4,014 Can Ship Immediately

Once stock is depleted, this product will no longer be available from Mouser.

**Enter Quantity:**
Minimum: 1 Multiples: 1 Maximum: 3211

## Pricing (USD)

| Qty. | Unit Price |
|---|---|
| ***Cut Tape / MouseReel™*** † | |
| 1 | $5.93 |
| 5 | $5.00 |
| 10 | $4.65 |
| 25 | $4.23 |

Live Chat

| Qty. | Unit Price |
|---|---|
| 50 | $3.92 |
| 100 | $3.65 |
| 500 | $3.13 |
| *Full Reel (Order in multiples of 5000)* | |
| 5,000 | $3.13 |

† $7.00 MouseReel™ fee will be added and calculated in your shopping cart. All MouseReel™ orders are non-cancellable and non-returnable.

## Similar Product




**Mfr.:** **Analog Devices**

**Mfr. #:** ADXL366BCCZ-RL7

**Description:** Accelerometers Next Gen. ULP, low-g accelerometer

Compare With

**Live Chat**

## Specifications

| Product Attribute | Attribute Value | Select Attri |
|---|---|---|
| Manufacturer: | Analog Devices Inc. | |
| Product Category: | Accelerometers | |
| RoHS: | RoHS Details | |
| Sensor Type: | 3-axis | |
| Sensing Axis: | X, Y, Z | |
| Acceleration: | 2 g, 4 g, 8 g | |
| Sensitivity: | 1000 LSB/g, 2000 LSB/g, 4000 LSB/g | |
| Output Type: | Digital | |
| Interface Type: | I2C, SPI | |
| Resolution: | 14 bit | |
| Supply Voltage - Max: | 3.6 V | |
| Supply Voltage - Min: | 1.1 V | |
| Operating Supply Current: | 960 nA | |
| Minimum Operating Temperature: | - 40 C | |
| Maximum Operating Temperature: | + 85 C | |
| Mounting Style: | PCB Mount | |
| Package / Case: | LGA-12 | |
| Packaging: | Reel | |

Live Chat

| | | |
|---|---|---|
| **Packaging:** | Cut Tape | ☐ |
| **Packaging:** | MouseReel | ☐ |
| **Brand:** | Analog Devices | |
| **Moisture Sensitive:** | Yes | |
| **Product Type:** | Accelerometers | |
| **Series:** | ADXL366 | |
| **Factory Pack Quantity:** | 5000 | |
| **Subcategory:** | Sensors | |
| **Part # Aliases:** | ADXL366BCCZ-RL7 | |

i **Select at least one checkbox above to show similar products in this category.**

Show Similar

**Attributes selected: 0**

**Product Comments**

**Live Chat**

## Documents (1)

**Filter Document:**

Choose a document type

***Datasheet***

ADXL366BCCZ-RL Datasheet

## Environmental Documents

## Product & Trade Compliance

## More Information

## Customers Also Bought

**Live Chat**