# EXHIBIT 15

Part of the TTI Family of Specialists

Mouser Electronics
1000 North Main Street
Mansfield, TX 76063
USA
(800) 346-6873

# About us

Mouser is a global authorized distributor of electronic components and industrial automation products. A franchised distributor, we specialize in the rapid introduction of the newest products and technologies from our authorized manufacturers, supporting the newest designs as-well-as the manufacturing supply chain.

With more than 6.8 million products from more than 1,200 manufacturer brands, we offer the widest selection of products in stock. We ship products daily to customers in 223 countries/territories from our +1.5 million-square-foot, state-of-the-art distribution facilities, received directly from the factory.

Mouser operates in 28 locations around the globe. We conduct business in 23 different languages and 33 currencies.

For our electronic components community, Mouser is your most reliable source of semiconductors and electronic components. When ordering from Mouser, you are assured of receiving factory-fresh, factory-direct products.

Mouser meets the highest global standards for quality including ISO 9001:2015. The Company is Aerospace certified under AS6496A, AS9120B, as well as AS9100D in Moisture Sensitive Level (MSL) renewal of electronic components. Mouser is also an MIL-Qualified supplier. Our products support applications in deep-ocean, outer-space and everywhere in between.

For our industrial automation community, Mouser is your trusted source for a wide selection of technologies. Ordering from Mouser is easy with solutions including the newest sensors, panels, PLCs and motor controls available in stock for immediate shipment.

Our global distribution center incorporates the latest automation and state-of-the-art wireless warehouse management systems that enable us to process orders 24/7, and deliver nearly perfect pick-and-ship operations. We maintain a 5-Sigma confidence rating for order accuracy of better than 99%.

Live Chat

**NOTE: A long-term member of the Electronic Component Industry Association (ECIA) and ECAS, Mouser urges customers to procure components only from authorized/franchised sources, as purchasing from non-authorized sources increases the risk of sourcing counterfeit components.**

## Our strengths

- Newest Products Leader
- Widest Selection of Products in Stock
- Industry Leading Manufacturers
- Same Day Shipping
- Global Support Locations
- Customer Service
- Quality

## Our details

### Company name

Mouser Electronics, Inc.

### Corporate Headquarters

1000 N. Main Street
Mansfield, TX 76063-1514
USA

### Remittance Address

PO Box 99319
Fort Worth, TX 76199-0319
USA

### Business Classification

Large, Corporation

### Number of Employees

4,000+ (Globally)

### Facility Size

1 million sq. feet

### Subsidiary of:

TTI, Inc. (TTI is a subsidiary of Berkshire Hathaway)

### Incorporation (Initial)

March 14, 1983 - Texas

### Incorporation (Current)

January 11, 2007 - Delaware

### Federal Tax ID (EIN)

61-1520598
(Mouser is a 1099 exempt company)

### DUNS Number

161194410

Live Chat

## SAM Unique Entity ID

KNACWPW812J7

## CAGE Code

1JN02

## Primary NAICS

423690

## SIC Code

5065

## AS/ISO Certificates

AS9120B/ISO9001:2015
TUV 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
Exp. 9/8/2028

AS9100D/ISO9001:2015
TUV 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
Exp. 9/8/2028

Frequently Asked Questions (FAQ)

# Our history

### 1964




High school physics teacher, Jerry Mouser, starts up Western Components in El Cajon, California, to better answer his students' needs for electronics components.

### 1973




Western Components undergoes a new name change. Mouser Electronics, Inc. is formed. Glenn Smith joins the company, starting his career in the electronics distribution industry.

Live Chat

## 1983




Mouser opens warehouse in Mansfield, TX, establishing an important global distribution advantage utilizing the DFW International Airport in the Dallas/Fort Worth Metroplex.

## 1986



Corporate headquarters moves to Mansfield, TX, from California to centralize its complete operations for a greater logistics advantage.

## 2000



Mouser becomes a subsidiary of TTI, Inc., the world's leading authorized distribution specialist for I, P&E and discrete components.

## 2004



Glenn Smith is named President & CEO, bringing a new era of changes to strengthen Mouser's overall capabilities, commitment to service excellence and expand its global reach.

Live Chat

## 2007



Berkshire Hathaway, Inc., acquires TTI, Inc, which included Mouser. Today, Buffett's holdings include insurance and finance subsidiaries and businesses ranging from jewelry and furniture to manufactured homes.

## 2010



Expansion continues, Mouser opens offices across three continents to provide personalized customer service, sales and technical support in customers' local regions.

## 2019



Mouser grows to over 2,550 employees worldwide and 27 global locations dedicated to answering the authorized electronic component needs of buyers and design engineers in over 223 countries/territories—24/7/365.

## 2020



Mouser adds a new customer service center to accelerate growth and further build on the company's long-standing reputation of delivering customer service excellence.

Live Chat

## 2023




Mouser grows to over 4,000 employees globally, opens three new global offices and undertakes major warehouse expansion.

## 2026



Jeff Newell is named President of Mouser.

# Our leadership

## Executive leadership



Jeff Newell

President



Pete Shopp

Senior Vice President of Business Operations

Live Chat



Tom Busher

Senior Vice President of Global Sales and Service



Kristin Schuetter

Senior Vice President of Products



Hayne Shumate

Senior Vice President of Internet Business



Raju Shah

Senior Vice President of Information Services



Bernd Haetzel

Senior Vice President of Finance

Live Chat



Lori Hartman

Senior Vice President of Customer Experience



Kevin Hess

Senior Vice President of Marketing



Tina Sears

Senior Vice President of Warehouse Operations

Back to Top

Live Chat