# EXHIBIT 16

# Gigafactory

Austin, Texas



# Join Us at Our Global Headquarters

Covering 2,500 acres along the Colorado River with over 10 million square feet of factory floor, Gigafactory Texas is a U.S. manufacturing hub for Model Y and the home of Cybertruck.

It doesn't matter where you come from, where you went to school or what industry you're in—we're hiring individuals of all levels. If you've done exceptional work, join us in solving the next generation of engineering, manufacturing and operational challenges.

View Jobs



## Manufacturing

Producing vehicles quickly, efficiently and safely is one of the biggest challenges our Manufacturing team faces. Implement manufacturing processes that evolve to meet rising global demand.

### Supervisor

Apply to lead a motivated team of individuals who are responsible for achieving our ambitious quality and production goals.

### Technician

Apply to improve the devices, equipment and systems that are critical to the efficiency of our production lines.

### Production Associate

Apply to work across all areas of the vehicle manufacturing process—on-the-job training provided, no prior experience required.



## Engineering

From powerful battery systems to in-car technology, our Engineering team is developing new processes, equipment and tooling to help us shape the future of sustainable transportation. Create the next Cybertruck or continue to improve our current vehicle lineup.

Learn more about Tesla battery cell development and apply for open positions to join our Cell team.



## Operations

Every new Gigafactory offers a fresh operational challenge, from concept to mass production. Tesla has big production goals in Texas, and it will take a talented Operations team and exceptional work to realize them.




## Construction

To manufacture products that stand apart, we need purpose-built facilities that are unlike any that currently exist. Our Construction team is reimagining what a factory can be by helping us build Gigafactory Texas from the ground up.



## Internships

Explore Internships that will give you the opportunity to take on projects across disciplines while expanding your skill set, establishing your career path and having a meaningful impact. Tesla interns often go on to become full-time employees.




## Employee Benefits

Comprehensive benefits from day one and options available with zero out-of-pocket paycheck deductions

### Personal Benefits

Medical, dental and vision coverage

Maternity and paternity leave

Competitive starting wage and 401(k) matching

Generous paid time off and flexible scheduling

Discounted stock purchase program

### Perks

Discounted accessories and upgrades, including free Full Self-Driving (Supervised)

Free shuttles, monthly carpool subsidies and Bike to Work Earning Program

Free EV charging available at work

Discounts on dining, travel, cellular, fitness resources and more

### Factory Conveniences

Cafeterias, food trucks and outdoor patios

In-house medical support

On-site training centers

Gyms at select locations

# Join Us in Texas

Help us build a world of amazing abundance.

**View Jobs**

Tesla participates in the E-Verify Program.

Tesla is an Equal Opportunity employer. All qualified applicants will receive consideration for employment without regard to any factor, including veteran status and disability status, protected by applicable federal, state or local laws.

Tesla is also committed to working with and providing reasonable accommodations to individuals with disabilities. Let your recruiter know if you need an accommodation at any point during the interview process.

For quick access to screen reading technology compatible with this site, download a free compatible screen reader (view the free step-by-step tutorial). Contact ADA@tesla.com for additional information or to request accommodations.