# EXHIBIT 17

# Sensor Controller Studio

# Revision History

## Overview

This page lists all relevant changes for all public releases of Sensor Controller Studio:

- Sensor Controller Studio (SCS)
- Command line interface (CLI)
- Code generator (CODE)
- Driver and Sensor Controller framework (FWK)
- Sensor Controller task code procedures (PROC)
- Sensor Controller task functionality (TASK)
- Project examples (EXMP)
- Tool documentation (DOC)
- Installer (INST)

## Version 2.7.0.155

Release date: July 14, 2020

### New Features and Improvements

- **[EXMP]** For CC13x2/CC26x2: Added new example **Multi Channel ADC Sampling**, which samples a configurable number input pins at a configurable rate, and accumulates a configurable number of ADC values per channel, before the sums are reported over UART by the System CPU application. This example demonstrates:
  - High-speed ADC sampling, up to 150 kHz.
  - How to use asynchronous sampling, and switch ADC input while the ADC converts the previous input voltage.
    - This method can also be used for CC13x0/CC26x0 devices.
  - How to use the accumulator for addition operations.
  - Efficient use of pointers, which is used here to save and restore accumulator contents.
- **[SCS/EXMP]** Code Generator panel: Improved error handling for the output directory project setting:
  - The **View output directory** button will always be enabled when a project is selected.
  - If there is an error, the error message will be displayed when starting to output the SCIF driver files, or when pressing the **View output directory** button.
  - Errors related to relative paths (does not start with "." or "..", or too many "..") are now detected, with descriptive error messages.
  - If the output directory setting is empty, this will no longer cause an error during code generation for task testing and run-time logging (which does not output any SCIF driver source files).
- **[CLI/DOC]** Clarified the behavior of `-o` / `--output-dir` parameter with relative path.
- **[DOC]** I2C Master resource documentation: Clarified that the I2C slave 7-bit address must be shifted left by one bit, both for the high- and low-level procedures.

Patches will be used to add support for new SDK releases between Sensor Controller Studio releases. See Update Service for more information.

The example application project files have been tested using the following IDEs:

- IAR EWARM 8.20.1.
- TI CCS 7.3.0.

# Version 2.6.0.132

Release date: January 27, 2020

## New Features and Improvements

- **[SCS/EXMP]** Added support for the new CC2652P device (CC2652P1F).
  - The examples for this device run on the CC1352P* LaunchPads. The CC2652P1F and CC1352P1F3 devices are pin compatible.
- **[SCS]** Added support for the new CC1352R LaunchPad SensorTag Kit (LPSTK). This board features the following sensors:
  - ADXL362 SPI accelerometer
  - OPT3001 I2C light sensor
  - HDC2080 I2C humidity and temperature sensor
  - DRV5032 hall effect sensor
- **[EXMP]** Added examples for the new CC1352R LaunchPad SensorTag Kit (LPSTK), one for each sensor (see above).
- **[PROC]** I2C Master resource: Added high-level I2C procedures for accessing I2C devices with 8-bit or 16-bit registers, such as the OPT3001 and HDC2080.
  - `i2cDeviceWriteReg8()`
  - `i2cDeviceReadReg8()`
  - `i2cDeviceWriteReg16LsbFirst()`
  - `i2cDeviceReadReg16LsbFirst()`
  - `i2cDeviceWriteReg16MsbFirst()`
  - `i2cDeviceReadReg16MsbFirst()`
- **[SCS]** Task Testing panel: The "minimum task iteration interval" preference setting can now be controlled directly in the Task Testing panel (bottom right corner). The same setting still exists in the Preferences panel, and the default value is still 200 milliseconds.
- **[SCS]** Task Testing and Run-Time Logging panels: Added explicit **Ctrl+Tab** shortcut to switch between the Setup and Graph tabs.
- **[DOC]** ADC resource documentation: Added section on the ADC FIFO, and documented situations where the `adcReadFifo()` procedure can deadlock (FIFO overflow/underflow, missing ADC trigger, and task debugging with timer-based ADC trigger).
- **[DOC]** Resource documentation: Added a **Procedure Overview** table to each resource help document, with brief description and a link to the detailed description for each procedure.
- **[EXMP]** ADC Data Streamer examples: Added a comment before the `adcReadFifo()` call regarding deadlock during task debugging in Sensor Controller Studio. This happens because the timer trigger keeps running while the Sensor Controller is halted, and causes ADC FIFO overflow.
- **[EXMP]** Example configuration: Added support for the following SDKs (see the **Compatibility** section below for details):
  - SimpleLink CC13x2 CC26x2 SDK 3.40.00.02.