# EXHIBIT 18




# Connect: LaunchPad SensorTag kit out-of-box experience

00:05:02 | 03 NOV 2019

About Transcript

**About**

**Transcript**

Search (https://www.ti.com/content/dam/videos/transcripts/en-us/4/6100123670001_en-us.txt)

Hello, everyone. Welcome to another episode of Connect. My name is Adrian Fernandez, and I'm joined by Daniel Ogilvie from our LaunchPad Applications team to talk about a brand new product called the LaunchPad Sensor Tag Kit. So thanks for joining us.

Thanks for having me.

Yeah, I'm super pumped to talk about this brand new tool, the LP STK. Could you maybe give a quick introduction as to what it is?

Sure. So the thought behind this was we wanted to take the LaunchPad kit, make it into a more compact format, add some sensors onboard, add battery power, and fully enclose it, just to make development that much more streamlined, quick, and easy.

Love it.

So it's part of the LaunchPad ecosystem, but fully enclosed, really fun kit to work with.

Awesome. So walk through some of the onboard sensors. What kind of capability do I get out of the box?

Sure. So in terms of sensing, we have mostly environmental sensors. First one is temperature and humidity. So that is managed by our HDC2080. Then we have ambient light with the OPT3001. We have a Hall effect sensor

## This video is part of a series

LaunchPad™ SensorTag kit training series (https://www.ti.com/video/series/launchpad-sensortag-kit-training-series.html)

(6 videos)

Connect (https://www.ti.com/video/series/connect-technologies.html)

(87 videos)

**About TI**

**Quick links**

**Buying**

**Connect with us**

(https://www.instagram.com/txinstruments/) (https://www.facebook.com/texasinstruments) (https://twitter.com/txinstruments) (https://www.linkedin.com/company/texas-instruments) (https://e2e.ti.com/) (https://www.y texasi

(//www.ti.com)

Texas Instruments has been making progress possible for decades. We are a global semiconductor company that designs, manufactures, tests and sells analog and embedded processing chips. Our products help our customers efficiently manage power, accurately sense and transmit data and provide the core control or processing in their designs.

Accessibility (//www.ti.com/legal/terms-conditions/accessibility.html)
Cookie policy (//www.ti.com/legal/terms-conditions/cookie-policy.html)
Privacy policy (//www.ti.com/legal/terms-conditions/privacy-policy.html)
Terms of sale (//www.ti.com/legal/terms-conditions/terms-of-sale.html)
Terms of use (//www.ti.com/legal/terms-conditions/terms-of-use.html)
Trademarks (//www.ti.com/legal/terms-conditions/trademarks.html)
Website feedback (//www.ti.com/guidedsupport/docs/webform/tiwebsitefeedback.tsp)
Imprint (//www.ti.com/legal/terms-conditions/imprint.html)

© Copyright 1995-2026 (//www.ti.com/legal/terms-conditions/copyright.html) Texas Instruments Incorporated. All rights reserved.