# EXHIBIT 19



# Daniel Ogilvie

He/Him · 3rd

Platform Operations & Automation | Technical Program Manager | Developer Tools & Compliance

Texas Instruments · The University of Texas at Austin

Dallas-Fort Worth Metroplex · Contact info

500+ connections

Message + Follow ···

Premium

## Sales Insights

### Key signals



Daniel posted in the past 30 days

### People who can introduce you

**No connections found.** Currently there's no common connection between you and Daniel.

Claim 1 month for $0

1-month free trial. Easy to cancel. We'll remind you 7 days before your trial ends.

## About

Platform owner with 14 years at Texas Instruments building and modernizing the systems that deliver

software, content, and compliance controls to millions of developers worldwide.

In my current role I own TI.com's software publishing, secure resource delivery, and software export compliance platforms. Recent highlights:
* Eliminated 30,000+ customer support tickets per year through automated self-service workflows
* Reduced software publishing onboarding from 5 days to under 1 minute
* Reclaimed 1,500+ hours per year for marketing and engineering teams
* Migrated 7,000+ software releases with zero customer interruptions

I specialize in turning high-friction manual processes into scalable self-service platforms, especially in regulated, high-stakes environments where correctness and auditability matter.

## Activity

694 followers

+ Follow

Posts | Comments | Images



**Daniel Ogilvie** • 3rd+
Platform Operations & Automation | ...
Sep 22




The Build + Subscribe

**Preparing for the CRA: What every design engineer needs to know**
Texas Instruments

6



**Daniel Ogilvie** • 3rd+
Platform Operations & Automation | ...
Sep 17

Last Friday, the reporting clock started under the E
Cyber Resilience Act.... more

**Cyber Resilience Act (CRA) | TI.com**
ti.com

25 3

Show all →