# EXHIBIT 20



# Adrian Fernandez · 3rd

AI Applications Enablement @ TI | Tools for humans & agents | LaunchPad founder (1M+ kits)

Texas Instruments · The University of Texas at Austin

Allen, Texas, United States · Contact info

500+ connections

Message + Follow ···

## About

I build design tools and experiences at Texas Instruments that are optimized for humans and agents alike. We are maniacally focused on building the right tools to help engineers design & ship systems with TI silicon. We are focused on building AI-accessible design tools & resources to enable agentic design & AI-enabled debug & simulation tools to help "close the loop" for AI iteration and automation.

Previously, I founded the TI LaunchPad ecosystem (100+ kits, 1M+ delivered) to enable rapid prototyping through modular open source hardware & co-authored "Getting Started with the MSP430 LaunchPad" (Elsevier).

Focus: developer experience · embedded systems · online design tools · Agentic design tools · open hardware

Open to conversations about agentic tooling for hardware and firmware teams.

**Top skills**
Agentic Automation • C (Programming Language) • Vibe Coding

## Featured

Link




Agentic firmware development ...
YouTube

Post

You can just prompt beautiful games into existence....



2

Link




Smart Home & IoT Demo //
YouTube

## Activity

+ Follow

1,833 followers

Posts Videos



Adrian Fernandez • 3rd+
AI Applications Enablement @ TI | Tools for ...
Jun 13

You can just prompt beautiful games into existence.

Vibecoded this 3D hong kong style Mahjong... more




2



Adrian Fernandez • 3rd+
AI Applications Enablement @ TI | Tools for ...
Nov 6, 2019

Texas Instruments
Nov 6, 2019 • Edited

Create expandable sensor networks to quickly evaluate new product concepts with the LaunchPad SensorTag kit. See more here:... more



10

Show all →