# EXHIBIT 21

424B4 1 d152097d424b4.htm 424B4

Table of Contents

**Filed Pursuant to Rule 424(b)(4)**
**Registration No. 333-296930**

**PROSPECTUS**

# 2,000,000 Shares

ambiq

## COMMON STOCK

This is a public offering of shares of common stock of Ambiq Micro, Inc., par value $0.000001 per share. We are offering 2,000,000 shares of our common stock.

Our common stock is listed on the New York Stock Exchange (NYSE) under the symbol "AMBQ." On June 23, 2026, the last reported price of our common stock on the NYSE was $79.78 per share.

We are an "emerging growth company," as defined under the federal securities laws and are subject to reduced public company reporting requirements.

**Investing in our common stock involves risks. See "Risk Factors" beginning on page 17.**

| | Per Share | Total |
|---|---|---|
| Public offering price | $ 78.00 | $ 156,000,000 |
| Underwriting discounts and commissions[1] | $ 4.68 | $ 9,360,000 |
| Proceeds, before expenses, to Ambiq Micro, Inc. | $ 73.32 | $ 146,640,000 |

(1) See "Underwriting" for a description of the compensation payable to the underwriters.

We have granted the underwriters the right to purchase up to 300,000 additional shares of our common stock.

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

The underwriters expect to deliver the shares of our common stock to purchasers on or about June 25, 2026.

**BofA Securities** **UBS Investment Bank**

**Needham & Company** **Stifel**

**Roth Capital Partners**

**June 23, 2026**

Table of Contents

## MANAGEMENT

### Executive Officers and Directors

The following table sets forth information regarding our executive officers and directors as of June 22, 2026:

| Name | Age | Position |
|---|---|---|
| ***Executive Officers*** | | |
| Fumihide Esaka | 63 | Chief Executive Officer and Director |
| Sean Chen | 57 | President and Chief Operating Officer |
| Scott Hanson, Ph.D. | 42 | Chief Technology Officer and Director |
| Jeff Winzeler | 66 | Chief Financial Officer |
| ***Non-Employee Directors*** | | |
| Wen Hsieh, Ph.D. | 53 | Chairman |
| Ker Zhang, Ph.D. | 63 | Director |
| Joseph Tautges | 50 | Director |
| Timothy Chen | 52 | Director |
| Bernard B. Banks, Ph.D. | 62 | Director |

### Executive Officers

*Fumihide Esaka* has served as our Chief Executive Officer and as a member of our Board of Directors since December 2015 and served as Chairman of our Board of Directors from November 2016 to July 2025. Prior to joining Ambiq, Mr. Esaka served as chief executive officer of Transphorm Inc., a global semiconductor development company, from June 2013 to November 2015 and president and chief executive officer of Nihon Inter Electronics Corporation from June 2010 to June 2013. Mr. Esaka holds a B.A. in electrical engineering and computer science from the University of California San Diego. We believe that Mr. Esaka's current role as our Chief Executive Officer and his extensive executive leadership and management experience at semiconductor companies qualify him to serve on our Board of Directors.

*Scott Hanson, Ph.D.* founded Ambiq and has served as our Chief Technology Officer since February 2013 and our Secretary since June 2015. Previously, Dr. Hanson served as our Chief Executive Officer from January 2010 to January 2013. Dr. Hanson has served on our Board of Directors since January 2010. Dr. Hanson has won numerous awards, including the ECE Alumni Rising Star Award and Arbor Networks Ph.D. Research Impact Award from University of Michigan. Dr. Hanson holds a BSE in electrical engineering, a MSE in electrical engineering and a Ph.D. in electrical engineering from the University of Michigan. We believe that Dr. Hanson's role as our founder and Chief Technology Officer and his extensive knowledge of our technology qualify him to serve on our Board of Directors.

*Sean Chen* has served as our President since November 2016 and is currently also serving as our Chief Operating Officer. Previously, Mr. Chen served as our Group VP, Greater China and Global Operations from November 2015 to October 2016, and served as a member of our Board of Directors from November 2016 to December 2024. Mr. Chen has over 30 years of semiconductor experience and has previously served as Vice President of Marketing and Business Development at mCube, a semiconductor company, and held several management positions at various startups and at Nagevtech, Intel, IDT, and TSMC. Mr. Chen holds a M.S. in Chemical Engineering from the National Cheng-Kung University.

*Jeff Winzeler* has served as our Chief Financial Officer since June 2025. Prior to joining Ambiq, Mr. Winzeler served as the Chief Financial Officer of Kandou S.A., a semiconductor company, from June 2020 to May 2025. Mr. Winzeler has also held Chief Financial Officer and Chief Operating Officer roles at several technology firms, including Everspin Technologies, Avnera Corporation, Solar Power Inc., and International