# EXHIBIT 22

US009376312B2

(12) **United States Patent**
**Koury, Jr. et al.**

(10) **Patent No.: US 9,376,312 B2**
(45) **Date of Patent: Jun. 28, 2016**

(54) **METHOD FOR FABRICATING A TRANSDUCER APPARATUS**

(71) Applicants: **Daniel N. Koury, Jr.**, Mesa, AZ (US); **Anthony F. Flannery, Jr.**, Los Gatos, CA (US)

(72) Inventors: **Daniel N. Koury, Jr.**, Mesa, AZ (US); **Anthony F. Flannery, Jr.**, Los Gatos, CA (US)

(73) Assignee: **mCube Inc.**, San Jose, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 385 days.

(21) Appl. No.: **14/031,041**

(22) Filed: **Sep. 18, 2013**

(65) **Prior Publication Data**

US 2014/0024162 A1 Jan. 23, 2014

**Related U.S. Application Data**

(62) Division of application No. 12/859,647, filed on Aug. 19, 2010, now Pat. No. 8,553,389.

(51) **Int. Cl.**

| | |
|---|---|
| ***H04R 31/00*** | (2006.01) |
| ***B81C 1/00*** | (2006.01) |
| ***H01G 5/16*** | (2006.01) |
| *H01G 4/40* | (2006.01) |
| *H01G 5/40* | (2006.01) |

(52) **U.S. Cl.**

CPC .............. ***B81C 1/00142*** (2013.01); ***H01G 5/16*** (2013.01); *B81C 1/00261* (2013.01); *B81C 1/00492* (2013.01); *H01G 4/40* (2013.01); *H01G 5/40* (2013.01)

(58) **Field of Classification Search**

CPC ............ B81C 1/00142; B81C 1/00261; B81C 1/00492; H01G 4/40; H01G 5/16; H01G 5/38; H01G 5/40; Y10T 29/435; Y10T 29/49002; Y10T 29/49005; Y10T 29/4908

USPC .................. 29/25.42, 592.1, 594, 595, 609.1; 257/E21.19, E21.5, 415; 361/280, 763, 361/769, 787, 807

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,614,677 A | | 10/1971 | Wilfinger |
| 4,314,227 A | * | 2/1982 | Eventoff ......................... 338/99 |
| 4,954,698 A | | 9/1990 | Yasunaga et al. |
| 5,140,745 A | | 8/1992 | McKenzie |
| 5,157,841 A | | 10/1992 | Dinsmore |
| 5,173,597 A | | 12/1992 | Anglin |
| 5,488,765 A | | 2/1996 | Kubota et al. |
| 5,493,769 A | | 2/1996 | Sakai et al. |
| 5,610,414 A | | 3/1997 | Yoneda et al. |
| 5,668,033 A | | 9/1997 | Ohara |

(Continued)

*Primary Examiner* — Paul D Kim

(74) *Attorney, Agent, or Firm* — Kilpatrick Townsend and Stockton LLP

(57) **ABSTRACT**

An improved MEMS transducer apparatus and method. The method includes providing a movable base structure having a base surface region overlying a substrate and a center cavity with a cavity surface region. At least one center anchor structure and one spring structure can be spatially disposed within a substantially circular portion of the surface region. The spring structure(s) can be coupled the center anchor structure(s) to a portion of the cavity surface region. The substantially circular portion can be configured within a vicinity of the center of the surface region. At least one capacitor element, having a fixed and a movable capacitor element, can be spatially disposed within a vicinity of the cavity surface region. The fixed capacitor element(s) can be coupled to the center anchor structure(s) and the movable capacitor element(s) can be spatially disposed on a portion of the cavity surface region.

**20 Claims, 6 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS


5,729,074 A 3/1998 Shiomi et al.
6,046,409 A 4/2000 Ishii et al.
6,076,731 A 6/2000 Terrell
6,115,261 A 9/2000 Platt et al.
6,188,322 B1 2/2001 Yao
6,263,736 B1 7/2001 Thundat et al.
6,278,178 B1 8/2001 Kwon et al.
6,480,699 B1 11/2002 Lovoi
6,483,172 B1 11/2002 Cote
6,485,273 B1 11/2002 Goodwin-Johansson
6,534,726 B1 3/2003 Okada et al.
6,576,999 B2 6/2003 Sakai et al.
6,656,604 B2 12/2003 Hasewaga
6,753,664 B2 6/2004 Neufeld et al.
6,845,670 B1 * 1/2005 McNeil et al. ............. 73/514.32
6,855,572 B2 2/2005 Jeun et al.
6,909,354 B2 * 6/2005 Baker et al. ..................... 338/47
6,912,336 B2 6/2005 Ishii
6,933,165 B2 8/2005 Musolf et al.
6,979,872 B2 12/2005 Borwick
7,019,434 B2 3/2006 Helmbrecht
7,095,226 B2 8/2006 Wan et al.
7,145,555 B2 12/2006 Taylor et al.
7,183,630 B1 2/2007 Fogelson et al.
7,193,312 B2 3/2007 Boon et al.
7,195,945 B1 3/2007 Edelstein et al.
7,239,000 B2 7/2007 Witcraft
7,253,079 B2 8/2007 Hanson et al.
7,258,009 B2 8/2007 Imai
7,358,724 B2 4/2008 Taylor et al.
7,370,530 B2 5/2008 DCamp et al.
7,391,091 B2 6/2008 Tondra
7,402,449 B2 7/2008 Fukuda et al.
7,430,674 B2 9/2008 Van Mueller et al.
7,453,269 B2 11/2008 Won et al.
7,454,705 B2 11/2008 Cadez et al.
7,456,042 B2 11/2008 Stark
7,493,496 B2 2/2009 Smith et al.
7,498,715 B2 3/2009 Yang
7,511,379 B1 3/2009 Flint
7,514,760 B1 4/2009 Quevy
7,521,783 B2 4/2009 Tsai et al.
7,536,909 B2 5/2009 Zhao et al.
7,585,750 B2 9/2009 Do et al.
7,599,277 B1 10/2009 Kato et al.
7,612,443 B1 11/2009 Bernstein et al.
7,671,478 B2 3/2010 Wathanawasam et al.
7,676,340 B2 3/2010 Yasui
7,690,255 B2 4/2010 Gogoi et al.
7,708,189 B1 5/2010 Cipriano
7,713,785 B1 5/2010 Flint
7,779,689 B2 8/2010 Li et al.
7,814,791 B2 10/2010 Andersson et al.
7,814,792 B2 10/2010 Tateyama et al.
7,814,793 B2 10/2010 Sato
7,861,422 B2 1/2011 MacDonald
7,891,103 B2 2/2011 Mayor
8,011,577 B2 9/2011 Mullen et al.
8,016,191 B2 9/2011 Bonalle et al.
8,037,758 B2 10/2011 Sato
8,056,412 B2 11/2011 Rutkiewicz et al.
8,061,049 B2 11/2011 Mayor
8,070,055 B2 12/2011 Block et al.
8,087,296 B2 1/2012 Ueda et al.
8,140,358 B1 3/2012 Ling et al.
8,148,808 B2 4/2012 Braden et al.
8,165,323 B2 4/2012 Zhou
8,181,874 B1 5/2012 Wan et al.
8,227,285 B1 7/2012 Yang
8,236,577 B1 8/2012 Hsu
8,245,923 B1 8/2012 Merrill et al.
8,250,921 B2 8/2012 Nasiri et al.
8,259,311 B2 9/2012 Petschko
8,324,047 B1 12/2012 Yang
8,342,021 B2 1/2013 Oshio
8,367,522 B1 2/2013 Yang
8,395,252 B1 3/2013 Yang
8,395,381 B2 3/2013 Lo
8,402,666 B1 3/2013 Hsu et al.
8,407,905 B1 4/2013 Hsu et al.
8,421,082 B1 4/2013 Yang
8,476,084 B1 7/2013 Yang et al.
8,476,129 B1 7/2013 Jensen et al.
8,477,473 B1 7/2013 Koury et al.
8,486,723 B1 7/2013 Wan et al.
2001/0053565 A1 12/2001 Khoury
2002/0072163 A1 6/2002 Wong et al.
2002/0134837 A1 9/2002 Kishon
2003/0058069 A1 3/2003 Schwartz et al.
2003/0095115 A1 5/2003 Brian et al.
2003/0133489 A1 7/2003 Hirota et al.
2003/0184189 A1 10/2003 Sinclair
2003/0230802 A1 12/2003 Poo et al.
2004/0002808 A1 1/2004 Hashimoto et al.
2004/0016995 A1 1/2004 Kuo et al.
2004/0017644 A1 1/2004 Goodwin-Johansson
2004/0056742 A1 3/2004 Dabbaj
2004/0063325 A1 4/2004 Urano et al.
2004/0104268 A1 6/2004 Bailey
2004/0113246 A1 6/2004 Boon
2004/0119836 A1 6/2004 Kitaguchi et al.
2004/0140962 A1 7/2004 Wang et al.
2004/0177045 A1 9/2004 Brown
2004/0207035 A1 10/2004 Witcraft et al.
2004/0227201 A1 11/2004 Borwick, III et al.
2005/0074147 A1 4/2005 Smith et al.
2005/0090038 A1 4/2005 Wallace
2005/0174338 A1 8/2005 Ing
2005/0199791 A1 9/2005 Sengoku et al.
2005/0247787 A1 11/2005 Von Mueller et al.
2006/0049826 A1 3/2006 Daneman et al.
2006/0081954 A1 4/2006 Tondra et al.
2006/0141786 A1 6/2006 Boezen et al.
2006/0168832 A1 8/2006 Yasui et al.
2006/0192465 A1 8/2006 Kornbluh et al.
2006/0208326 A1 9/2006 Nasiri et al.
2006/0211044 A1 9/2006 Green
2006/0238621 A1 10/2006 Okubo et al.
2006/0243049 A1 11/2006 Ohta et al.
2006/0274399 A1 12/2006 Yang
2007/0046239 A1 3/2007 Hashizume
2007/0132733 A1 6/2007 Ram
2007/0152976 A1 7/2007 Townsend et al.
2007/0181962 A1 8/2007 Partridge et al.
2007/0200564 A1 8/2007 Motz et al.
2007/0281379 A1 12/2007 Stark et al.
2008/0014682 A1 1/2008 Yang et al.
2008/0066547 A1 3/2008 Tanaka et al.
2008/0110259 A1 5/2008 Takeno
2008/0119000 A1 5/2008 Yeh et al.
2008/0123242 A1 5/2008 Zhou
2008/0210007 A1 9/2008 Yamaji et al.
2008/0211043 A1 9/2008 Chen
2008/0211113 A1 9/2008 Chua et al.
2008/0211450 A1 9/2008 Yamada et al.
2008/0277747 A1 11/2008 Ahmad
2008/0283991 A1 11/2008 Reinert
2009/0007661 A1 1/2009 Nasiri et al.
2009/0015251 A1 1/2009 Azumi et al.
2009/0049911 A1 2/2009 Fukuda et al.
2009/0108440 A1 4/2009 Meyer et al.
2009/0115412 A1 5/2009 Fuse
2009/0153500 A1 6/2009 Cho et al.
2009/0262074 A1 10/2009 Nasiri et al.
2009/0267906 A1 10/2009 Schroderus
2009/0307557 A1 12/2009 Rao et al.
2009/0321510 A1 12/2009 Day et al.
2010/0044121 A1 2/2010 Simon et al.
2010/0045282 A1 2/2010 Shibasaki et al.
2010/0071467 A1 3/2010 Nasiri et al.
2010/0075481 A1 3/2010 Yang
2010/0083756 A1 4/2010 Merz et al.
2010/0095769 A1 4/2010 Matsumoto et al.
2010/0109102 A1 5/2010 Chen et al.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2010/0171570 | A1 | 7/2010 | Chandrahalim |
| 2010/0208118 | A1 | 8/2010 | Ueyama |
| 2010/0236327 | A1 | 9/2010 | Mao |
| 2010/0248662 | A1 | 9/2010 | Sheynblat et al. |
| 2010/0260388 | A1 | 10/2010 | Garrett et al. |
| 2010/0302199 | A1 | 12/2010 | Taylor et al. |
| 2010/0306117 | A1 | 12/2010 | Terayoko |
| 2010/0307016 | A1 | 12/2010 | Mayor et al. |
| 2010/0312519 | A1 | 12/2010 | Huang et al. |
| 2011/0131825 | A1 | 6/2011 | Mayor et al. |
| 2011/0146401 | A1 | 6/2011 | Inaguma et al. |
| 2011/0154905 | A1 | 6/2011 | Hsu |
| 2011/0172918 | A1 | 7/2011 | Tome |
| 2011/0183456 | A1 | 7/2011 | Hsieh et al. |
| 2011/0198395 | A1 | 8/2011 | Chen |
| 2011/0265574 | A1 | 11/2011 | Yang |
| 2011/0266340 | A9 | 11/2011 | Block et al. |
| 2011/0312349 | A1 | 12/2011 | Forutanpour et al. |
| 2012/0007597 | A1 | 1/2012 | Seeger et al. |
| 2012/0007598 | A1 | 1/2012 | Lo et al. |
| 2012/0215475 | A1 | 8/2012 | Rutledge et al. |
| 2014/0361844 | A1 * | 12/2014 | Quevy et al. .................... 331/70 |

* cited by examiner




FIG. 1




FIG. 2




FIG. 3




FIG. 4


500
START
502
PROVIDE A SUBSTRATE MEMBER
504
FORM MOVABLE BASE STRUCTURE
506
PATTERN MOVABLE BASE STRUCTURE
508
B
B
FORM ANCHOR STRUCTURES
510
FORM SPRING STRUCTURES
512
FORM CAPACITOR ELEMENTS
514
STOP
516

FIG. 5

FIG. 6


600
660
SPEAKER / MICROPHONE
650
CAMERA
630
TOUCHSCREEN DISPLAY
670
WIRED INTERFACE (USB)
610
PROCESSOR(S)
640
TOUCHSCREEN DRIVER
620
MEMORY
710
PHYSICAL SENSOR(S)
690
RADIO FREQUENCY INTERFACES (WCDMA / GSM / HSUPA)
700
WIRELESS COMMUNICATIONS PROCESSOR
680
GPS / WI-FI / BLUETOOTH

# METHOD FOR FABRICATING A TRANSDUCER APPARATUS

## CROSS-REFERENCES TO RELATED APPLICATIONS

The present application is a divisional application of and incorporates by reference, for all purposes, U.S. patent application Ser. No. 12/859,647, filed Aug. 19, 2010, now U.S. Pat. No. 8,553,389.

## BACKGROUND OF THE INVENTION

The present invention relates generally to integrated devices. More specifically, the present invention provides an integrated transducer apparatus that can be used in combination with other MEMS devices, but can have other uses as well. Merely by way of example, the MEMS devices can include at least an accelerometer, an angular rate sensor, a magnetic field sensor, a pressure sensor, a microphone, a humidity sensor, a temperature sensor, a chemical sensor, a biosensor, an inertial sensor, and others. But it will be recognized that the invention has a much broader range of applicability.

Research and development in integrated microelectronics have continued to produce astounding progress in CMOS and MEMS technology. CMOS technology has become the predominant fabrication technology for integrated circuits (IC). In layman's terms, microelectronic ICs are the "brains" of an integrated device which provides decision-making capabilities, whereas MEMS are the "eyes" and "arms" that provide the ability to sense and control the environment. Some examples of the widespread application of these technologies are the switches in radio frequency (RF) antenna system, such as those in the iPhone™ or iPad™ device by Apple, Inc. of Cupertino, Calif., and the Blackberry™ phone by Research In Motion Limited of Waterloo, Ontario, Canada, and accelerometers in sensor-equipped game devices, such as those in the Wii™ controller manufactured by Nintendo Company Limited of Japan. Though they are not always easily identifiable, these technologies are becoming more prevalent in society every day.

Beyond consumer electronics, use of IC and MEMS technology has limitless applications through modular measurement devices such as accelerometers, angular rate sensors, actuators, and other sensors. In conventional vehicles, accelerometers and angular rate sensors are used to deploy airbags and trigger dynamic stability control functions, respectively. MEMS angular rate sensors can also be used for image stabilization systems in video and still cameras, automatic steering systems in airplanes and guided munitions, or the like. MEMS can also be in the form of biological MEMS (Bio-MEMS) that can be used to implement biological and/or chemical sensors for Lab-On-Chip applications. Such applications may integrate one or more laboratory functions on a single millimeter-sized chip. Other applications include Internet and telephone networks, security and financial applications, and health care and medical systems. As described previously, ICs and MEMS can be used to practically engage in various type of environmental interaction.

Although highly successful, ICs and in particular MEMS still have limitations. Additionally, applications of MEMS often require increasingly complex microsystems that desire greater computational power. Unfortunately, such applications generally do not exist.



From the above, it is seen that techniques for improving operation of IC devices and MEMS are highly desired.

## BRIEF SUMMARY OF THE INVENTION

This invention relates generally to integrated devices. More specifically, the present invention provides an integrated transducer apparatus that can be used in combination with other Micro-Electro Mechanical Systems (MEMS) devices, but can have other uses as well. For example, the MEMS devices can include at least an accelerometer, an angular rate sensor, a magnetic field sensor, a pressure sensor, a microphone, a humidity sensor, a temperature sensor, a chemical sensor, a biosensor, an inertial sensor, and others.

In a specific embodiment, the present invention provides an integrated transducer apparatus disposed upon a substrate member having a surface region. The apparatus has a movable base structure having a base surface region. At least one anchor structure can be spatially disposed within a substantially circular portion of the surface region. The substantially circular portion can be configured within a vicinity of the center of the surface region. At least one spring structure can be coupled to the anchor structure(s) and at least one portion of the base surface region. At least one capacitor element, having a fixed capacitor element and a movable capacitor element, can also be spatially disposed within a vicinity of the base surface region. The fixed capacitor element(s) can be coupled to the anchor structure(s) and the movable capacitor element(s) can be spatially disposed on a portion of the base surface region within a vicinity of the anchor structure(s). The anchor(s) for the fixed capacitor elements present and the anchor(s) for the spring elements present can all be disposed within the substantially circular portion of the surface region. The smaller the circular portion can be made, the less sensitive the MEMS device will be to external deformations.

A substantially circular shape for the portion can reduce and/or minimize the separation that is possible between any two anchors or any two locations within a single anchor. Depending on the specific design, the substantially circular portion shape can typically be approximated by a polygon. For example, an octagon is much closer to a circle than a square, but not as close as a dodecagon. The technology will typically not be able to reproduce a true circle, however.

Many benefits are achieved by way of the present invention over conventional techniques. For example, the present technique provides an easy to use process that relies upon conventional technology. In some embodiments, the present invention provides improved tolerance of external deformations. Additionally, the method provides a process and apparatus that are compatible with conventional process technology without substantial modifications to conventional equipment and processes. Preferably, the invention provides for an improved MEMS device apparatus and related applications for a variety of uses. In other embodiments, the present invention provides an improved MEMS transducer apparatus, which may be integrated on at least one integrated electronic device structure. Depending upon the embodiment, one or more of these benefits may be achieved. These and other benefits will be described in more throughout the present specification and more particularly below.

Various additional objects, features and advantages of the present invention can be more fully appreciated with reference to the detailed description and accompanying drawings that follow

## BRIEF DESCRIPTION OF THE DRAWINGS

The diagrams disclosed in the present patent application are merely implementation examples, which should not

unduly limit the scope of the claims herein. It should be understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this process and scope of the appended claims.

FIG. **1** is a simplified top diagram of a transducer apparatus according to an embodiment of the present invention;

FIG. **2** is a simplified perspective diagram of a transducer apparatus according to an embodiment of the present invention;

FIG. **3** is a simplified cross-sectional side diagram of a transducer apparatus according to an embodiment of the present invention;

FIG. **4** is a simplified cross-sectional close-up diagram of a transducer apparatus according to an embodiment of the present invention;

FIG. **5** is a simplified flow diagram of a transducer apparatus according to an embodiment of the present invention; and

FIG. **6** is a simplified block diagram of a device incorporating various embodiments of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

This invention provides an improved MEMS transducer apparatus that can be used with other MEMS devices, as well as other devices. FIG. **1** is a simplified top diagram of a transducer apparatus disposed on a substrate having a surface region according to an embodiment of the present invention. As shown, apparatus **100** includes a movable base structure **110**, at least one anchor structure **120**, at least one spring structure **130**, and at least one capacitor element **160**. In an embodiment, apparatus **100** can be configured to improve tolerance of external deformations.

In an embodiment, movable base structure **110** can have an base surface region and at least one portion removed by an etching, mechanical, or other process. In a specific embodiment, movable base structure **110** can be fabricated from a single crystal silicon, polycrystalline silicon, amorphous silicon, or the like. Moveable base structure **110** can also include a thickness of a polymer or a thickness of a metal material. In other embodiments, movable base structure **110** can include other materials and combinations thereof. In a specific embodiment, movable base structure **110** can be a rectangular movable base structure, a patterned polygonal base structure, or virtually any other shaped base structure. Also, various portions of the movable base structure can be etched to at least one inner surface region.

In an embodiment, capacitor element(s) **160** can include a fixed capacitor element and a movable capacitor element. The fixed capacitor element(s) can be coupled to the anchor structure(s) and the movable capacitor element(s) can be spatially disposed on a portion of the base surface region within a vicinity of the anchor structure(s). The capacitor element(s) can be tall vertical structures, which can include silicon materials and the like. In an embodiment, apparatus **100** can be configured to improve tolerance of external deformations. Capacitor element(s) **160** can be spatially disposed within a vicinity of inner surface region(s) **402** of the movable base structure. Capacitor element(s) **160** can also include differential capacitor element pair(s). In a specific embodiment, the differential capacitor element pair(s) can operate during motion of movable base structure **110**. The charge on one element of the pair can increase while the charge on the other complementary element can decrease. Each differential pair can also be spatially disposed within a vicinity of inner surface region(s) **402**, and each pair can be disposed within a vicinity of its own inner surface region, isolated from other pairs.



In various embodiment, anchor structure(s) **120** can be restricted to be spatially disposed within a substantially circular portion **140** of the surface region. Anchor structure(s) **120** can also be configured within a vicinity of the center of the surface region. In a specific embodiment, anchor structure(s) **120** can include single crystal silicon, polycrystalline silicon, or amorphous silicon. Anchor structure(s) **120** can also include a polymer or metal material, or other materials or combinations thereof. In various embodiments, anchor structure(s) **120** can be formed overlying an oxide material, which can be formed overlying the substrate. In various embodiments, various portions of the oxide material are etched to form a space between movable base structure **100** and the substrate.

In an embodiment, spring structure(s) **130** can be operably coupled to the anchor structure(s) **120** and at least one portion of the base surface region of movable base structure **110**. In a specific embodiment, spring structure(s) **130** can be formed from single crystal silicon, polycrystalline silicon, amorphous silicon, or the like. Spring structure(s) **130** can also include a polymer or metal material, or other materials or combinations thereof. In a specific embodiment, spring structure(s) **130** can be spatially oriented to be 45 degrees or (pi/4) radians to the edges of a die. Thus, spring structure(s) **130** would be diagonally aligned to the center of movable base structure **110**. Also, each of spring structure(s) **130** can have at least one segment having a segment length. Each of the segments of spring structure(s) **130** can be separated by folds, as shown in FIG. **1**.

In an embodiment, apparatus **100** can include at least one capacitor element spatially disposed within a vicinity of the base surface region of movable base structure **110**. Also, the configuration of spring structure(s) **130** can depend on the configuration of the capacitor element(s). The capacitor element(s) can include a fixed capacitor element and a movable capacitor element. The movable capacitor element can be disposed on a portion of the movable base structure and the fixed capacitor element can be disposed on a portion of the anchor structure(s). In a specific embodiment, the physical basis of apparatus **100** is to have anchor(s) **120** for spring structure(s) **130** and the anchor(s) for the fixed capacitor elements to be located as close as possible to each other so that their deformations will be nearly the same.

In an embodiment, apparatus **100** can be coupled to another MEMS device or an electronic device. In a specific embodiment, apparatus **100** can be configured to be tolerant of external deformations. Apparatus **100** can be an integrated transducer apparatus with minimal separation between anchor structure(s) **120** and thus minimal difference of strain or deformation of the anchor structure(s). In some embodiments, this configuration can result in minimal change in sense capacitance values over strain and deformation due to temperature. There can be other variations, modifications, and alternatives as well.

FIG. **2** is a simplified perspective diagram of a transducer apparatus according to an embodiment of the present invention. As shown, apparatus **100** includes a movable base structure **110**, at least one anchor structure **120**, at least one spring structure **130**, and at least one capacitor element **160**. In an embodiment, apparatus **100** can be configured to improve tolerance of external deformations. A detailed description regarding the elements and configuration of apparatus **100** can be found above in the description for FIG. **1**.

In an embodiment, the present apparatus can include a movable base structure having a base surface region. The movable base can have a center cavity with a cavity surface region. At least one center anchor structure can be spatially disposed within a substantially circular portion of the surface region of the substrate. These anchor structure(s) can be configured within a vicinity of the center of the surface region that is within the center cavity. At least one spring structure can be coupled to at least one portion of the cavity surface region and the center anchor structure(s). At least one capacitor element, which can include a fixed and a movable capacitor element, can be coupled to the center anchor structure(s), with the movable capacitor elements disposed on a portion of the cavity surface region and the fixed capacitor elements being coupled to the center anchor structure(s).

In a specific embodiment, the present apparatus can include a rectangular movable base structure having a base surface region. The rectangular movable base can have a center cavity with a cavity surface region. Four anchor structures can be spatially disposed within a substantially circular portion of the surface region of the substrate. These anchor structures can be configured within a vicinity of the center of the surface region that is within the center cavity. Four spring structures can be coupled to separate portions of the cavity surface region and to the center anchor structures. At least one capacitor element, which can include a fixed and a movable capacitor element, can be coupled to each of the center anchor structures, with the movable capacitor elements being disposed on a portion of the cavity surface region and the fixed capacitor elements being coupled to the center anchor structures.

FIG. **3** is a simplified cross-sectional side diagram of a transducer apparatus according to an embodiment of the present invention. As shown, apparatus **100** includes a movable base structure **110**, at least one anchor structure **120**, at least spring structure **130**, and at least one capacitor element **160**. In an embodiment, apparatus **100** can be configured to improve tolerance of external deformations. A detailed description regarding the elements and configuration of apparatus **100** can be found above in the description for FIG. **1**.

FIG. **4** is a simplified cross-sectional close-up diagram of a transducer apparatus according to an embodiment of the present invention. As shown, apparatus **400** includes a movable base structure **410** and at least one capacitor element **460**. In an embodiment, capacitor element(s) **460** can include a fixed capacitor element and a movable capacitor element. The fixed capacitor element(s) can be coupled to the anchor structure(s) and the movable capacitor element(s) can be spatially disposed on a portion of the base surface region within a vicinity of the anchor structure(s). The capacitor element(s) can be tall vertical structures, which can include silicon materials and the like. In an embodiment, apparatus **400** can be configured to improve tolerance of external deformations. Capacitor element(s) **460** can be spatially disposed within a vicinity of inner surface region(s) **402** of the movable base structure. Capacitor element(s) **460** can also include differential capacitor element pair(s). In a specific embodiment, the differential capacitor element pair(s) can operate during motion of movable base structure **410**. The charge on one element of the pair can increase while the charge on the other complementary element can decrease. Each differential pair can also be spatially disposed within a vicinity of inner surface region(s) **402**, and each pair can be disposed within a vicinity of its own inner surface region, isolated from other pairs. A detailed description regarding the components and configuration of apparatus **400** can be found above in the description for FIG. **1**.

FIG. **5** is a simplified flow diagram illustrating a method for fabricating a transducer apparatus according to an embodiment of the present invention.

As shown in FIG. **5**, the present method can be briefly outlined below.

**1**. Start;
**2**. Provide a substrate member;
**3**. Form a movable base structure;
**4**. Pattern the movable base structure
**5**. Form at least one anchor structure;
**6**. Form at least one spring structure;
**7**. Form at least one capacitor element; and
**8**. Stop.

These steps are of a preferred implementation and should not unduly limit the scope of the claims herein. As shown, the above method provides a way of fabricating a transducer apparatus according to an embodiment of the present invention.

As shown in FIG. **5**, method **500** begins at start, step **502**. The present method provides a fabrication method for forming a MEMS transducer apparatus. Many benefits are achieved by way of the present invention over conventional techniques. For example, the present technique provides an easy to use process that relies upon conventional technology. In some embodiments, the present invention provides improved tolerance of external deformations. Additionally, the method provides a process and system that are compatible with conventional process technology without substantial modifications to conventional equipment and processes. Preferably, the invention provides for an improved integrated micro electro-mechanical systems and electronic devices and related methods for a variety of uses.

Following step **502**, a substrate member having a surface region can be provided, step **504**. The substrate member can include single crystal, polycrystalline, or amorphous silicon. A movable base structure can be formed overlying the surface region, step **506**, which can have a base surface region. In a specific embodiment, the movable base structure can include a single crystal silicon, polycrystalline silicon, or amorphous silicon. The moveable base structure can also include a thickness of a polymer or a thickness of a metal material. In other embodiments, the movable base structure can include other materials and combinations thereof. Additionally, the movable base structure can have at least one portion removed by an etching process, mechanical process, or other process, step **508**. Etching the movable base structure can form at least one inner surface region where portions are removed.

Next, at least one anchor structure can be formed and spatially disposed within a substantially circular portion of the surface region, step **510**. The anchor structures can also be configured within a vicinity of the center of the surface. In a specific embodiment, the anchor structure(s) can include single crystal silicon, polycrystalline silicon, or amorphous silicon. The anchor structures can also include a polymer or metal material, or other materials or combinations thereof.

After forming the anchor structure(s), at least one spring structure can be formed and operably coupled to the anchor structure(s) and at least one portion of the base surface region(s) of movable base structure, step **512**. In a specific embodiment, the spring structure(s) can include single crystal silicon, polycrystalline silicon, or amorphous silicon. The spring structures can also include a polymer or metal material, or other materials or combinations thereof. In a specific embodiment, the spring structure(s) can be spatially oriented to be 45 degrees or (pi/4) radians to the edges of a die.

At least one capacitor element can be formed spatially disposed within a vicinity of the base surface region of the

movable base structure, step **518**. In a specific embodiment, the number of the spring structure(s) can be proportional to the number of the capacitor element(s). Also, the configuration of the central spring structure(s) can depend on the configuration of the capacitor element(s). The capacitor element(s) can include a fixed capacitor element and a movable capacitor element. The fixed capacitor element(s) can be coupled to the anchor structure(s) and the movable capacitor element(s) can be spatially disposed on a portion of the base surface region within a vicinity of the anchor structure(s). In a specific embodiment, the physical basis of method **500** is to have the anchor(s) for the spring structure(s) and the anchor(s) for the fixed capacitor elements be located as close as possible to each other so that their deformations will be nearly the same. In a specific embodiment, the differential capacitor element pair(s) can operate during motion of the movable base structure. The charge on one element of the pair can increase while the charge on the other complementary element can decrease. Each differential pair can also be spatially disposed within a vicinity of the inner surface region(s), and each pair can be disposed within a vicinity of its own inner surface region, isolated from other pairs.

In an embodiment, the apparatus can be coupled to another MEMS device or an electronic device. In a specific embodiment, the apparatus can be configured to be tolerant of external deformations. The apparatus formed by method **500** can be an integrated transducer apparatus with minimal separation between anchor structures and thus minimal difference of strain or deformation of the anchor structure(s). In some embodiments, this configuration can result in minimal change in sense capacitance values over strain and deformation due to temperature. There can be other variations, modifications, and alternatives as well.

The above sequence of processes provides a fabrication method for forming a MEMS transducer apparatus according to an embodiment of the present invention. As shown, the method uses a combination of steps including providing a substrate member, forming a movable base, removing a portion of the base, forming anchor structure(s), forming spring structure(s), and forming capacitor element(s).

FIG. **6** illustrates a functional block diagram of various embodiments of the present invention. In FIG. **6**, a computing device **600** typically includes an applications processor **610**, memory **620**, a touch screen display **630** and driver **640**, an image acquisition device **650**, audio input/output devices **660**, and the like. Additional communications from and to computing device are typically provided by via a wired interface **670**, a GPS/Wi-Fi/Bluetooth interface **680**, RF interfaces **690** and driver **700**, and the like. Also included in various embodiments are physical sensors **710**.

In various embodiments, computing device **600** may be a hand-held computing device (e.g. Apple iPad, Apple iTouch, Dell Mini slate, Lenovo Skylight/IdeaPad, Asus EEE series, Microsoft Courier, Notion Ink Adam), a portable telephone (e.g. Apple iPhone, Motorola Droid, Google Nexus One, HTC Incredible/EVO 4G, Palm Pre series, Nokia N900), a portable computer (e.g. netbook, laptop), a media player (e.g. Microsoft Zune, Apple iPod), a reading device (e.g. Amazon Kindle, Barnes and Noble Nook), or the like.

Typically, computing device **600** may include one or more processors **610**. Such processors **610** may also be termed application processors, and may include a processor core, a video/graphics core, and other cores. Processors **610** may be a processor from Apple (A4), Intel (Atom), NVidia (Tegra 2), Marvell (Armada), Qualcomm (Snapdragon), Samsung, TI (OMAP), or the like. In various embodiments, the processor core may be an Intel processor, an ARM Holdings processor



such as the Cortex-A, -M, -R or ARM series processors, or the like. Further, in various embodiments, the video/graphics core may be an Imagination Technologies processor PowerVR-SGX, -MBX, -VGX graphics, an Nvidia graphics processor (e.g. GeForce), or the like. Other processing capability may include audio processors, interface controllers, and the like. It is contemplated that other existing and/or later-developed processors may be used in various embodiments of the present invention.

In various embodiments, memory **620** may include different types of memory (including memory controllers), such as flash memory (e.g. NOR, NAND), pseudo SRAM, DDR SDRAM, or the like. Memory **620** may be fixed within computing device **600** or removable (e.g. SD, SDHC, MMC, MINI SD, MICRO SD, CF, SIM). The above are examples of computer readable tangible media that may be used to store embodiments of the present invention, such as computer-executable software code (e.g. firmware, application programs), application data, operating system data or the like. It is contemplated that other existing and/or later-developed memory and memory technology may be used in various embodiments of the present invention.

In various embodiments, touch screen display **630** and driver **640** may be based upon a variety of later-developed or current touch screen technology including resistive displays, capacitive displays, optical sensor displays, electromagnetic resonance, or the like. Additionally, touch screen display **630** may include single touch or multiple-touch sensing capability. Any later-developed or conventional output display technology may be used for the output display, such as TFT-LCD, OLED, Plasma, trans-reflective (Pixel Qi), electronic ink (e.g. electrophoretic, electrowetting, interferometric modulating). In various embodiments, the resolution of such displays and the resolution of such touch sensors may be set based upon engineering or non-engineering factors (e.g. sales, marketing). In some embodiments of the present invention, a display output port, such as an HDMI-based port or DVI-based port may also be included.

In some embodiments of the present invention, image capture device **650** may include a sensor, driver, lens and the like. The sensor may be based upon any later-developed or convention sensor technology, such as CMOS, CCD, or the like. In various embodiments of the present invention, image recognition software programs are provided to process the image data. For example, such software may provide functionality such as: facial recognition, head tracking, camera parameter control, or the like.

In various embodiments, audio input/output **660** may include conventional microphone(s)/speakers. In some embodiments of the present invention, three-wire or four-wire audio connector ports are included to enable the user to use an external audio device such as external speakers, headphones or combination headphone/microphones. In various embodiments, voice processing and/or recognition software may be provided to applications processor **610** to enable the user to operate computing device **600** by stating voice commands. Additionally, a speech engine may be provided in various embodiments to enable computing device **600** to provide audio status messages, audio response messages, or the like.

In various embodiments, wired interface **670** may be used to provide data transfers between computing device **600** and an external source, such as a computer, a remote server, a storage network, another computing device **600**, or the like. Such data may include application data, operating system data, firmware, or the like. Embodiments may include any later-developed or conventional physical interface/protocol,

such as: USB 2.0, 3.0, micro USB, mini USB, Firewire, Apple iPod connector, Ethernet, POTS, or the like. Additionally, software that enables communications over such networks is typically provided.

In various embodiments, a wireless interface **680** may also be provided to provide wireless data transfers between computing device **600** and external sources, such as computers, storage networks, headphones, microphones, cameras, or the like. As illustrated in FIG. **6**, wireless protocols may include Wi-Fi (e.g. IEEE 802.11a/b/g/n, WiMax), Bluetooth, IR and the like.

GPS receiving capability may also be included in various embodiments of the present invention, however is not required. As illustrated in FIG. **6**, GPS functionality is included as part of wireless interface **180** merely for sake of convenience, although in implementation, such functionality is currently performed by circuitry that is distinct from the Wi-Fi circuitry and distinct from the Bluetooth circuitry.

Additional wireless communications may be provided via RF interfaces **690** and drivers **700** in various embodiments. In various embodiments, RF interfaces **690** may support any future-developed or conventional radio frequency communications protocol, such as CDMA-based protocols (e.g. WCDMA), GSM-based protocols, HSUPA-based protocols, or the like. In the embodiments illustrated, driver **700** is illustrated as being distinct from applications processor **610**. However, in some embodiments, these functionality are provided upon a single IC package, for example the Marvel PXA330 processor, and the like. It is contemplated that some embodiments of computing device **600** need not include the RF functionality provided by RF interface **690** and driver **700**.

FIG. **6** also illustrates computing device **600** to include physical sensors **710**. In various embodiments of the present invention, physical sensors **710** can be single axis or multi-axis Micro-Electro-Mechanical Systems (MEMS) based devices being developed by M-cube, the assignee of the present patent application. Physical sensors **710** can include accelerometers, gyroscopes, pressure sensors, magnetic field sensors, bio sensors, and the like. In other embodiments of the present invention, conventional physical sensors **710** from Bosch, STMicroelectronics, Analog Devices, Kionix or the like may be used.

In various embodiments, any number of future developed or current operating systems may be supported, such as iPhone OS (e.g. iOS), WindowsMobile (e.g. 7), Google Android (e.g. 2.2), Symbian, or the like. In various embodiments of the present invention, the operating system may be a multi-threaded multi-tasking operating system. Accordingly, inputs and/or outputs from and to touch screen display **630** and driver **640** and inputs/or outputs to physical sensors **710** may be processed in parallel processing threads. In other embodiments, such events or outputs may be processed serially, or the like. Inputs and outputs from other functional blocks may also be processed in parallel or serially, in other embodiments of the present invention, such as image acquisition device **650** and physical sensors **710**.

FIG. **6** is representative of one computing device **600** capable of embodying the present invention. It will be readily apparent to one of ordinary skill in the art that many other hardware and software configurations are suitable for use with the present invention. Embodiments of the present invention may include at least some but need not include all of the functional blocks illustrated in FIG. **6**. For example, in various embodiments, computing device **600** may lack image acquisition unit **650**, or RF interface **690** and/or driver **700**, or GPS capability, or the like. Additional functions may also be added to various embodiments of computing device **600**, such as a physical keyboard, an additional image acquisition device, a trackball or trackpad, a joystick, or the like. Further, it should be understood that multiple functional blocks may be embodied into a single physical package or device, and various functional blocks may be divided and be performed among separate physical packages or devices.

These diagrams are merely examples, which should not unduly limit the scope of the claims herein. In light of the present invention disclosure, one of ordinary skill in the art would recognize many other variations, modifications, and alternatives. For example, various steps outlined above may be added, removed, modified, rearranged, repeated, and/or overlapped, as contemplated within the scope of the invention. It is also understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this process and scope of the appended claims.

What is claimed is:

**1**. A method of fabricating a transducer apparatus, the method comprising:

providing a substrate member having a surface region;

forming a movable base structure having a base surface region;

removing at least one portion of the movable base structure to form a center cavity with a cavity surface region;

forming at least one center anchor structure spatially disposed within a substantially circular portion of the surface region, the at least one center anchor structure(s) being configured within a vicinity of a center of the surface region that is within the center cavity;

forming at least one spring structure coupled to at least one portion of the cavity surface region, the at least one spring structure being coupled to the at least one center anchor structure; and

forming at least one capacitor element, the at least one capacitor element being spatially disposed within a vicinity of the cavity surface region.

**2**. The method of claim **1** wherein the number of the at least one spring structure is proportional to the number of the at least one capacitor element.

**3**. The method of claim **1** wherein the configuration of the at least one spring structure depends on the configuration of the at least one capacitor element.

**4**. The method of claim **1** wherein the movable base structure comprises a silicon material or a metal material.

**5**. The method of claim **1** wherein the at least one center anchor structure comprises a silicon material or a metal material.

**6**. The method of claim **1** wherein the at least one spring structure comprises a silicon material or a metal material.

**7**. The method of claim **1** wherein the movable base structure is a rectangular movable base structure.

**8**. The method of claim **7** wherein the at least one spring structure are spatially oriented to be 45 degrees or (pi/4) radians relative to the edges of the rectangular movable base structure.

**9**. The method of claim **1** wherein the at least one spring structure are spatially oriented to be 45 degrees or (pi/4) radians relative to the edges of a die.

**10**. The method of claim **1** wherein the movable base structure comprises a polymer or a dielectric.

**11**. The method of claim **1** wherein the at least one anchor structure comprises a polymer or a dielectric.

**12**. The method of claim **1** wherein the at least one spring structure comprises a polymer or a dielectric.

**13**. The method of claim **1** wherein each of the at least one spring structure comprises at least one segment having a segment length.

**14**. The method of claim **1** wherein the apparatus is operably coupled to a Micro-Electro Mechanical Systems (MEMS) device or an electronic device.

**15**. The method of claim **1** configured to fabricate an apparatus tolerant of external deformations.

**16**. A method of fabricating a transducer apparatus, the method comprising:

providing a substrate member having a surface region;

forming a rectangular movable base structure having a base surface region;

removing at least one portion of the rectangular movable base structure to form a center cavity having a cavity surface region;

forming four anchor structures spatially disposed within a substantially circular portion of the surface region, the four anchor structures being configured within a vicinity of the center of the surface region within the center cavity;

forming four spring structures each of which are coupled to at least one portion of the cavity surface region, the spring structures being coupled to the center anchor structures; and

forming at least one capacitor element coupled to each of the center anchor structures, the capacitor elements being spatially disposed within a vicinity of the cavity surface region.

**17**. The method of claim **16** wherein the number of the spring structures is proportional to the number of the capacitor elements.

**18**. The method of claim **16** wherein the configuration of the spring structures depends on the configuration of the capacitor elements.

**19**. The method of claim **16** wherein the spring structures are spatially oriented to be 45 degrees or (pi/4) radians relative to the edges of the rectangular movable base structure.

**20**. The method of claim **16** configured to fabricate an apparatus tolerant of external deformations.

* * * * *