# EXHIBIT 25

US008250921B2

(12) **United States Patent**
**Nasiri et al.**

(10) **Patent No.: US 8,250,921 B2**
(45) **Date of Patent: *Aug. 28, 2012**

(54) **INTEGRATED MOTION PROCESSING UNIT (MPU) WITH MEMS INERTIAL SENSING AND EMBEDDED DIGITAL ELECTRONICS**

(75) Inventors: **Steven S. Nasiri**, Saratoga, CA (US); **David Sachs**, San Jose, CA (US); **Babak Taheri**, San Francisco, CA (US)

(73) Assignee: **Invensense, Inc.**, Sunnyvale, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 879 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/774,488**

(22) Filed: **Jul. 6, 2007**

(65) **Prior Publication Data**

US 2009/0007661 A1 Jan. 8, 2009

(51) **Int. Cl.**
***G01P 15/00*** (2006.01)
***G01P 1/02*** (2006.01)

(52) **U.S. Cl.** .......................................... **73/511**; 73/493

(58) **Field of Classification Search** .................... 73/493, 73/510, 511, 497
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,510,802 | A | | 4/1985 | Peters | |
| 4,601,206 | A | * | 7/1986 | Watson | 73/510 |
| 4,736,629 | A | | 4/1988 | Cole | |
| 4,783,742 | A | * | 11/1988 | Peters | 702/6 |
| 4,841,773 | A | * | 6/1989 | Stewart | 73/510 |
| 5,251,484 | A | | 10/1993 | Mastache | |
| 5,349,858 | A | | 9/1994 | Yagi et al. | |
| 5,359,893 | A | | 11/1994 | Dunn | |
| 5,367,631 | A | | 11/1994 | Levy | |
| 5,415,040 | A | | 5/1995 | Nottmeyer | |
| 5,433,110 | A | * | 7/1995 | Gertz et al. | 73/514.35 |
| 5,440,326 | A | | 8/1995 | Quinn | |
| 5,444,639 | A | * | 8/1995 | White | 708/300 |
| 5,511,419 | A | | 4/1996 | Dunn | |
| 5,541,860 | A | * | 7/1996 | Takei et al. | 702/141 |

(Continued)

FOREIGN PATENT DOCUMENTS

EP 0429391 8/1995

(Continued)

OTHER PUBLICATIONS

Oboe, R., Lasalandra, E., White, M. M. MEMS-based Accelerometers and their Application to Vibration Suppression in Hard Disk Drives. MEMS/NEMS Handbook Techniques and Applications vol. 4, Springer 2006, pp. 1-29 see pp. 7-22.

(Continued)

*Primary Examiner* — Helen C. Kwok
(74) *Attorney, Agent, or Firm* — Sawyer Law Group, P.C.

(57) **ABSTRACT**

A module operable to be mounted onto a surface of a board. The module includes a linear accelerometer to provide a first measurement output corresponding to a measurement of linear acceleration in at least one axis, and a first rotation sensor operable to provide a second measurement output corresponding to a measurement of rotation about at least one axis. The accelerometer and the first rotation sensor are formed on a first substrate. The module further includes an application specific integrated circuit (ASIC) to receive both the first measurement output from the linear accelerometer and the second measurement output from the first rotation sensor. The ASIC includes an analog-to-digital converter and is implemented on a second substrate. The first substrate is vertically bonded to the second substrate.

**22 Claims, 13 Drawing Sheets**






U.S. PATENT DOCUMENTS

5,574,221 A 11/1996 Park et al.
5,629,988 A 5/1997 Burt et al.
5,635,638 A 6/1997 Geen
5,635,639 A 6/1997 Greiff et al.
5,698,784 A 12/1997 Hotelling
5,703,293 A 12/1997 Zabler et al.
5,703,623 A 12/1997 Hall et al.
5,734,373 A 3/1998 Rosenberg et al.
5,780,740 A 7/1998 Lee et al.
5,825,350 A 10/1998 Case, Jr.
5,895,850 A 4/1999 Buestgens
5,898,421 A 4/1999 Quinn
5,955,668 A 9/1999 Hsu et al.
5,992,233 A 11/1999 Clark
5,996,409 A * 12/1999 Funk et al. ................ 73/504.04
6,067,858 A 5/2000 Clark et al.
6,122,961 A 9/2000 Geen et al.
6,134,961 A 10/2000 Touge et al.
6,158,280 A 12/2000 Nonomura
6,168,965 B1 1/2001 Malinovich et al.
6,189,381 B1 2/2001 Huang et al.
6,230,564 B1 5/2001 Matsunaga et al.
6,250,156 B1 6/2001 Seshia et al.
6,250,157 B1 6/2001 Touge
6,269,254 B1 7/2001 Mathis
6,279,043 B1 8/2001 Hayward et al.
6,292,170 B1 9/2001 Chang et al.
6,343,349 B1 1/2002 Braun et al.
6,370,937 B2 4/2002 Hsu
6,374,255 B1 4/2002 Peurach et al.
6,386,033 B1 5/2002 Negoro
6,391,673 B1 5/2002 Ha et al.
6,393,914 B1 5/2002 Zarabadi et al.
6,424,356 B2 7/2002 Chang et al.
6,429,895 B1 8/2002 Onuki
6,430,998 B2 8/2002 Kawai et al.
6,480,320 B2 11/2002 Nasiri
6,481,283 B1 11/2002 Cardarelli
6,481,284 B2 11/2002 Geen et al.
6,481,285 B1 11/2002 Shkel et al.
6,487,369 B1 11/2002 Sato
6,487,908 B2 12/2002 Geen et al.
6,494,096 B2 12/2002 Sakai et al.
6,508,122 B1 1/2003 McCall et al.
6,508,125 B2 1/2003 Otani
6,513,380 B2 2/2003 Reeds, III et al.
6,520,017 B1 2/2003 Schoefthaler et al.
6,533,947 B2 3/2003 Nasiri et al.
6,573,883 B1 6/2003 Bartlett
6,636,521 B1 10/2003 Guillianelli
6,646,289 B1 11/2003 Badehi
6,668,614 B2 12/2003 Itakura
6,720,994 B1 4/2004 Grottodden et al.
6,725,719 B2 4/2004 Cardarelli
6,758,093 B2 7/2004 Tang et al.
6,794,272 B2 9/2004 Turner et al.
6,796,178 B2 9/2004 Jeong et al.
6,823,733 B2 11/2004 Ichinose
6,834,249 B2 12/2004 Orchard
6,845,669 B2 1/2005 Acar et al.
6,848,304 B2 2/2005 Geen
6,859,751 B2 2/2005 Cardarelli
6,860,150 B2 3/2005 Cho
6,892,575 B2 5/2005 Nasiri et al.
6,915,693 B2 7/2005 Kim et al.
6,918,297 B2 7/2005 MacGugan
6,918,298 B2 7/2005 Park
6,938,484 B2 9/2005 Najafi et al.
6,939,473 B2 9/2005 Nasiri et al.
6,952,965 B2 10/2005 Kang et al.
6,955,086 B2 10/2005 Yoshikawa et al.
6,963,345 B2 11/2005 Boyd et al.
6,972,480 B2 12/2005 Zilber et al.
6,981,416 B2 1/2006 Chen et al.
7,004,025 B2 2/2006 Tamura
7,028,546 B2 * 4/2006 Hoshal ........................... 73/489
7,028,547 B2 * 4/2006 Shiratori et al. ................ 73/495
7,036,372 B2 5/2006 Chojnacki et al.
7,040,163 B2 5/2006 Shcheglov et al.
7,040,922 B2 * 5/2006 Harney et al. ................. 439/527
7,057,645 B1 6/2006 Hara et al.
7,077,007 B2 7/2006 Rich et al.
7,104,129 B2 9/2006 Nasiri et al.
7,121,141 B2 10/2006 McNeil
7,154,477 B1 12/2006 Hotelling et al.
7,155,975 B2 * 1/2007 Mitani et al. .............. 73/504.03
7,158,118 B2 1/2007 Liberty
7,159,442 B1 1/2007 Jean
7,168,317 B2 1/2007 Chen
7,180,500 B2 2/2007 Marvit et al.
7,196,404 B2 3/2007 Schirmer et al.
7,210,351 B2 5/2007 Lo et al.
7,222,533 B2 5/2007 Mao et al.
7,236,156 B2 6/2007 Liberty et al.
7,237,437 B1 * 7/2007 Fedora ........................... 73/510
7,239,301 B2 7/2007 Liberty et al.
7,240,552 B2 7/2007 Acar et al.
7,243,561 B2 * 7/2007 Ishigami et al. ............ 73/866.1
7,247,246 B2 7/2007 Nasiri et al.
7,250,112 B2 7/2007 Nasiri et al.
7,258,008 B2 8/2007 Durante et al.
7,258,011 B2 8/2007 Nasiri et al.
7,260,789 B2 8/2007 Hunleth et al.
7,262,760 B2 8/2007 Liberty
7,284,430 B2 10/2007 Acar et al.
7,289,898 B2 * 10/2007 Hong et al. .................... 701/96
7,290,435 B2 11/2007 Seeger et al.
7,299,695 B2 * 11/2007 Tanaka et al. .................. 73/510
7,325,454 B2 * 2/2008 Saito et al. ..................... 73/511
7,331,212 B2 * 2/2008 Manlove et al. ............ 73/12.01
7,333,087 B2 2/2008 Soh et al.
7,352,567 B2 4/2008 Hotelling et al.
7,377,167 B2 5/2008 Acar et al.
7,386,806 B2 6/2008 Wroblewski
7,395,181 B2 * 7/2008 Foxlin .......................... 702/155
7,414,611 B2 8/2008 Liberty
7,424,213 B2 9/2008 Imada
7,437,931 B2 * 10/2008 Dwyer et al. .................. 73/495
7,442,570 B2 10/2008 Nasiri et al.
7,454,971 B2 11/2008 Blomqvist
7,458,263 B2 12/2008 Nasiri et al.
7,508,384 B2 3/2009 Zhang et al.
7,522,947 B2 4/2009 Tsuda
7,533,569 B2 * 5/2009 Sheynblat ...................... 73/510
7,549,335 B2 * 6/2009 Inoue et al. ................... 73/510
7,552,636 B2 * 6/2009 Datskos .................... 73/504.04
7,617,728 B2 * 11/2009 Cardarelli ................. 73/504.16
7,621,183 B2 11/2009 Seeger et al.
7,677,099 B2 3/2010 Nasiri et al.
7,677,100 B2 * 3/2010 Konaka ..................... 73/504.14
7,688,306 B2 3/2010 Wehrenberg et al.
7,765,869 B2 8/2010 Sung et al.
7,779,689 B2 * 8/2010 Li et al. .......................... 73/510
7,783,392 B2 * 8/2010 Oikawa ............................ 701/1
7,784,344 B2 * 8/2010 Pavelescu et al. ......... 73/514.32
7,814,791 B2 * 10/2010 Andersson et al. ........ 73/504.03
7,907,838 B2 * 3/2011 Nasiri et al. ................... 396/55
7,970,586 B1 6/2011 Kahn et al.
8,018,435 B2 9/2011 Orchard et al.
2002/0027296 A1 3/2002 Badehi
2002/0189351 A1 12/2002 Reeds et al.
2003/0159511 A1 8/2003 Zarabadi et al.
2003/0209789 A1 11/2003 Hanson et al.
2004/0016995 A1 1/2004 Kuo et al.
2004/0066981 A1 4/2004 Li et al.
2004/0160525 A1 8/2004 Kingetsu et al.
2004/0179108 A1 9/2004 Sorek et al.
2004/0200279 A1 * 10/2004 Mitani et al. .............. 73/504.03
2005/0066728 A1 3/2005 Chojnacki
2005/0110778 A1 5/2005 Ben Ayed
2005/0170656 A1 8/2005 Nasiri et al.
2005/0212751 A1 9/2005 Marvit et al.
2005/0239399 A1 10/2005 Marvit et al.
2006/0017837 A1 1/2006 Sorek et al.
2006/0032308 A1 2/2006 Acar et al.
2006/0033823 A1 2/2006 Okamura
2006/0061545 A1 3/2006 Hughes et al.

| | | | |
|---|---|---|---|
| 2006/0115297 | A1 | 6/2006 | Nakamaru |
| 2006/0119710 | A1 | 6/2006 | Ben-Ezra et al. |
| 2006/0139327 | A1 | 6/2006 | Dawson et al. |
| 2006/0164382 | A1 | 7/2006 | Kulas et al. |
| 2006/0164385 | A1 | 7/2006 | Smith et al. |
| 2006/0185502 | A1 | 8/2006 | Nishitani et al. |
| 2006/0187308 | A1 | 8/2006 | Lim et al. |
| 2006/0208326 | A1 | 9/2006 | Nasiri et al. |
| 2006/0251410 | A1 | 11/2006 | Trutna, Jr. |
| 2006/0256074 | A1 | 11/2006 | Krum et al. |
| 2007/0035630 | A1 | 2/2007 | Lindenstruth et al. |
| 2007/0063985 | A1 | 3/2007 | Yamazaki et al. |
| 2007/0113207 | A1 | 5/2007 | Gritton |
| 2007/0123282 | A1 | 5/2007 | Levinson |
| 2007/0146325 | A1 | 6/2007 | Poston et al. |
| 2007/0167199 | A1 | 7/2007 | Kang |
| 2007/0176898 | A1 | 8/2007 | Suh |
| 2007/0239399 | A1 | 10/2007 | Sheynblat et al. |
| 2007/0277112 | A1 | 11/2007 | Rossler et al. |
| 2008/0009348 | A1 | 1/2008 | Zaleweski et al. |
| 2008/0088602 | A1 | 4/2008 | Hotelling |
| 2008/0098315 | A1 | 4/2008 | Chou et al. |
| 2008/0134784 | A1 | 6/2008 | Jeng et al. |
| 2008/0158154 | A1 | 7/2008 | Liberty et al. |
| 2008/0204566 | A1 | 8/2008 | Yamazaki et al. |
| 2008/0314147 | A1 | 12/2008 | Nasiri et al. |
| 2009/0005975 | A1 | 1/2009 | Forstall et al. |
| 2009/0005986 | A1 | 1/2009 | Soehren |
| 2009/0043504 | A1 | 2/2009 | Bandyopadhyay et al. |
| 2009/0088204 | A1 | 4/2009 | Culbert et al. |
| 2009/0326851 | A1 | 12/2009 | Tanenhaus |
| 2010/0013814 | A1 | 1/2010 | Jarczyk |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| GB | 2428802 | | 2/2007 |
| WO | WO 2006/043890 | * | 4/2006 |
| WO | 2009016607 | | 2/2009 |

OTHER PUBLICATIONS

Singh, Amit, “The Apple Motion Sensor as a Human Interface Device,” www.kernelthread.com, 1994-2006.

Cho, et al., Dynamics of Tilt-based Browsing on Mobile Devices. CHI 2007, Apr. 28-May 3, 2007, San Jose, California, USA., pp. 1947-1952.

Oboe, R., Lasalandra, E., White, M. M. MEMS-based Accelerometers and their Application to Vibration Suppresion in Hard Disk Drives. MEMS/NEMS Handbook Techniques and Applications vol. 4, Springer 2006, pp. 1-29 see pp. 7-22.

Roberto Oboe, et al., “MEMS—based Accelerometers and their Application to Vibration Suppression in Hard Dish Drives,” MEMS/NEMS Handbook Techniques and Application, vol. 4, Springer 2006, pp. 7-22, Dec. 31, 2006.

Liu Jun, et al., “Study on Single Chip Integration Accelerometer Gyroscope,” Journal of Test and Measurement Technology, vol. 17, Issue 2, pp. 157-158, Dec. 31, 2003.

* cited by examiner


100
108
106
X-AXIS
GYRO 102
Y-AXIS
ADC
104

FIG. 1


200
IMPLEMENT A GYRO AND AN ANALOG-TO-DIGITAL CONVERTER (ADC) ONTO A SURFACE MOUNTABLE CHIP
202
GENERATING AT LEAST TWO ANALOG OUTPUT SIGNALS FROM THE GYRO, THE TWO ANALOG OUTPUT SIGNALS CORRESPONDING TO ANGULAR VELOCITY MEASUREMENT OF AT LEAST TWO DIFFERENT AXES
204
USING THE ANALOG-TO-DIGITAL CONVERTER (ADC) TO CONVERT THE ANALOG OUTPUT SIGNALS OF THE GYRO INTO CORRESPONDING DIGITAL OUTPUT SIGNALS
206

FIG. 2


300
GYRO 302
X-AXIS
Y-AXIS
ADC
304
MICROCONTROLLER
306
INTERFACE 308
SCLK
DIN
CS
DOUT

FIG. 3


400
3-AXIS
ACCERLEROMETER 402
ADC
404
MICROCONTROLLER
406
INTERFACE 408
SCLK
DIN
CS
DOUT

FIG. 4


500
GYRO 502
X-AXIS
Y-AXIS
MUX 504
ADC 506
MICROCONTROLLER 508
INTERFACE 510
PWM DRIVER 512
PWM DRIVER 514
X+ OUT
X- OUT
Y+ OUT
Y- OUT
+ - X
+ - Y
SCLK
DIN
CS
DOUT

FIG. 5


600
602
Gyro + Controller Module
Gyro + Controller Size Reduction
~ 6 x 8 mm
~ 5 x 5 mm

FIG. 6


700
702
704
ELECTRONICS
706

FIG. 7


804
Cover Wafer
800
806
MEMS Sensor Wafer
802
Electronics Wafer

FIG. 8


900
CMOS
ELECTRONICS 914
902
X-Axis
Gyro
906
Y-Axis
Gyro
908
HERMETIC SEAL
RING 918
Z-Axis
Gyro
910
X/Y/Z-Axis
Accel
912
904
BOND PADS 916

FIG. 9


1000
DIGITAL I/O
POWER
MICROCONTROLLER 1008
POWER MANAGEMENT CIRCUIT 1012
MEMORY 1010
CTRL BUS 1016
DATA BUS 1014
XYZ GYRO 1002
3 AXIS ACCELEROMETER 1004
TEMPERATURE SENSOR 1006
ANALOG I/O

*FIG. 10*


1100
MODULE 1104
TEMP SENSOR 1134
X-GYRO 1110
Y-GYRO 1112
GEOMAGNETIC SENSOR 1126
BAROMETER 1128
SIGNAL CONDITIONING CIRCUIT 1130
MODULE 1102
Z-GYRO 1106
XYZ-ACCEL 1108
TEMP SENSOR 1132
MUX 1124
ADC
ADC
ADC
1122
POWER MANAGEMENT CIRCUIT 1138
CALIBRATION CIRCUIT 1140
INTERNAL REGISTERS 1120
INTERRUPT LOGIC 1142
SPI/I2C 1136
SPI or I2C BUS 1116
APPLICATION MEMORY 1118
APPLICATION PROCESSOR 1114

FIG. 11




FIG. 12


MODULE 1104
Temp. Sensor
X-GYRO
Y-GYRO
Geomagnetic sensor
Barometer
Temperature sensor
MODULE 1102
Z-GYRO
XYZ-ACCEL
Temp. Sensor
MUX
ADC
ADC
ADC
Micro Processor
Power Management
Calibration MTP
Internal Registers
Interrupt Logic
SPI or I2C
I2C or SPI Bus
Application RAM
Application Processor
Power management output for external sensors
INT

FIG. 13A


MODULE 1104
Temp. Sensor
X-GYRO
Y-GYRO
Geomagnetic sensor
Barometer
Temperature sensor
MODULE 1102
Application RAM
Z-GYRO
XYZ-ACCEL
Temp. Sensor
MUX
ADC
ADC
ADC
Micro Processor
Power Management
Calibration MTP
Internal Registers
Interrupt Logic
SPI or I2C
I2C or SPI Bus
Application Processor
Power management output for external sensors
INT

FIG. 13B



Geomagnetic sensor
Barometer
Temperature sensor
MODULE 1102
Application RAM
X-GYRO
Y-GYRO
Z-GYRO
XYZ-ACCEL
Temp. Sensor
MUX
ADC
ADC
ADC
ADC
ADC
ADC
Micro Processor
Power Management
Calibration MTP
Internal Registers
Interrupt Logic
SPI or I2C
I2C or SPI Bus
Application Processor
Power management output for external sensors
INT


FIG. 13C


MODULE 1102
Temp. Sensor
Barometer
Geomagnetic sensor
ADC
ADC
ADC
MUX
Application RAM
X-GYRO
Y-GYRO
Z-GYRO
XYZ-ACCEL
ADC
ADC
ADC
ADC
ADC
Micro Processor
Power Management
Calibration MTP
Internal Registers
Interrupt Logic
SPI or I2C
I2C or SPI Bus
Application Processor
Power management output for external sensors
INT

FIG. 13D


MODULE 1102
Micro Processor
Application RAM
Power management output for external sensors
Power Management
ADC
X-GYRO
ADC
Temp. Sensor
Calibration MTP
ADC
Y-GYRO
ADC
Barometer
Internal Registers
ADC
Z-GYRO
ADC
Geomagnetic sensor
INT
Interrupt Logic
ADC
XYZ-ACCEL
SPI or I2C
MUX
Wireless communication port
ADC
Application Processor
Wireless communication port
I2C or SPI Bus

FIG. 13E

# INTEGRATED MOTION PROCESSING UNIT (MPU) WITH MEMS INERTIAL SENSING AND EMBEDDED DIGITAL ELECTRONICS

## FIELD OF THE INVENTION

The present invention relates to microelectromechanical systems (MEMS) devices.

## BACKGROUND OF THE INVENTION

Microelectromechanical systems (MEMS) technology has been under steady development for some time, and as a result various MEMS devices (e.g., accelerometers for measuring linear acceleration and gyroscopes for measuring angular velocity) have been implemented within several applications. For example, individual accelerometer and gyroscope sensors are currently being used in vehicle air bag controls, gaming consoles, digital cameras, video cameras, and mobile phones.

MEMS devices typically generate one or more analog output signals that correspond to a given measurement and, therefore, an analog-to-digital converter (ADC) is usually required to convert the analog output signals into corresponding digital signals for digital signal processing. Conventional applications that include a MEMS device and an analog-to-digital converter (ADC), typically implement multi-chip board level technology to couple the MEMS device to the analog-to-digital converter (ADC), and/or implement the MEMS device and the analog-to-digital converter (ADC) on separate chips, printed circuit boards (PCBs), or modules. Such usage of board level assembly technology to couple a MEMS device to an analog-to-digital converter (ADC), and implementation of a MEMS device on a separate chip or printed circuit board, however, requires lots of space, more power, and higher cost, which generally limits the number of applications into which MEMS devices can be utilized.

## BRIEF SUMMARY OF THE INVENTION

In general, in one aspect, this specification describes a module operable to be mounted onto a surface of a board. The module includes a linear accelerometer to provide a first measurement output corresponding to a measurement of linear acceleration in at least one axis, and a first rotation sensor operable to provide a second measurement output corresponding to a measurement of rotation about at least one axis. The accelerometer and the first rotation sensor are formed on a first substrate. The module further includes an application specific integrated circuit (ASIC) to receive both the first measurement output from the linear accelerometer and the second measurement output from the first rotation sensor. The application specific integrated circuit (ASIC) includes an analog-to-digital converter (ADC) and is implemented on a second substrate. The first substrate is vertically bonded to the second substrate.

Implementations can provide one or more of the following advantages. A surface mountable module is provided that includes a gyroscope (or other device as described below) and an analog-to-digital converter (ADC). In one implementation, the gyroscope (which is implemented on a MEMS substrate) is bonded to a CMOS integrated circuit substrate (including the analog-to-digital converter (ADC)) through wafer bonding. Such an implementation provides valuable savings in terms of area, performance, and cost. Such a module can be implemented in applications such as cellular phones, personal digital assistants (PDAs), digital cameras, or other hand-held devices to provide, e.g., image stabilization. The module provides a system level solution with the ability to integrate additional functions onto a chip. In one implementation, a motion processing unit is disclosed that provides six axes of sensing (e.g., 3 axes acceleration and 3 axes angular velocity). The motion processing unit includes embedded processing and all the related features that can enable motion sensing application in multitude of consumer and non-consumer applications. In addition, the specification discloses a motion processing unit that integrates sensors (that provide for, e.g., 6-axes of sensing) along with associated smart electronics packaged at a wafer level. Such a motion processing unit provides a low cost, small package, and high performance solution for the consumer applications.



The details of one or more implementations are set forth in the accompanying drawings and the description below. Other features and advantages will be apparent from the description and drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of a module including a gyroscope and an analog-to-digital converter (ADC) according to one implementation.

FIG. **2** illustrates a method for implementing and utilizing a gyroscope and an analog-to-digital converter (ADC) according to one implementation.

FIG. **3** is a block diagram of a module including a gyroscope, an analog-to-digital converter (ADC), and a microcontroller according to one implementation.

FIG. **4** is a block diagram of a module including a 3-axis accelerometer, an analog-to-digital converter (ADC), and a microcontroller according to one implementation.

FIG. **5** is a block diagram of a module including a gyroscope, an analog-to-digital converter (ADC), and a microcontroller that can be utilized within an image stabilization application.

FIG. **6** illustrates two footprints of the module of FIG. **5** in accordance with two different implementations.

FIG. **7** illustrates a motion processing unit (MPU) according to one implementation.

FIG. **8** illustrates a MEMS sensor wafer and an electronics wafer according to one implementation.

FIG. **9** illustrates a motion processing unit (MPU) according to one implementation.

FIG. **10** illustrates a motion processing unit (MPU) according to one implementation.

FIG. **11** illustrates a motion processing unit (MPU) according to one implementation.

FIG. **12** shows an example die area of the module **1102** in the motion processing unit (MPU) of FIG. **11**.

FIGS. **13**A-**13**E illustrate various implementations of a motion processing unit (MPU).

Like reference symbols in the various drawings indicate like elements.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention relates generally to microelectromechanical systems (MEMS) devices. The following description is presented to enable one of ordinary skill in the art to make and use the invention and is provided in the context of a patent application and its requirements. The present invention is not intended to be limited to the implementations shown but is to be accorded the widest scope consistent with the principles and features described herein.

FIG. **1** illustrates a module **100** including MEMS sensing device (e.g., a gyroscope **102**) and an analog-to-digital converter (ADC) **104** in accordance with one implementation. In one implementation, the module **100** is a single chip (or package) that can be mounted onto a surface of a printed circuit board (PCB). In one implementation, the analog-to-digital converter (ADC) **104** is a component of an application specific integrated circuit (ASIC) **108**. As shown in FIG. **1**, the gyroscope **102** provides two analog output signals corresponding to a measured angular velocity in the X-axis and the Y-axis. More generally, the gyroscope **102** is at least a two-axis microelectromechanical systems (MEMs) gyroscope. In one implementation, the gyroscope **102** is a gyroscope as described in commonly owned U.S. Pat. No. 6,892,575—entitled "X-Y Axis Dual-Mass Tuning Fork Gyroscope With Vertically Integrated Electronics and Wafer-Scale Hermetic Packaging", which is incorporated herein by reference. Accordingly, in one implementation, the gyroscope **102** is implemented on a MEMS substrate, which MEMS substrate is bonded to a CMOS integrated circuit substrate (including the ASIC **108** and analog-to-digital converter (ADC) **104**) through wafer bonding. In one implementation, the MEMS substrate is bonded to the CMOS integrated circuit substrate through wafer bonding techniques that use vertical fabrication processes as described in commonly owned U.S. Pat. No. 7,104,129—"Vertically Integrated MEMS Structure with Electronics in a Hermetically Sealed Cavity", which is incorporated herein by reference. Although the module **100** is shown as including a gyroscope, the module **100** can instead include a multiple-axis (linear) accelerometer (e.g., a 3-axis accelerometer) as described in commonly owned U.S. patent application Ser. No. 11/285,493, entitled—"Multiple Axis Accelerometer", which is incorporated herein by reference. More generally, the module can further include other types of MEMS sensing devices—e.g., a second rotation sensor, such as a rate sensor (or gyroscope) and/or a rotational acceleration sensor.

In operation, the analog-to-digital converter (ADC) **104** converts the analog output signals of the gyroscope **102** into corresponding digital signals that can be output from the analog-to-digital converter (ADC) **104** through output **106**. In one implementation, the module **100** includes a multiplexer (not shown) for selectively providing one of the analog output signals of the gyroscope **102** to the analog-to-digital converter (ADC) **104**. The multiplexer can be a component of the application specific circuit (ASIC) **108**.

FIG. **2** illustrates a method **200** for implementing and utilizing a gyroscope and an analog-to-digital converter (ADC) according to one implementation. A gyroscope (e.g., gyroscope **102**) and an analog-to-digital converter (ADC) (e.g., analog-to-digital converter (ADC) **104**) are implemented onto a surface mountable chip (e.g., module **100**) (step **202**). In one implementation, the gyroscope is fabricated onto the chip including the analog-to-digital converter (ADC) using vertical fabrication processes. At least two analog output signals are generated by the gyroscope, in which the two analog output signals correspond to angular velocity measurement of at least two different axes (step **204**). In operation, the analog-to-digital converter (ADC) converts the analog output signals of the gyroscope into corresponding digital signals (step **206**).

FIG. **3** is a block diagram of a module **300** in accordance with one implementation. The module **300** includes a gyroscope **302**, an analog-to-digital converter (ADC) **304**, a microcontroller **306**, and an interface **308**. In one implementation, the module **300** is a single chip that can be mounted onto a surface of a printed circuit board (PCB). In one implementation, the gyroscope **302** is bonded to the chip using vertical fabrication processes. Accordingly, in this implementation, the gyroscope **302**, the analog-to-digital converter (ADC) **304**, the microcontroller **306**, and the interface **308** can be implemented onto a same substrate—e.g., a CMOS substrate. In one implementation, the module **300** further includes a multiplexer (not shown) for selectively providing one of the analog output signals of the gyroscope **302** to the analog-to-digital converter (ADC) **304**. In one implementation, the analog-to-digital converter (ADC) **304**, the microcontroller **306**, the interface **308**, and the multiplexer are components of an application specific circuit (ASIC).

In one implementation, the gyroscope **302** generates two analog output signals respectively corresponding to a measured angular velocity in the X-axis and the Y-axis. The analog output signals are converted into corresponding digital signals by the analog-to-digital converter (ADC) **304**. The microcontroller **306** processes the digital signals. The interface **308** provides an interface to the microcontroller **306**. The interface **308** can be a serial peripheral interface (SPI), an inter integrated circuit (I2C) interface, or other suitable interface. In the implementation shown in FIG. **3**, the interface **308** is an SPI interface having two control lines (SCLK and CS), and two data lines (DIN and DOUT). In general, the module **300** can include other types of MEMS sensors other than a gyroscope. For example, FIG. **4** illustrates a module **400** including a 3-axis accelerometer that sends an analog output to an analog-to-digital converter (ADC) **404**. The analog-to-digital converter (ADC) **404** converts the analog output signal into a corresponding digital signal for processing by a microcontroller **406**. Similar to the module **300**, the module **400** further includes an interface **408** (e.g., a serial peripheral interface (SPI)) that is coupled to the microcontroller **406**.

FIG. **5** illustrates a block diagram of a module **500** in accordance with one implementation. In one implementation, the module **500** includes a gyroscope **502**, a multiplexer (MUX) **504**, a (e.g., 16 bit) analog-to-digital converter (ADC) **506**, a microcontroller **508**, an interface **510**, and pulse width modulator drivers **512**, **514**. In one implementation, the module **500** is a single chip that can be mounted onto a surface of a printed circuit board (PCB). In one implementation, the gyroscope **502** is bonded to the chip using vertical fabrication processes. Accordingly, in this implementation, the gyroscope **502**, the multiplexer (MUX) **504**, the analog-to-digital converter (ADC) **506**, the microcontroller **508**, the interface **510**, and the pulse width modulator drivers **512**, **514** are fabricated onto a same substrate. In another implementation, the gyroscope **502** is implemented on a chip that is separate from the module **500**. In this implementation, the gyroscope **502** and the module **500** can be fabricated onto a board that can be mounted onto a surface of a printed circuit board (PCB). The module **500** provides a system level solution for the integration of multiple functions onto a chip, including controller functions. The module **500** provides an efficient partitioning between analog functions and digital functions. In one implementation, the module **500** further includes a memory (not shown) that is in communication with the microcontroller **508**. The memory can store program instructions and/or data related to functions (e.g., image stabilization calculations, as discussed below) that can be performed by the microcontroller **508**.

In one implementation, the module **500** is implemented within an image stabilization application. For example, the module **500** can be implemented within, e.g., binoculars, telephoto lenses, or digital cameras, to achieve optical image stabilization for these devices. In such an implementation, the gyroscope **502** detects movement of, e.g., a lens, and gener-

ates corresponding analog output signals corresponding to the movement of the lens. The MUX **504** is operable to selectively provide an (analog) measurement output signal from the gyroscope **502** (or one or more (analog) measurement outputs from one or more corresponding second measurement devices (not shown)) to the analog-to-digital converter **506**. The microcontroller **508** performs one or more optical image stabilization calculations based on a digital signal received from the analog-to-digital converter (ADC) **506**, and generates control signals that are sent to pulse width modulator drivers **512**, **514** for driving one or more actuators (not shown) to counteract the movement of the lens and maintain a stable picture. Types of measurement devices that can be coupled to the MUX **404** (in addition to the gyroscope **502**) include a second (MEMs) gyroscope, an accelerometer, a position sensor, a pressure sensor, a temperature sensor, or other sensor or device.

FIG. **6** illustrates a footprint **600** of a gyroscope and a microcontroller implemented on separate chips and a footprint **602** of a gyroscope and a microcontroller implemented on the same chip. As shown in FIG. **6**, the footprint **600** (of a gyroscope and a microcontroller implemented on separate chips) has a size of substantially 6 mm×8 mm, and the footprint **602** (of a gyroscope and a microcontroller implemented on the same chip) has a size of substantially 5 mm×5 mm. Such small footprints enables the system level solution (e.g., integration of gyroscope and controller) provided by the modules discussed above to be implemented in applications (such as in hand held device applications) in which size and power consumption of components are a critical factor.

FIG. **7** illustrates one implementation of components **700** that can be implemented on a module to form, e.g., a motion processing unit (MPU™), available from Invensense, Inc. of Santa Clara, Calif. In one implementation, a motion processing unit (MPU) is a device that can measure at least two axes of rotation and at least one axis of acceleration, in which components of the device are integrated in a single package, e.g., through wafer-scale integration. Wafer-scale integration includes building very-large integrated circuit networks that use an entire silicon wafer to produce a single "super-chip"—and in the context of this specification, (in one implementation) a single chip is provided that includes a motion processing unit (MPU) operable to measure both rotation and acceleration. In one implementation, the chip occupies a smaller area of silicon relative to conventional devices that may provide similar measurements.

Referring to FIG. **7**, in one implementation, the components **700** include a 3-axis accelerometer **702**, a 3-axis gyroscope **704**, and electronics **706** (e.g., CMOS electronics). The 3-axis accelerometer **702** and the 3-axis gyroscope **704** provide six axes of sensing (e.g., 3 axes acceleration and 3 axes angular velocity). In one implementation, the components **700** are respectively integrated onto a MEMS sensor wafer **800** and an electronics wafer **802**, as shown in FIG. **8**. More specifically, in one implementation, the 3-axis accelerometer **702** and the 3-axis gyroscope **704** are integrated onto the MEMS sensor wafer **800**, and the electronics **706** is integrated onto the electronics wafer **802**. In one implementation, the MEMS sensor wafer **800** is bonded to the electronics wafer **802**. Any suitable bonding techniques can be used to bond the MEMS sensor wafer **800** to the electronics wafer **802**, such as the bonding techniques described in commonly owned pending U.S. patent application Ser. No. 11/084,296, entitled "Method of Fabrication of AL/GE Bonding in a Wafer Packaging Environment and a Product Produced Therefrom", which is incorporated by reference herein. In one implementation, components integrated onto the MEMS sensor wafer **800** are electrically connected to components (e.g., CMOS electronics) associated with the electronics wafer **802** through electrical interconnects **806**.

In one implementation, a cover wafer **804** (or cap wafer) is used to seal the MEMS sensor wafer **800** within a hermetic enclosure (in between the cover wafer **804** and the electronics wafer **802**. In one implementation, (e.g., in order to meet some performance specifications of different markets for the motion processing unit), a reduced pressure (e.g., about 1 mTorr, which is substantially less than atmospheric pressure) can be provided within the hermetic enclosure.

FIG. **9** illustrates a motion processing unit **900** in accordance with one implementation. In the implementation of FIG. **9**, the motion processing unit **900** comprises a package formed by a MEMS sensor wafer **902** bonded to an electronics wafer **904**. In one implementation, the MEMS sensor wafer **902** includes an X-axis gyroscope **906**, a Y-axis gyroscope **908**, a Z-axis gyroscope **910**, and an XYZ-axis accelerometer **912**, and the electronics wafer **904** includes CMOS electronics **914** and bond pads **916**. In general, the motion processing unit **900** can include other types of sensors, e.g., a temperature sensor (as discussed in greater detail below), or other type of sensor. The bond pads **916** can be used for integrating the package (comprising the motion processing unit **900**) onto a printed circuit board (not shown) or other device. In one implementation, the MEMS sensor wafer **902** is bonded to the electronics wafer **904** with a hermetic seal ring **918**.

FIG. **10** illustrates a block diagram of a motion processing unit **1000** in accordance with one implementation. The motion processing unit **1000** includes an XYZ gyroscope **1002**, a 3-axis accelerometer **1004**, a temperature sensor **1006**, a microcontroller **1008**, a memory **1010** (e.g., a random access memory (RAM)), and a power management circuit **1012**. The components of the motion processing unit **1000** can be coupled together through a data bus **1014** and a control bus **1016**. In one implementation, the power management circuit **1012** includes a voltage regulator and charge pump to power the microcontroller **1008**. In one implementation, the power management circuit **1012** is capable of turning off any of the six sensors individually, or running each of the sensors at low power if higher noise is tolerable. The power management circuit **1012** may also respond to the sensors themselves, turning off the sensors (and the microcontroller **1008**), for example, if no movement is detected for a pre-determined period. The motion processing unit **1000** further includes one or more analog-to-digital converters (ADCs) (not shown) for converting analog outputs of the XYZ gyroscope **1002**, the 3-axis accelerometer **1004**, and the temperature sensor **1006** into corresponding digital signals, which digital signals are then processed by the microcontroller **1008**. In one implementation, the analog-to-digital converters provide **10** bits of resolution (or higher) ADC to permit a serialized data interface with an application processor.

As shown in FIG. **10**, (in one implementation) the temperature sensor **1006** is coupled to one or more analog input/output (I/O) lines and the microcontroller **1008** is coupled to one or more digital I/O lines. In one implementation, the microcontroller **1008** can perform computations on the digital signals received from one or more of the XYZ gyroscope **1002**, the 3-axis accelerometer **1004**, or the temperature sensor **1006** as required by application requirements. In addition to containing the MEMS and temperature sensors, the motion processing unit **1000** may contain a programmable digital sampling system that combines an ADC and flexible filtering for meeting the various bandwidth, resolution, and power requirements for different applications. Further, the motion

processing unit **1000** can include one or more user programmable registers (not shown) through which a user can set operating conditions including, for example, measuring limits, for each of the sensors and/or the microcontroller within the motion processing unit **1000**.

FIG. **11** illustrates a block diagram of a motion processing unit **1100** in accordance with one implementation. The motion processing unit **1100** includes two modules—modules **1102**, **1104**—that each can be separably coupled to the motion processing unit **1100**. In an implementation, in which both modules **1102**, **1104** are coupled to the motion processing unit **1100**, the motion processing unit **1100** can provide up to 6 axes of sensing. In particular, (in one implementation) the module **1102** provides a 4-axis measurement capability enabled by one Z-gyroscope **1106** and a 3-axis (XYZ) accelerometer **1108**, and the module **1104** provides a 2-axis measurement capability through an X-gyroscope **1110** and a Y-gyroscope **1112**. The Z-gyroscope **1106** detects the rotation about the Z-axis, and the 3-axis accelerometer **1108** detects linear acceleration along the X, Y and Z axes.

In one implementation, proof masses associated with the Z-gyroscope **1106** are electrostatically oscillated at resonance. An internal automatic gain control circuit (not shown) can precisely control the oscillation of the proof masses. When the Z-gyroscope **1106** is rotated about the Z-axis, the Coriolis causes a vibration that is detected by a capacitive pickoff. The resulting signal is amplified, demodulated, and filtered to produce an analog voltage that is proportional to the angular velocity. In one implementation, the 3-axis accelerometer **1108** consists of three independent linear accelerometers with separate proof masses. This minimizes any cross-axis coupling and reduces fabrication dependencies. A built in internal oscillator (not shown) can be used to capacitively read out any acceleration motion. In operation, acceleration induces displacement on a given proof mass. In one implementation, electrostatic sensors detect displacement of each proof mass differentially. This reduces the susceptibility to the fabrication variations as well as thermal drift.

In one implementation, the modules **1102**, **1104** are implemented (e.g., vertically bonded) onto a same CMOS substrate—e.g., the MEMS wafers and CMOS electronic wafers can be bonded together using wafer-scale bonding processes as described in commonly owned U.S. Pat. No. 7,104,129 (incorporated by reference above) that simultaneously provides electrical connections and hermetically seals the MEMS devices. This unique and novel fabrication technique is the key enabling technology that allows for the design and manufacture of high performance, multi-axis, inertial sensors in a very small and economical package. Integration at the wafer-level minimizes parasitic capacitances, allowing for improved signal-to-noise relative to a discrete solution. Such integration at the wafer-level also enables the incorporation of a rich feature set which minimizes the need for external amplification.

As shown in FIG. **11**, in one implementation, the motion processing unit **1100** interfaces with a microprocessor (or application processor **1114**) through an SPI or I2C bus **1116**. The motion processing unit **1100** can also be coupled to a memory (e.g., application memory **1118**) through the SPI or I2C bus **1116**. The I2C or SPI bus **1116** can be used to access internal registers (e.g., internal registers **1120**) and sensor outputs. In one implementation, the module **1102** controls all the communication between sensor components. In one implementation, the module **1102** includes an internal memory (not shown) for registers to control the functions and to store trim values for the sensors. If additional memory is desired, it is possible to add an I2C compatible memory to a system bus **1122** within the module **1102**.

In one implementation, the module **1102** has 7 analog inputs (that are received by a multiplexer (MUX) **1124**) for interfacing auxiliary sensors. As shown in FIG. **11**, three of the 7 analog inputs are used for interfacing with the module **1104** and the remaining analog inputs are used to interface with other sensors—e.g., a geomagnetic sensor **1126** (or compass) and a barometer **1128** (e.g., for altitude readings) through a signal conditioning circuit **1130**. In one implementation, the voltage range for the analog inputs is +/−0.5V centered on 0.7V. The signal conditioning circuit **1130** adjusts the output voltage range of the geomagnetic sensor **1126** to voltage levels that can be handled by the multiplexer **1124**.

In one implementation, each sensor (e.g., Z-gyroscope **1106** and XYZ accelerometer **1108**) has a dedicated sigma-delta analog-to-digital converter (ADC) with 14-bit accuracy. In addition, there is also an additional analog-to-digital converter (ADC) coupled to the multiplexer **1124** for converting the auxiliary analog inputs and also an analog output from a temperature sensor **1132**. In one implementation, the temperature sensor **1132** measures the temperature of the module **1102**. The module **1104** can also include a temperature sensor (e.g., temperature sensor **1134**) that measures a temperature of the module **1104**. The temperature readings can be made available to a user through a SPI/I2C interface **1136**. In one implementation, the range of voltage levels for the auxiliary inputs is 0.7+/−0.5V (or 0.2V to 1.2V). The ADC (coupled to the multiplexer **1124**) can sample the selected analog input or the output of the temperature sensor **1132** depending on the configuration of the multiplexer **1124**. The result can be stored in an appropriate register that is accessible via the SPI/I2C interface **1136**. In one implementation, an internal clock is used to trigger ADC conversion. The clock rate or the output data rate can be selectable by a configuration register.

The module **1102** can further include a power management circuit **1138** that can control power to each of the sensors, and a calibration circuit **1140** for calibrating each of the sensors. In one implementation, the module **1102** also includes interrupt logic **1142** for generating interrupts. For example, an interrupt can be generated when a “zero-g” is detected on all axes of the XYZ accelerometer **1108**. An interrupt can also be generated if a user programmable event occurs. User programmable events may include or combine specific acceleration values from the XYZ accelerometer **1108** or specific rate values from the Z-gyroscope **1106**. The source of the interrupt can be determined via the SPI/I2C interface **1136**.

FIG. **12** illustrates a die layout **1200** of the motion processing unit **1102** of FIG. **11** according to one implementation. In one implementation, the die layout **1200** has a size of approximately 1.4 mm by 2.7 mm. Specifically, the die layout **1200** show a layout of a Z-gyroscope **1202**, and an XYZ accelerometer including an X-accelerometer **1204**, a Y-accelerometer **1206**, and a Z-accelerometer **1208**.

FIGS. **13**A-**13**E illustrate different implementation of a motion processing unit. Other implementations and configurations other than those shown in FIGS. **13**A-**13**E can also be implemented based on application requirements. In particular, FIG. **13**A illustrates one implementation of module **1102** including a microprocessor. FIG. **13**B illustrates one implementation of module **1102** including a microprocessor and application RAM. FIG. **13**C illustrates one implementation of module **1102** including all the sensors of module **1104** (FIG. **11**). In the implementation of FIG. **13**C, all the sensors are formed onto a same substrate. FIG. **13**D illustrates one implementation of module **1102** further including auxiliary sensors—e.g., a geomagnetic sensor, a barometer, and a tempera-

ture sensor. FIG. **13**D illustrates one implementation of module **1102** including a wireless communication port operable to send and receive wireless communication.

Various applications for a motion processing unit and other implementations of modules described above, will now be described.

Optical Image Stabilization

In one implementation, a dual-axis or tri-axis gyroscope may be combined with a computation unit (e.g., a microcontroller), and an ADC to form an optical image stabilization system. The computation unit can output a position compensation value determined by high-pass filtering, integrating, and scaling an output from the gyroscope. The position compensation value can be used to determine the position of, e.g., a lens or image sensor of a camera system, and permit hand jitter to be compensated for during still image or video capture. In one implementation, the computation unit can be loaded with a scale factor corresponding to the number of pixels per degree. The scale factor can change depending on the zoom of the camera system. In addition, the optical image stabilization system can further include a driver for driving an actuator that compensates for the hand jitter that occurs during image capture. In one implementation, the optical image stabilization system receives inputs from position sensors that determine the current location of the actuator. The position sensors can comprise Hall effect sensors or infrared sensors. In this case, the computation unit would also provide a control system for controlling the position of the actuator in real-time, using feedback from the position sensors. The inputs for the position sensors may include amplifiers, differential amplifiers, analog offset compensation for the amplifiers, and an ADC.

Electronic Image Stabilization

In one implementation, a computation unit can be designed for calculating information applicable for electronic image stabilization of video. In such an implementation, the computation unit can be loaded with a scale factor corresponding to the number of pixels per degree. The scale factor can change depending on the zoom of the camera system.

In one implementation, the computation unit can be used for calculating information applicable to still image stabilization—e.g., using a synchronization pin tied to a mechanical shutter or a frame valid line, the computation unit can determine the start and end times of exposure times. During exposure times, the computation unit would integrate the gyroscope data, generating a point spread function that determines the blur characteristics of the image.

Temperature Compensation

In one implementation, the computation unit may be used to provide temperature compensation for the motion sensors. This can be done by reading the temperature of a temperature sensor associated with the motion sensors, and adjusting bias or scale factors accordingly using, e.g., factory calibrated relationships. These relationships may be linear, or polynomial, and can be derived from look-up tables. In one implementation, when factory calibration is too costly, or when the temperature relationships are known to change over time, the computation unit may adjust the relationships between temperature and motion sensor parameters by updating the relationships when the motion sensor is known to be motionless. This may be especially effective when the motion sensor is in a device containing a battery that is being charged, as the sensor will be exposed to a series of different temperatures, allowing the temperature relationships to be updated.

Motion Sensing

In one implementation, the sensors maybe coupled with built-in logic (e.g., a computation unit) that determines when a given sensor is not moving. This can be done by measuring the magnitude of the signal over a period of a few seconds. If the sensor is not moving, the magnitude of the signal will correspond to the measurement noise of the sensor. In the case of gyroscopes, the bias of a gyroscope may be set to zero at this point. In one implementation, if motion is detected, the computation unit (including the entire module) may be powered down in the case that the module is battery powered. In addition, the threshold may be inverted and used to determine when the sensor has been picked up. For a module with both gyroscopes and accelerometers, it may be desirable to power down the gyroscopes when the sensors determine that no motion is present. In such an implementation, the accelerometers can remain powered on, and used to determine when motion is again present, at which point the gyroscopes may be turned on again. In one implementation, a programmable dead-zone may be used to lessen the effects of drift when the module (or device including the module) is not moving very much. In general, the built-in logic is configured to analyze data from sensors and perform pre-determined calculations—e.g., determine an orientation of the module.

In one implementation, the computation unit may integrate the gyroscope data to provide a calculation of angular position. The integration can include a reset function and a bias correction as an input. In one implementation, a sensitivity adjust function may be used, in which the computation unit operates on the sensitivity of the gyroscope with a pre-determined function using a linear or polynomial transform, or a look-up table. This allows the device to treat slow movement and fast movement differently. In one implementation, peak detection may be used to determine the time and magnitude of spikes in the sensor signals. This may be used to form a pedometer, by measuring time between spikes. It may also be used to provide input triggers, by separating spikes on different sensor axes and mapping them to various triggers. In one implementation, when gyroscopes are combined with accelerometers, a computation unit may be used to determine when the device has been dropped. For example, in one application, a hard drive head may be disengaged to prevent damage to the data on the hard drive upon detection that a laptop computer or hard drive has been dropped. The accelerometers may be analyzed to determine when freefall has occurred. Since freefall may be difficult to determine when a significant centripetal acceleration is present, the gyroscope data may be used to compensate for such centripetal acceleration.

In one implementation, the computation unit may include a gesture recognition engine in which look-up tables are filled with information relevant to particular gestures, and the motion sensor signals are analyzed to determine when and which gestures have occurred. In one implementation, in which gyroscopes and accelerometers are used, the gyroscope and accelerometer data may be fused to provide a better orientation sensor. The accelerometer data may be used as a tilt sensor by measuring the acceleration due to gravity. Such acceleration data may be used to update the gyroscope biases, to reduce the gyroscope drift. In one implementation, the gyroscope and accelerometer data may be fused to provide a 3 degree-of-freedom orientation sensor using, e.g., a Kalman filter or a complementary filter. The computation unit would output orientation and angular velocity using, e.g., Euler angles, rotation matrices, or quaternions. In one implementation, the combination of the gyroscope and accelerometer data may be used to provide a more accurate estimate of the direction of gravity. This data may be subtracted from the accelerometer data to provide linear and centripetal accelerations, which may be integrated to provide position. In one implementation, the computation unit may take magnetic

field as an input. The magnetic field sensor data may be fused with the other motion sensor data to provide an advanced compass system or other direction-based system.

In one implementation the device can be used in conjunction with a GPS module for aiding in navigation. In mobile devices with location based services, GPS is used for tracking location, but is unreliable in urban settings. Gyroscopes can be used to track heading, and accelerometers can be used to determine the direction of gravity, and the linear acceleration of the navigation device. For pedestrian navigation systems, accelerometer data can be used to estimate steps and step length.

In one implementation, an external magnetic compass can be sampled in conjunction with the internal inertial sensors. In this case, accelerometers and gyroscopes can be used to measure pitch and roll for more accurate compassing. For high accuracy in timing measurements, an external pin may sample a clock signal put out by a GPS signal, allowing for accurate synchronization in complex systems that do not have tightly controlled timing.

Various implementations of a module including a gyroscope and an analog-to-digital converter (ADC) have been described. Nevertheless, various modifications may be made to the implementations. For example, the modules discussed above can be utilized within applications other than image stabilization applications (e.g., within binoculars, telephoto lenses, digital cameras, and the like). The analog-to-digital converters discussed above can provide a bit resolution other than 16 bits of resolution. In addition, with respect to the motion processing unit **900** of FIG. **9**, the x-axis gyroscope **906** and the y-axis gyroscope **908** can be combined into one cell by incorporating dual axis measurement gyroscope, and replacing the freed block with another type of sensor element, such as, pressure sensor, or magnetic sensor, or yet a resonator and or microphone. Global positioning system (GPS) receivers, antenna, and amplifier can be integrated into a package to create a fully integrated AGPS (Assisted GPS) with dead-reckoning. Accordingly, many modifications may be made without departing from the scope of the present invention.

What is claimed is:

**1**. An inertial measurement unit (IMU) operable to be mounted onto a surface of a board, the IMU comprising:

three linear accelerometers, each one of the three accelerometers operable to provide a first measurement output corresponding to a measurement of linear acceleration in one axis, wherein a sensitive axis of each accelerometer is orthogonal to the sensitive axes of the other accelerometers, wherein the three accelerometers being formed on a first silicon substrate;

three rotation sensors, each one of the three rotation sensors is a vibratory gyroscope with electrostatic actuation and electrostatic sensing operable to provide a second measurement output corresponding to a measurement of rotation about one axis, wherein a sensitive axis of each vibratory gyroscope is orthogonal to the sensitive axis of the other vibratory gyroscopes, wherein the three of vibratory gyroscopes-being formed on the first silicon substrate; and

an application specific integrated circuit (ASIC) to receive both the first measurement outputs from the three linear accelerometers and the second measurement outputs from the three vibratory gyroscopes, wherein the ASIC includes a computation unit and a memory coupled to the computation unit, wherein the computation unit receives and processes data from the three accelerometers and the three vibratory gyroscopes to track motion in space, the ASIC being implemented on a second silicon substrate,

wherein the first silicon substrate is vertically stacked and attached to the second silicon substrate and is substantially parallel to the second silicon substrate, the first silicon substrate being electrically connected to the second silicon substrate to form a single semiconductor chip.

**2**. The IMU of claim **1**, wherein the IMU includes built-in logic for analyzing data from the three accelerometers and the three vibratory gyroscopes.

**3**. The IMU of claim **2**, wherein the built-in logic is configured to determine an orientation of the IMU.

**4**. The IMU of claim **2**, wherein the built-in logic is configured to detect rotational motion or linear motion, and determine an axis of the rotational motion or the linear motion.

**5**. The IMU of claim **2**, wherein the built-in logic includes a system of programmable interrupts, the system of interrupts permitting a user to determine which types of motion should provide interrupts.

**6**. The IMU of claim **5**, wherein the built-in logic is modifiable by the user to detect linear motion or rotational motion responsive to the linear motion or the rotational motion exceeding a pre-determined threshold for a pre-determined time period, wherein both the pre-determined threshold and the pre-determined time period is programmable by the user.

**7**. The IMU of claim **2**, wherein the built-in logic is further configured to detect when motion of the IMU is below a pre-determined threshold, and reset biases of the three vibratory gyroscopes responsive to the motion of the IMU being below the pre-determined threshold.

**8**. The IMU of claim **1**, further comprising a third silicon substrate that is vertically bonded to the first silicon substrate to seal the first silicon substrate within a hermetic enclosure in between the third silicon substrate and the second silicon substrate.

**9**. The IMU of claim **8**, further comprising bond pads for bonding the IMU onto a printed circuit board.

**10**. The IMU of claim **1**, wherein the ASIC comprises an analog to digital converter (ADC).

**11**. The IMU of claim **10**, wherein the analog-to-digital converter is operable to convert both the first measurement output and the second measurement output from an analog signal to a corresponding digital signal.

**12**. The IMU of claim **11**, wherein the application specific integrated circuit (ASIC) further comprises a microcontroller operable to receive the digital signal from the analog-to-digital converter and process the digital signal.

**13**. The IMU of claim **12**, wherein the microcontroller is operable to process the digital signal including performing an optical image stabilization calculation based on the digital signal or the computation unit.

**14**. The IMU of claim **1**, wherein the application specific integrated circuit (ASIC) further comprises a pulse width modulator (PWM) in communication with a microcontroller, the pulse width modulator operable to drive an actuator.

**15**. The IMU of claim **14**, wherein the application specific integrated circuit (ASIC) further comprises a communication interface in communication with the microcontroller.

**16**. The IMU of claim **15**, wherein the communication interface comprises a serial peripheral interface (SPI) or an integrated circuit (I2C) interface.

**17**. The IMU of claim **16**, wherein a footprint of the module is substantially 6×8 mm or less.

**18**. The IMU of claim **1**, further comprising a pin that is useable to synchronize motion data to an external signal, the

external signal being one of a mechanical shutter signal, a frame valid signal, a GPS clock signal, or external timing input signal.

**19**. The IMU of claim **1**, wherein the application specific integrated circuit (ASIC) further comprises a multiplexer

operable to selectively provide at least one of the first measurement outputs from the three accelerometers or one or more measurement outputs from one or more corresponding measurement devices coupled to the analog-to-digital converter.



**20**. The IMU of claim **19**, wherein the one or more measurement devices includes one or more of a rotation sensor, an accelerometer, a position sensor, a barometer, a geomagnetic sensor, or a temperature sensor.

**21**. The IMU of claim **1**, wherein the first and second silicon substrates comprise silicon wafers.

**22**. The IMU of claim **1** wherein the first substrate is mechanically and hermetically bonded to the second substrate.

* * * * *