# EXHIBIT 27

US 20100140760A1

(19) **United States**
(12) **Patent Application Publication**
**Tam et al.**

(10) **Pub. No.: US 2010/0140760 A1**
(43) **Pub. Date: Jun. 10, 2010**

(54) **ALPHA SHIELDING TECHNIQUES AND CONFIGURATIONS**

(76) Inventors: **Nelson Tam**, Belmont, CA (US); **Albert Wu**, Palo Alto, CA (US); **Chien-Chuan Wei**, Sunnyvale, CA (US)

Correspondence Address:
**SCHWABE, WILLIAMSON & WYATT, P.C.**
**PACWEST CENTER, SUITE 1900, 1211 S.W. FIFTH AVENUE**
**PORTLAND, OR 97204 (US)**

(21) Appl. No.: **12/628,059**

(22) Filed: **Nov. 30, 2009**

**Related U.S. Application Data**

(60) Provisional application No. 61/120,976, filed on Dec. 9, 2008, provisional application No. 61/122,197, filed on Dec. 12, 2008.

**Publication Classification**

(51) **Int. Cl.**
*H01L 23/556* (2006.01)
*H01L 21/56* (2006.01)

(52) **U.S. Cl.** ................ **257/660**; 438/124; 257/E23.115; 257/E21.502

(57) **ABSTRACT**

Embodiments of the present disclosure provide an apparatus including a semiconductor die having a plurality of integrated circuit devices, a pad structure electrically coupled to at least one integrated circuit device of the plurality of integrated circuit devices via an interconnect layer, an electrically insulative layer disposed on the interconnect layer, a first shielding structure disposed in the electrically insulative layer and electrically coupled to the pad structure, an under-ball metallization (UBM) structure electrically coupled to the first shielding structure, and a solder bump electrically coupled to the UBM structure, the solder bump comprising a solder bump material capable of emitting alpha particles, wherein the first shielding structure is positioned between the solder bump and the plurality of integrated circuit devices to shield the plurality of integrated circuit devices from the alpha particles. Other embodiments may be described and/or claimed.




100
124
120
122
106
101
104
102
150

FIG. 1


200
D2
224
222
222
222
D
220
220
216
216
L2
218
218
218
T2
T3
214
D1
214
T1
212
L1
212
212
208
210
206
208
210
204
202

FIG. 2


300
224
222
222
222
D
320
320
216
216
218
218
212
314
212
L3
212
212
208 210
208 210
206
204
202

FIG. 3


400
Start
402
Depositing an electrically insulative material on a pad structure of a semiconductor die
404
Patterning the electrically insulative material to expose the pad structure
406
Depositing a metal on at least a portion of the pad structure to form a first shielding structure
408
Depositing the electrically insulative material to encapsulate the first shielding structure
End

FIG. 4


500
Start
502
Patterning an electrically insulative material to expose at least a portion of a first shielding structure
504
Selectively depositing a metal on a surface of the electrically insulative material to form a second shielding structure
506
Selectively depositing a metal on at least a portion of the first shielding structure to form an under-ball metallization (UBM) structure
508
Attaching a solder bump to the UBM structure
End

FIG. 5

# ALPHA SHIELDING TECHNIQUES AND CONFIGURATIONS

## CROSS REFERENCE TO RELATED APPLICATIONS

**[0001]** The present application claims priority to U.S. Provisional Patent Application No. 61/120,976, filed Dec. 9, 2008, and U.S. Provisional Patent Application No. 61/122,197, filed Dec. 12, 2008, the entire specifications of which are hereby incorporated by reference in their entireties for all purposes, except for those sections, if any, that are inconsistent with this specification.

## TECHNICAL FIELD

**[0002]** Embodiments of the present disclosure relate to the field of integrated circuits, and more particularly, to packaging configurations for integrated circuits, and associated fabrication methods.

## BACKGROUND

**[0003]** Solder bumps are widely used to connect a semiconductor die with a package substrate (e.g., flip-chip packaging) to form a "package." Many solderable materials for solder bump applications including, for example, solder paste, have radioactive impurities that undergo radioactive decay, emitting alpha particles in the process. The emitted alpha particles can strike an integrated circuit (IC) device, such as a memory cell formed on a surface of the semiconductor die, changing the state of the IC device and resulting in potentially corrupted data. Even if the solderable material is an ultra-low alpha grade material

$$\left(\text{e.g., } 0.001-0.002\frac{\text{particles}}{\text{cm}^2\cdot\text{hr}}\right),$$

contamination from manufacturing operations associated with fabricating and/or packaging the semiconductor device can significantly increase alpha particle emission and, thus, increase data corruption of the IC device.

**[0004]** The description in this section is related art, and does not necessarily include information disclosed under 37 C.F.R. 1.97 and 37 C.F.R. 1.98. Unless specifically denoted as prior art, it is not admitted that any description of related art is prior art.

## SUMMARY

**[0005]** The present disclosure provides an apparatus including a semiconductor die having a plurality of integrated circuit devices, a pad structure electrically coupled to at least one integrated circuit device of the plurality of integrated circuit devices via an interconnect layer, an electrically insulative layer disposed on the interconnect layer, a first shielding structure disposed in the electrically insulative layer and electrically coupled to the pad structure, an under-ball metallization (UBM) structure electrically coupled to the first shielding structure, and a solder bump electrically coupled to the UBM structure, the solder bump comprising a solder bump material capable of emitting alpha particles, wherein the first shielding structure is positioned between the solder bump and the plurality of integrated circuit devices to shield the plurality of integrated circuit devices from the alpha particles.

**[0006]** According to various embodiments, the apparatus further includes a second shielding structure coupled to a surface of the electrically insulative layer proximal to the solder bump and electrically isolated from the solder bump, wherein the second shielding structure is positioned to shield the plurality of integrated circuit devices from the alpha particles.

**[0007]** According to various embodiments, the apparatus further includes a package substrate electrically coupled to the plurality of integrated circuit devices via the solder bump; and an underfill material used to facilitate electrical isolation of the second shielding structure from the solder bump.

**[0008]** The present disclosure further provides a method that includes depositing an electrically insulative material on a pad structure of a semiconductor die, patterning the electrically insulative material to expose the pad structure, depositing a metal on at least a portion of the pad structure to form a first shielding structure; and depositing the electrically insulative material to encapsulate the first shielding structure.

**[0009]** According to various embodiments, said depositing a metal on at least a portion of the pad structure comprises sputtering a seed layer on at least a portion of the pad structure, and plating the seed layer using the metal.

**[0010]** According to various embodiments, the method further includes patterning the electrically insulative material to expose at least a portion of the first shielding structure; and selectively depositing a metal on a surface of the electrically insulative material to form a second shielding structure.

**[0011]** According to various embodiments, said selectively depositing a metal further comprises selectively depositing the metal on at least a portion of the first shielding structure to form an under-ball metallization (UBM) structure.

**[0012]** According to various embodiments, the method further includes attaching a solder bump to the UBM structure, the solder bump comprising a solder bump material capable of emitting alpha particles, the second shielding structure being coupled to a surface of the electrically insulative material proximal to the solder bump and being electrically isolated from the solder bump, wherein the first shielding structure and the second shielding structure are positioned between the solder bump and integrated circuit devices formed on the semiconductor die to shield the integrated circuit devices from alpha particles emitted by the solder bump.

**[0013]** According to various embodiments, the method further includes curing the electrically insulative material deposited on the pad structure and deposited to encapsulate the first shielding structure after patterning the electrically insulative material to expose at least a portion of the first shielding structure.

## BRIEF DESCRIPTION OF THE DRAWINGS

**[0014]** Embodiments of the present disclosure will be readily understood by the following detailed description in conjunction with the accompanying drawings. To facilitate this description, like reference numerals designate like structural elements. Embodiments herein are illustrated by way of example and not by way of limitation in the figures of the accompanying drawings.

**[0015]** FIG. **1** schematically illustrates an elevation view of a package configuration including a semiconductor die and a package substrate, in accordance with various embodiments.

**[0016]** FIG. **2** schematically illustrates an elevation cross-section view of a package configuration, in accordance with various embodiments.

**[0017]** FIG. **3** schematically illustrates an elevation cross-section view of another package configuration, in accordance with various embodiments.

**[0018]** FIG. **4** is a process flow diagram of a method to fabricate a first shielding structure, in accordance with various embodiments.

**[0019]** FIG. **5** is a process flow diagram of a method to fabricate a second shielding structure, in accordance with various embodiments.

## DETAILED DESCRIPTION

**[0020]** Embodiments of the present disclosure describe techniques and configurations to shield integrated circuit (IC) devices from alpha particle emissions. In the following detailed description, reference is made to the accompanying drawings which form a part hereof, wherein like numerals designate like parts throughout. It is to be understood that other embodiments may be utilized and structural or logical changes may be made without departing from the scope of the present disclosure. Therefore, the following detailed description is not to be taken in a limiting sense, and the scope of embodiments is defined by the appended claims and their equivalents.

**[0021]** The description may use perspective-based descriptions such as up/down, back/front, over/under, and top/bottom. Such descriptions are merely used to facilitate the discussion and are not intended to restrict the application of embodiments described herein to any particular orientation.

**[0022]** For the purposes of the present disclosure, the phrase "A/B" means A or B. For the purposes of the present disclosure, the phrase "A and/or B" means "(A), (B), or (A and B)." For the purposes of the present disclosure, the phrase "at least one of A, B, and C" means "(A), (B), (C), (A and B), (A and C), (B and C), or (A, B and C)." For the purposes of the present disclosure, the phrase "(A)B" means "(B) or (AB)" that is, A is an optional element.

**[0023]** Various operations are described as multiple discrete operations in turn, in a manner that is most helpful in understanding the claimed subject matter. However, the order of description should not be construed as to imply that these operations are necessarily order dependent. In particular, these operations may not be performed in the order of presentation. Operations described may be performed in a different order than the described embodiment. Various additional operations may be performed and/or described operations may be omitted in additional embodiments.

**[0024]** The description uses the phrases "in an embodiment," "in embodiments," or similar language, which may each refer to one or more of the same or different embodiments. Furthermore, the terms "comprising," "including," "having," and the like, as used with respect to embodiments of the present disclosure, are synonymous.

**[0025]** FIG. **1** schematically illustrates an elevation view of a package configuration **100** including a semiconductor die **101** and a package substrate **124**, in accordance with various embodiments. In one embodiment, the package configuration **100** is a flip-chip package. Other types of package configurations that benefit from embodiments described herein can be used in other embodiments.

**[0026]** The package configuration **100** includes a semiconductor die **101**. The semiconductor die **101** is intended to represent a variety of IC chips including, for example, memory and/or logic for storing and/or processing information. The semiconductor die **101** includes IC devices **104**, such as memory cells and/or transistors. The IC devices **104** are typically formed on a semiconductor substrate **102**, such as a silicon substrate, in a series of manufacturing operations. Interconnect layers **106** are fabricated to electrically couple the IC devices **104** to other external devices, such as package substrate **124**, for delivery of power and/or I/O signals to the IC devices **104**.

**[0027]** The IC devices **104** of the semiconductor die **101** are electrically coupled to the package substrate **124** via solder bumps **120** (only one of which is numerically labeled for clarity), which can be any of a variety of suitable interconnect structures that benefit from the principles described herein. For example, the solder bumps **120** can include a variety of shapes including spherical and cylindrical shapes. The solder bumps **120** can be made of a variety of solderable materials. The solder bumps **120** can include, for example, lead (Pb) and/or tin (Sn), or alloys of such materials. The solder bump material, or other similar material such as solder paste (not shown), that is used to electrically couple the semiconductor die **101** with the package substrate **124** includes radioactive impurities that emit alpha particles as part of a radioactive decay process. In one embodiment, the solder bump material has an alpha particle flux greater than about

$$0.001\frac{\text{particles}}{\text{cm}^2\cdot\text{hr}}.$$

**[0028]** The package substrate **124** typically includes traces or other type of lead (not shown) coupled to the solder bumps **120** to electrically couple the IC devices **104** to one or more other electronic components of an electronic system. The package substrate **124** can include a printed circuit board (PCB) or other similar type of substrate. An underfill material **122** may be deposited to fill a region between the semiconductor die **102** and the package substrate **124**, as illustrated. The solder bumps **120** may be encapsulated and/or sealed by the underfill material **122**.

**[0029]** Dashed region **150** indicates an example region of the package configuration **100** that is described in greater detail in connection with the package configuration **200** of FIG. **2** and the package configuration **300** of FIG. **3** according to various embodiments of the present disclosure.

**[0030]** FIG. **2** schematically illustrates an elevation cross-section view of a package configuration **200**. The package configuration **200** includes a semiconductor substrate **202** having a plurality of IC devices **204** formed thereon. The IC devices **204** are electrically coupled to one or more pad structures **208**. For example, interconnect layers **206** are typically fabricated to electrically couple the IC devices **204** to the pad structures **208**. The interconnect layers **206** typically include successive layers of metal line structures and metal via structures (not shown) formed in a dielectric material such as, for example, silicon oxide, but can include any other suitable structure to electrically interconnect the IC devices **204** to the pad structures **208**.

**[0031]** The pad structures **208** typically include a substantially flat surface to make electrical contact. The pad structures **208** can be fabricated from materials such as aluminum or copper, but are not limited to these materials. Other suitable electrically conductive materials can be used in other embodiments. The pad structures **208** are electrically coupled to the IC devices **204** (e.g., using interconnect layers **206**).

**[0032]** An electrically insulative layer **212** is formed over, disposed on, and coupled to the interconnect layers **206** and the pad structures **208**, as illustrated. In one embodiment, the electrically insulative layer **212** comprises polyimide. Other suitable materials can be used in other embodiments. The electrically insulative layer **212** can further function as a passivation layer and/or provide a stress buffer for the package configuration **200**. According to various embodiments of the present disclosure, the electrically insulative layer **212** has a thickness T**3** between about 7 to about 15 microns. Other thicknesses for the electrically insulative layer **212** can be used in other embodiments.

**[0033]** One or more first shielding structures **214** comprising an electrically conductive material are positioned in the electrically insulative layer **212** and electrically coupled to the pad structures **208** using via-type structures **210**, as illustrated. The first shielding structures **214** are part of an electrical pathway between the pad structures **208** and the package substrate **224** through components such as under-ball metallization (UBM) structures **216** and solder bumps **220**, as illustrated. The first shielding structures **214** are positioned between the solder bumps **220** and the IC devices **204** to shield the IC devices **204** from alpha particles coming from the vicinity of the solder bumps **220**. In one embodiment, the electrically insulative layer **212** adheres to at least a portion of each surface of the first shielding structures **214**, as illustrated. The first shielding structures **214** can include shapes other than the illustrated shape in other embodiments. For example, the first shielding structures **214** can follow a contour similar to UBM structures **216** in one embodiment.

**[0034]** According to various embodiments of the present disclosure, the first shielding structures **214** comprise a metal, such as, for example, copper, aluminum, nickel, titanium, or tungsten. Other suitable materials can be used in other embodiments. The first shielding structures **214** have a thickness T**1** sufficient to block or substantially reduce the passage of alpha particles that strike the first shielding structures **214**. Typically alpha particles have energy between about 5.0 mega electron-volts (MeV) and about 8.5 MeV, but can include higher or lower energies. According to various embodiments of the present disclosure, the first shielding structures **214** have a thickness T**1** between about 3 to about 10 microns. In one embodiment, the first shielding structures **214** are made of copper and have a thickness T**1** of about 5 microns for solder bumps **220** having a diameter, D, of about 120 microns.

**[0035]** A length L**1** for the first shielding structures **214** can be selected to balance the tradeoff between an increasing likelihood of stress or delamination issues for a longer length and a decreasing coverage of shielding from alpha particles for a shorter length. In one embodiment, the first shielding structures **214** have a length L**1** that is greater than a diameter D of the solder bump **220**. The first shielding structures **214** can have other lengths in other embodiments.

**[0036]** The first shielding structures **214** can be formed with one or more slots to reduce a likelihood of delamination according to well-known techniques. For example, slots are typically voids formed in a metal structure (e.g., copper) of a semiconductor product to reduce peeling of surrounding materials from the metal structure. Such "slotting" can be used to mitigate peeling/delamination effects associated with providing a larger thickness T**1** and greater length L**1** for the first shielding structures **214**.

**[0037]** Slotting can be selectively applied to different regions of the semiconductor die (e.g., **102** of FIG. **1**). For example, the IC devices **204** can be formed in discrete regions of the semiconductor die (e.g., **102** of FIG. **1**), such as diffusion areas (not shown) of embedded memory, while other regions of the semiconductor die do not include IC devices **204**. In one embodiment, a greater amount of slotting is used for regions of the semiconductor die (e.g., **102** of FIG. **1**) where no IC devices **204** are formed and a lesser amount of slotting or no slotting at all is used for regions of the semiconductor die where IC devices **204** are formed. Such an arrangement provides a package configuration **200** with reduced delamination risk, while still providing increased alpha shielding for the IC devices **204**. In another embodiment, alpha shielding (e.g., by first shielding structures **214** and/or second shielding structures **218**) is only formed in regions where IC devices **204** are formed.

**[0038]** According to various embodiments of the present disclosure, the first shielding structures **214** further function to redistribute an electrical connection between the solder bumps **220** and the electrically coupled pad structures **208**. The first shielding structures **214** can further function to redistribute power between the solder bumps **220**, as further described in connection with the package configuration **300** of FIG. **3**.

**[0039]** In a configuration where adjacent solder bumps **220** are not designed to have the same electrical potential (e.g., I/O signals), corresponding adjacent first shielding structures **214** are electrically isolated from one another by material of electrically insulative layer **212** that is positioned between the adjacent first shielding structures **214**. The distance D**1** between the adjacent first shielding structures **214** can be determined according to similar considerations as described previously for the length L**1** of the first shielding structures **214**, or according to considerations described further below in connection with integrating the first shielding structures **214** and the second shielding structures **218** to block alpha particles together.

**[0040]** The package configuration **200** further includes UBM structures **216** electrically coupled to the first shielding structures **214**. The UBM structures **216** typically include a composite film that provides mechanical adhesion and electrical connection to the solder bumps **220**. A variety of materials can be used to form the UBM structures **216** including, for example, metals such as copper, aluminum, nickel, titanium, or tungsten. According to various embodiments of the present disclosure, the UBM structures **216** have a thickness between about 3 microns to about 10 microns. In one embodiment, the UBM structures **216** include about 3 microns thickness of nickel, about 5.5 microns thickness of copper, and about 0.1 microns thickness of titanium, coupled together. Other materials can be used to form the UBM structures **216** in other embodiments.

**[0041]** According to various embodiments of the present disclosure, second shielding structures **218** are coupled to a surface of the electrically insulative layer **212** proximal to the solder bumps **220**, as illustrated. The second shielding struc-

tures **218** are positioned between the solder bumps **220** and the IC devices **204** to shield the IC devices **204** from the alpha particles, as illustrated.

**[0042]** The second shielding structures **218** are electrically isolated from solder bumps **220** adjacent to the second shielding structures **218** by providing a distance D**2** between the second shielding structures **218** and the UBM structures **216**. The distance D**2** is filled with an electrically insulative material, such as, for example, underfill **222**.

**[0043]** A length L**2** of the second shielding structures **218** can be determined according to considerations already described in connection with the length L**1** of the first shielding structures **214**. The distance D**2** can be determined according to similar considerations as described previously for the length L**1** of the first shielding structures **214**, or according to considerations described further below in connection with integrating the first shielding structures **214** and the second shielding structures **218** to block alpha particles together. The second shielding structures **218** can further include slotting as described in connection with the first shielding structures **214**.

**[0044]** According to various embodiments of the present disclosure, the second shielding structures **218** comprise a metal, such as, for example, copper, aluminum, nickel, titanium, or tungsten. Other suitable materials can be used in other embodiments. The second shielding structures **218** have a thickness T**2** sufficient to block or substantially reduce the passage of alpha particles that strike the second shielding structures **218**. According to various embodiments of the present disclosure, the second shielding structures **218** have a thickness T**2** between about 3 to about 10 microns. In one embodiment, the second shielding structures **218** include copper and have a thickness T**2** of about 5 microns for solder bumps **220** having a diameter, D, of about 120 microns.

**[0045]** The second shielding structures **218** can be formed, for example, using the same processes and materials that are used to fabricate the UBM structures **216**. In one embodiment, the second shielding structures **218** occupy a same plane as the UBM structures **216**, the same plane being substantially parallel with a surface of the UBM structures **216**, as illustrated. The second shielding structures **218** are formed on a surface of the electrically insulative layer **212** that forms a plane that is substantially parallel with a plane formed by a surface of the pad structures **208** facing the solder bumps **220**, as illustrated.

**[0046]** According to various embodiments of the present disclosure, the second shielding structures **218** and the first shielding structures **214** function together to substantially block alpha particles emitted from the vicinity of the solder bumps **220** from reaching the IC devices **204**. For example, any emitted alpha particles from the vicinity of the solder bumps **220** that can pass through the region indicated by distance D2 are blocked by the first shielding structures **214** and any emitted alpha particles that can pass through the region indicated by distance D1 are blocked by the second shielding structures **218**. The lengths, L**1** and L**2**, of the respective first and second shielding structures, **214** and **218**, can be determined according to the principles previously described to provide more complete alpha shielding for the IC devices **204**. In one embodiment, the second shielding structures **218** are positioned relative to the first shielding structures **214** such that emitted alpha particles from the vicinity of the solder bump **220** can not reach the IC devices **204** without passing through at least one of the first shielding structures **214** and the second shielding structures **218**.

**[0047]** The solder bumps **220** are electrically coupled to the respective UBM structures **216**, as illustrated. The solder bumps **220** can include solderable materials having a variety of alpha particle emission rates, including rates associated with ultra-low alpha solder materials

$$\left(\text{e.g., } 0.001-0.002\frac{\text{particles}}{\text{cm}^2\cdot\text{hr}}\right),$$

In one embodiment, the solder bumps **220** comprise interconnect structures formed by a controlled collapse chip connection (C**4**) technique. Solder bumps **220** are representative of a variety of other suitable interconnect structures that can benefit from alpha shielding techniques and configurations described herein.

**[0048]** An underfill **222** is deposited to fill a region between the solder bumps **220**. The underfill **222** typically comprises an electrically insulative material that provides electrical insulation of the solder bumps **220**, protection from potential corrosives (e.g., oxygen and water), and mechanical adhesion for the package configuration **200** in general. For example, the underfill **220** can be coupled to the package substrate **224**, the solder bumps **220**, the UBM structures **216**, and the second shielding structures **218**, as illustrated. In an embodiment, the underfill **220** comprises an epoxy, but subject matter is not limited in this regard, and can include a variety of other suitable materials in other embodiments.

**[0049]** The package substrate **224** is electrically coupled to the IC devices **204** via the solder bumps **220**. The package configurations **200** and **300** can be implemented according to embodiments already described in connection with the package configuration **100** of FIG. **1** or in connection with each other. Based on the disclosure and teaching provided herein, structures described in connection with the package configurations **100**, **200**, and **300** can be formed by a variety of semiconductor fabrication processes including, but not limited to, for example, thin film deposition, lithography, etch, polish, implant, diffusion, or metrology.

**[0050]** FIG. **3** schematically illustrates an elevation cross-section view of another package configuration **300**, in accordance with various embodiments. The package configuration **300** represents a configuration where adjacent solder bumps **320** are designed to have a same electrical potential, sometimes referred to as equipotential. In such a configuration, a first shielding structure **314** has a length L**3** such that the first shielding structure **314** electrically connects the adjacent solder bumps **320** (e.g., to redistribute power).

**[0051]** Alpha particles emitted from the vicinity of the solder bumps **320** are substantially blocked by the first shielding structure **314** in a region between equipotential solder bumps **320** and substantially blocked by a combination of the second shielding structures **218** and the first shielding structure **314** (e.g., similar to the package configuration **200** of FIG. **2**) in a region external to the equipotential solder bumps **320**, as illustrated. In other embodiments, second shielding structures **218** are positioned between equipotential solder bumps **320** to provide additional alpha shielding.

**[0052]** FIG. **4** is a process flow diagram of a method **400** to fabricate a first shielding structure (e.g., **214** or **314**), in accordance with various embodiments. At **402**, the method **400** includes depositing an electrically insulative material on one

or more pad structures (e.g., **208**) of a semiconductor die. The electrically insulative material can be deposited, for example, by coating a surface of the semiconductor die having exposed pad structures. The electrically insulative material (e.g., **212**) is further deposited on a top-most surface of interconnect layers (e.g., **206**), according to various embodiments of the present disclosure. The electrically insulative material includes materials such as polyimide, but is not limited in this regard. Other suitable materials can be deposited on the pad structure in other embodiments.

**[0053]** At **404**, the method **400** includes patterning the electrically insulative material to expose the pad structures. Patterning can include any technique that selectively removes material to expose the pad structures. For example, patterning can include exposing a photo-definable electrically insulative material to light energy to define portions of the electrically insulative material for selective removal. The defined portions of the electrically insulative material may be selectively removed, for example, by a developing process to develop the exposed electrically insulative material. In other embodiments, portions of the electrically insulative material for selective removal are defined using conventional deposition and patterning of photosensitive material on the electrically insulative material. An etch process, for example, can be used to selectively remove portions of the electrically insulative material that are not protected by photosensitive material.

**[0054]** At **406**, the method **400** includes depositing a metal on at least a portion of the pad structure to form a first shielding structure. The metal can be selectively deposited according to various embodiments of the present disclosure. For example, selective deposition of the metal can be performed by depositing a seed layer on at least a portion of the exposed pad structure by any suitable technique (e.g., sputtering) and patterning a photosensitive material deposited on the seed layer to define an area for plating. In such example, the seed layer is deposited to conformally cover exposed surfaces of the pad structure and/or the electrically insulative material. Photosensitive material is deposited to cover the seed layer and patterned to define and expose an area for plating the seed layer. The exposed area of the seed layer is plated using the metal to form the first shielding structure. The areas of the electrically insulative material covered by photosensitive material are protected from a plating process. After plating the seed layer to form the first shielding structure, the photosensitive material is removed (e.g., stripped) and any remaining seed layer underlying the removed photosensitive material is removed (e.g., by an etching process).

**[0055]** At **408**, the method **400** includes depositing the electrically insulative material to encapsulate the first shielding structure. For example, a material such as polyimide can be deposited to coat the first shielding structure. Such operations provide a first shielding structure that is embedded in the electrically insulative material, the first shielding structure being electrically coupled to the pad structure.

**[0056]** FIG. **5** is a process flow diagram of a method **500** to fabricate a second shielding structure (e.g., **218**), in accordance with various embodiments. At **502**, the method **500** includes patterning an electrically insulative material to expose at least a portion of a first shielding structure. Patterning the electrically insulative material can be performed according to similar techniques previously described, e.g., in connection with block **404** of method **400**. In one embodiment, the electrically insulative material patterned at **502** is the same electrically insulative material deposited at **408** of method **400**. In other embodiments, a first shielding structure is not formed at all and the electrically insulative material is patterned at **502** to expose at least a portion of a pad structure (e.g., **208**) instead of a first shielding structure. According to various embodiments of the present disclosure, the electrically insulative material deposited at **402** and **408** of method **400** is cured after patterning the electrically insulative material to expose at least a portion of the first shielding structure.

**[0057]** At **504**, the method **500** includes selectively depositing a metal on a surface of the electrically insulative material to form a second shielding structure (e.g., **218**). At **506**, the method **500** includes selectively depositing a metal on at least a portion of the first shielding structure to form an under-ball metallization (UBM) structure (e.g., **216**). In an embodiment, a first shielding structure is not formed at all and the metal is selectively deposited on the pad structure.

**[0058]** Selectively depositing the metal on the surface of the electrically insulative material to form the second shielding at **504** and selectively depositing the metal on at least a portion of the first shielding structure to form the under-ball metallization (UBM) structure at **506** can be simultaneously performed (e.g., during a same deposition operation). For example, a seed layer is deposited to conformally cover exposed surfaces on at least a portion of the first shielding structure or the pad structure and on the electrically insulative material. A photosensitive material such as a dry resist film is deposited on the seed layer and patterned to define areas for plating the seed layer. The areas for plating include regions where the photosensitive material is removed to expose the seed layer. The exposed seed layer is plated using the metal to simultaneously form the UBM structure on the first shielding structure and the second shielding structure on the electrically insulative material. During plating, the photosensitive material can serve as a barrier to allow the metal to fill exposed regions in the photosensitive material to a desired height. The photosensitive material is removed by an etch process after plating.

**[0059]** At **508**, method **500** includes attaching a solder bump to the UBM structure. A solderable material capable of emitting alpha particles is deposited to form the solder bump on the UBM structure using any suitable technique including, for example, a solder plating process. A patterning technique as previously described in connection with selectively depositing the metal on the electrically insulative material and the first shielding structure to form the respective second shielding structure and UBM structure can be used to selectively deposit the solder bump material on the UBM structure. For example, a photosensitive material such as a dry resist film can be used for such patterning. The photosensitive material is deposited and portions of the photosensitive material are selectively removed to expose the UBM structure. The solderable material is then deposited on the UBM structure using, for example, a plating process or any other suitable deposition technique. After plating, the photosensitive material is removed.

**[0060]** A solder reflow process is applied to the deposited solderable material to form the solder bump. A flux clean process generally follows the solder reflow. Other operations associated with fabrication of back-end interconnect structures such as solder bumps can be performed. The methods **400** and **500** described herein can be used to form package configurations described herein (e.g., **100**, **200**, or **300**). Structures formed by metal can include different metals, composites, and/or alloys.

[0061] Although certain embodiments have been illustrated and described herein, a wide variety of alternate and/or equivalent embodiments or implementations calculated to achieve the same purposes may be substituted for the embodiments illustrated and described without departing from the scope of the present disclosure. This application is intended to cover any adaptations or variations of the embodiments discussed herein. Therefore, it is manifestly intended that embodiments described herein be limited only by the claims and the equivalents thereof.

What is claimed is:

**1**. An apparatus, comprising:

a semiconductor die having a plurality of integrated circuit devices;

a pad structure electrically coupled to at least one integrated circuit device of the plurality of integrated circuit devices via an interconnect layer;

an electrically insulative layer disposed on the interconnect layer;

a first shielding structure disposed in the electrically insulative layer and electrically coupled to the pad structure;

an under-ball metallization (UBM) structure electrically coupled to the first shielding structure; and

a solder bump electrically coupled to the UBM structure, the solder bump comprising a solder bump material capable of emitting alpha particles, wherein the first shielding structure is positioned between the solder bump and the plurality of integrated circuit devices to shield the plurality of integrated circuit devices from the alpha particles.

**2**. The apparatus of claim **1**, wherein the first shielding structure further functions to redistribute power between the solder bump and other solder bumps.

**3**. The apparatus of claim **1**, wherein the electrically insulative layer comprises polyimide, the electrically insulative layer having a thickness between about 7 to about 15 microns; and

wherein the first shielding structure comprises at least one of copper, aluminum, nickel, titanium, and tungsten, the first shielding structure having a thickness between about 3 microns to about 10 microns.

**4**. The apparatus of claim **1**, wherein the first shielding structure comprises a length that is greater than a diameter of the solder bump.

**5**. The apparatus of claim **1**, further comprising a second shielding structure coupled to a surface of the electrically insulative layer proximal to the solder bump and electrically isolated from the solder bump, wherein the second shielding structure is positioned to shield the plurality of integrated circuit devices from the alpha particles.

**6**. The apparatus of claim **5**, further comprising:

a package substrate electrically coupled to the plurality of integrated circuit devices via the solder bump; and

an underfill material used to facilitate electrical isolation of the second shielding structure from the solder bump.

**7**. The apparatus of claim **5**, wherein the second shielding structure occupies a plane that is substantially parallel with a surface of the UBM structure, the second shielding structure comprising at least one of copper, aluminum, nickel, titanium, and tungsten, and the second shielding structure having a thickness between about 3 to about 10 microns.

**8**. The apparatus of claim **5**, wherein the second shielding structure is positioned relative to the first shielding structure to substantially block the alpha particles from reaching the plurality of integrated circuit devices by at least one of the first shielding structure and the second shielding structure.

**9**. The apparatus of claim **1**, wherein the plurality of integrated circuit devices comprise memory cells.

**10**. The apparatus of claim **1**, wherein the solder bump material comprises at least one of lead (Pb) and tin (Sn), the solder bump material having an alpha particle flux greater than about

$$0.001 \frac{\text{particles}}{\text{cm}^2 \cdot \text{hr}}.$$

**11**. A method, comprising:

depositing an electrically insulative material on a pad structure of a semiconductor die;

patterning the electrically insulative material to expose the pad structure;

depositing a metal on at least a portion of the pad structure to form a first shielding structure; and

depositing the electrically insulative material to encapsulate the first shielding structure.

**12**. The method of claim **11**, wherein patterning the electrically insulative material comprises:

exposing the electrically insulative material to light energy to define portions of the electrically insulative material for selective removal, wherein the electrically insulative material is a photo-definable material; and

selectively removing the defined portions of the electrically insulative material.

**13**. The method of claim **11**, wherein depositing a metal on at least a portion of the pad structure comprises:

sputtering a seed layer on at least a portion of the pad structure; and

plating the seed layer using the metal.

**14**. The method of claim **13** further comprising:

depositing photosensitive material on the seed layer;

patterning the photosensitive material to define an area for plating the seed layer using the metal; and

removing the photosensitive material after plating the seed layer.

**15**. The method of claim **11**, further comprising:

patterning the electrically insulative material to expose at least a portion of the first shielding structure; and

selectively depositing a metal on a surface of the electrically insulative material to form a second shielding structure.

**16**. The method of claim **15**, wherein selectively depositing a metal further comprises:

selectively depositing the metal on at least a portion of the first shielding structure to form an under-ball metallization (UBM) structure.

**17**. The method of claim **16**, wherein selectively depositing a metal on a surface of the electrically insulative material and selectively depositing the metal on at least a portion of the first shielding structure are simultaneously performed.

**18**. The method of claim **16**, wherein selectively depositing a metal on a surface of the electrically insulative material and selectively depositing the metal on at least a portion of the first shielding structure comprise:

sputtering a seed layer on at least a portion of the first shielding structure and on a surface of the electrically insulative material;

depositing photosensitive material on the seed layer;

patterning the photosensitive material to define areas for plating the seed layer;

plating the seed layer using the metal in the defined areas for plating the seed layer to form the second shielding structure and the UBM structure; and

removing the photosensitive material after plating the seed layer.

**19**. The method of claim **16**, further comprising:

attaching a solder bump to the UBM structure, the solder bump comprising a solder bump material capable of emitting alpha particles, the second shielding structure being coupled to a surface of the electrically insulative material proximal to the solder bump and being electrically isolated from the solder bump, wherein the first shielding structure and the second shielding structure are positioned between the solder bump and integrated circuit devices formed on the semiconductor die to shield the integrated circuit devices from alpha particles emitted by the solder bump.

**20**. The method of claim **15**, further comprising:

curing the electrically insulative material deposited on the pad structure and deposited to encapsulate the first shielding structure after patterning the electrically insulative material to expose at least a portion of the first shielding structure.

* * * * *