# EXHIBIT 29

# Maureen Helm · 2nd

Distinguished Engineer at Analog Devices

Analog Devices

Austin, Texas, United States · **Contact info**

500+ connections

Michael is a mutual connection

Connect | Message | ···

## Activity

608 followers

+ Follow

Posts | Comments

Maureen Helm reposted this ···



**Shane McAllister** • 3rd+
Director, Developer Relations
Jun 4 • Edited •

Are you in/near Austin, Texas? Do you live & breathe **The Zephyr Project**? Then we have the meetup you've been looking for!... more




**Zephyr Community meetup - Austin, Texas |...**

**Maureen Helm** • 2nd ···
Distinguished Engineer at Analog Devices
Oct 15, 2025 •

We're **#hiring!**

Are you passionate about embedded systems... more



developer.analog.com

18 1 6

115 1 10

Show all →

## Experience

### Distinguished Engineer
Analog Devices
Jul 2023 - Present · 3 yrs 4 mos
Austin, Texas, United States

### Principal Software Engineer
Intel Corporation
Sep 2021 - May 2023 · 1 yr 9 mos
Austin, Texas, United States

### NXP Semiconductors
6 yrs 9 mos

**Technical Director, Embedded Software Architecture**
2020 – Sep 2021
Austin, Texas, United States

**Senior Principal Engineer, Embedded Software Architecture**
2015 – 2020
Austin, Texas

### Freescale Semiconductor
13 yrs 1 mo
Austin, TX

**Principal Engineer, Inertial Sensor Systems and Architecture**
2006 – 2015

**Senior Engineer, Digital Logic Verification**
2003 – 2006

**Staff Engineer, Engineering Rotation Program**
2002 – 2003

Promoted •••

H

Harvey AI

Rex, follow for the future of legal AI

Free Your Lawyers to Practice Law

**Lisa A.** & 13 other connections also follow

Follow

## More profiles for you



**Stephanos Ioannidis** · 3rd

Founder at Centrinix

Message



**Jamie Keith** · 3rd

Senior Specialist, Learning & Development at Analog Devices

Message



**Teju Buyyanapragada** · 3rd
Prev @ Analog Devices | Electronic Systems Engineering @ Texas A&M University

Message



**Kumar Gala** · 2nd
Chief SW Architect @ Analog Devices

Connect



**Kate Stewart** · 2nd
VP, Dependable Embedded Systems

Connect

Show all →

## Explore Premium profiles



**Nicole Meyer** · 3rd
Practice Group Chair- Trademarks & Copyrights; Partner at Dickinson Wright PLLC

Message



**Christine Kroupa** · 2nd
Partner @ Dinsmore & Shohl LLP

Connect



**Esther Kim Chang** · 2nd
Partner, Norton Law Firm - Litigator with a focus on patent infringement and trade secret misappropriation cases

+ Follow



**Heidi Thole** · 3rd
Shareholder at Reinhart Boerner Van Deuren s.c.

Message

## People you may know



**Ryan Farr** · 3rd
Orthopedic Trauma Sales Associate | DePuy Synthes | Johnson & Johnson MedTech

Connect



**Mehrshad Momeni** · 3rd+
Soccer coach

Connect



**Michael Fuchs** · 3rd
Assistant Baseball Coach/Adjunct Professor at Irvine Valley College

Connect



**Arturo Marin** · 3rd+
Student at David Starr Jordan Senior High

Connect



**Rio / Saken Camp** · 2nd
Saken Sports and Day Camp

Connect

Show all →

## You might like

Pages for you

**The Copyright Society**
Civic and Social Organizations
5,100 followers



Erica & 8 other connections follow this page

+ Follow

**Copyright Alliance**
Public Policy Offices
7,325 followers



Robert & 6 other connections follow this page

+ Follow

Show all →

About

Accessibility

Talent Solutions

Community Guidelines

Careers

Marketing Solutions

Privacy & Terms

Ad Choices

Advertising

Sales Solutions

Mobile

Small Business

Safety Center

LinkedIn Corporation © 2026

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select language

English (English)