# EXHIBIT 30

zephyrproject-rtos / **zephyr**

**Code** Issues 2k Pull requests 2.2k Discussions Actions Projects

# Commit 7c2a9c1

**MaureenHelm** authored and **nashif** committed on Apr 24

```
drivers: sensor: change device readiness LOG_DBG to LOG_ERR

Several sensor drivers were logging device readiness failures as LOG_DBG
rather than LOG_ERR, making initialization failures harder to diagnose.
These readiness checks occur during device initialization and return error
codes, so they should be logged as errors rather than debug messages.

This change affects drivers that check for bus or GPIO device readiness
and ensures consistent error reporting across the sensor subsystem.

Assisted-by: Claude:claude-sonnet-4.5
Signed-off-by: Maureen Helm <maureen.helm@analog.com>
```

main (#106848) · v4.5.0-rc1

1 parent f0badc8 commit 7c2a9c1

**13 files changed** +13 -13

Top

Filter files...

- drivers/sensor
  - adi/adxl362
    - adxl362.c
  - bosch
    - bmi160
      - bmi160_trigger.c
    - bmi270
      - bmi270_trigger.c
  - ens160

- ens160_i2c.c
- ens160_spi.c
- explorir_m
  - explorir_m.c
- fcx_mldx5
  - fcx_mldx5.c
- hx711_spi
  - hx711_spi.c
- infineon/dps310
  - dps310.c
- maxim/ds18b20
  - ds18b20.c
- meas/ms5607
  - ms5607_i2c.c
  - ms5607_spi.c
- tach_gpio
  - tach_gpio.c

Search within code

drivers/sensor/adi/adxl362/adxl362.c

```
@@ -771,7 +771,7 @@ static int adxl362_init(const struct device *dev)
771   771         int err;
772   772
773   773         if (!spi_is_ready_dt(&config->bus)) {
774         -         LOG_DBG("spi device not ready: %s", config->bus.bus->name);
      774   +         LOG_ERR("spi device not ready: %s", config->bus.bus->name);
775   775             return -EINVAL;
776   776         }
777   777
```

drivers/sensor/bosch/bmi160/bmi160_trigger.c

```diff
@@ -267,7 +267,7 @@ int bmi160_trigger_mode_init(const struct device *dev)
 	int ret;
 
 	if (!gpio_is_ready_dt(&cfg->interrupt)) {
-		LOG_DBG("GPIO port %s not ready", cfg->interrupt.port->name);
+		LOG_ERR("GPIO port %s not ready", cfg->interrupt.port->name);
 		return -EINVAL;
 	}
 
```

drivers/sensor/bosch/bmi270/bmi270_trigger.c

```diff
@@ -144,7 +144,7 @@ static int bmi270_init_int_pin(const struct gpio_dt_spec *pin,
 	}
 
 	if (!device_is_ready(pin->port)) {
-		LOG_DBG("%s not ready", pin->port->name);
+		LOG_ERR("%s not ready", pin->port->name);
 		return -ENODEV;
 	}
 
```

drivers/sensor/ens160/ens160_i2c.c

```diff
@@ -59,7 +59,7 @@ int ens160_i2c_init(const struct device *dev)
 	struct ens160_data *data = dev->data;
 
 	if (!i2c_is_ready_dt(&config->i2c)) {
-		LOG_DBG("I2C bus device not ready");
+		LOG_ERR("I2C bus device not ready");
 		return -ENODEV;
 	}
 
```

```diff
@@ -149,7 +149,7 @@ int ens160_spi_init(const struct device *dev)
        struct ens160_data *data = dev->data;

        if (!spi_is_ready_dt(&config->spi)) {
-               LOG_DBG("SPI bus not ready");
+               LOG_ERR("SPI bus not ready");
                return -ENODEV;
        }

```

drivers/sensor/explorir_m/explorir_m.c

```diff
@@ -161,7 +161,7 @@ static void explorir_m_uart_isr(const struct device *uart_dev, void *user_data)
        int rc, read_len;

        if (!device_is_ready(uart_dev)) {
-               LOG_DBG("UART device is not ready");
+               LOG_ERR("UART device is not ready");
                return;
        }

```

drivers/sensor/fcx_mldx5/fcx_mldx5.c

```diff
@@ -190,7 +190,7 @@ static void fcx_mldx5_uart_isr(const struct device *uart_dev, void *user_data)
        int rc, read_len;

        if (!device_is_ready(uart_dev)) {
-               LOG_DBG("UART device is not ready");
+               LOG_ERR("UART device is not ready");
                return;
        }

```

```
@@ -373,7 +373,7 @@ static int hx711_init(const struct device *dev)
         const struct hx711_config *config = dev->config;

         if (!spi_is_ready_dt(&config->spi)) {
-                LOG_DBG("SPI bus not ready");
+                LOG_ERR("SPI bus not ready");
                 return -ENODEV;
         }

```

drivers/sensor/infineon/dps310/dps310.c

```
@@ -597,7 +597,7 @@ static int dps310_init(const struct device *dev)

         /* wait for the sensor to load the calibration data */
         if (!poll_rdy(dev, REG_ADDR_MEAS_CFG,
IFX_DPS310_REG_ADDR_MEAS_CFG_SELF_INIT_OK)) {
-                LOG_DBG("Sensor not ready");
+                LOG_ERR("Sensor not ready");
                 return -EIO;
         }

```

drivers/sensor/maxim/ds18b20/ds18b20.c

```
@@ -322,7 +322,7 @@ static int ds18b20_init(const struct device *dev)
         struct ds18b20_data *data = dev->data;

         if (device_is_ready(cfg->bus) == 0) {
-                LOG_DBG("w1 bus is not ready");
+                LOG_ERR("w1 bus is not ready");
                 return -ENODEV;
         }

```

drivers/sensor/meas/ms5607/ms5607_i2c.c

```
@@ -74,7 +74,7 @@ static int ms5607_i2c_read_adc(const struct ms5607_config *config, uint32_t *val
   static int ms5607_i2c_check(const struct ms5607_config *config)
   {
       if (!device_is_ready(config->bus_cfg.i2c.bus)) {
-          LOG_DBG("I2C bus device not ready");
+          LOG_ERR("I2C bus device not ready");
           return -ENODEV;
       }

```

drivers/sensor/meas/ms5607/ms5607_spi.c

```
@@ -141,7 +141,7 @@ static int ms5607_spi_read_adc(const struct ms5607_config *config, uint32_t *val
   static int ms5607_spi_check(const struct ms5607_config *config)
   {
       if (!spi_is_ready_dt(&config->bus_cfg.spi)) {
-          LOG_DBG("SPI bus not ready");
+          LOG_ERR("SPI bus not ready");
           return -ENODEV;
       }

```

drivers/sensor/tach_gpio/tach_gpio.c

```
@@ -117,7 +117,7 @@ static int tach_gpio_init(const struct device *dev)
       int ret;

       if (!gpio_is_ready_dt(&config->gpio)) {
-          LOG_DBG("Gpio is not ready");
+          LOG_ERR("Gpio is not ready");
           return -ENODEV;
       }

```

## Comments 0

Please sign in to comment.