# EXHIBIT 31

zephyrproject-rtos / **zephyr**

Code | Issues 2k | Pull requests 2.2k | Discussions | Actions | Projects

# Commit 9ca3826

**MaureenHelm** authored and **David Leach** committed on Oct 25, 2024

```
drivers: sensor: adi: Set trigger thread name

Sets the trigger thread name for all adi sensor drivers to more clearly
identify the thread when tracing or debugging.

Signed-off-by: Maureen Helm <maureen.helm@analog.com>
```

main (#80115) · v4.5.0-rc1 ··· v4.0.0-rc1

1 parent 17d9e75 commit 9ca3826

**5 files changed** +9

Top

Filter files...

- drivers/sensor/adi
  - adt7310
    - adt7310_trigger.c
  - adt7420
    - adt7420_trigger.c
  - adxl362
    - adxl362_trigger.c
  - adxl367
    - adxl367_trigger.c
  - adxl372
    - adxl372_trigger.c

Search within code

drivers/sensor/adi/adt7310/adt7310_trigger.c

```diff
@@ -133,6 +133,7 @@ int adt7310_init_interrupt(const struct device *dev)
 			adt7310_thread, drv_data,
 			NULL, NULL, K_PRIO_COOP(CONFIG_ADT7310_THREAD_PRIORITY),
 			0, K_NO_WAIT);
+	k_thread_name_set(&drv_data->thread, dev->name);
 #elif defined(CONFIG_ADT7310_TRIGGER_GLOBAL_THREAD)
 	drv_data->work.handler = adt7310_work_cb;
 #endif
```

drivers/sensor/adi/adt7420/adt7420_trigger.c

```diff
@@ -170,6 +170,8 @@ int adt7420_init_interrupt(const struct device *dev)
 			adt7420_thread, drv_data,
 			NULL, NULL, K_PRIO_COOP(CONFIG_ADT7420_THREAD_PRIORITY),
 			0, K_NO_WAIT);
+
+	k_thread_name_set(&drv_data->thread, dev->name);
 #elif defined(CONFIG_ADT7420_TRIGGER_GLOBAL_THREAD)
 	drv_data->work.handler = adt7420_work_cb;
 #endif
```

drivers/sensor/adi/adxl362/adxl362_trigger.c

```diff
@@ -185,6 +185,8 @@ int adxl362_init_interrupt(const struct device *dev)
 			adxl362_thread, drv_data,
 			NULL, NULL, K_PRIO_COOP(CONFIG_ADXL362_THREAD_PRIORITY),
 			0, K_NO_WAIT);
+
+	k_thread_name_set(&drv_data->thread, dev->name);
 #elif defined(CONFIG_ADXL362_TRIGGER_GLOBAL_THREAD)
 	drv_data->work.handler = adxl362_work_cb;
 #endif
```

drivers/sensor/adi/adxl367/adxl367_trigger.c

```
@@ -174,6 +174,8 @@ int adxl367_init_interrupt(const struct device *dev)
 			(k_thread_entry_t)adxl367_thread, drv_data,
 			NULL, NULL, K_PRIO_COOP(CONFIG_ADXL367_THREAD_PRIORITY),
 			0, K_NO_WAIT);
+
+	k_thread_name_set(&drv_data->thread, dev->name);
 #elif defined(CONFIG_ADXL367_TRIGGER_GLOBAL_THREAD)
 	drv_data->work.handler = adxl367_work_cb;
 #endif
```

drivers/sensor/adi/adxl372/adxl372_trigger.c

```
@@ -192,6 +192,8 @@ int adxl372_init_interrupt(const struct device *dev)
 			adxl372_thread, drv_data,
 			NULL, NULL, K_PRIO_COOP(CONFIG_ADXL372_THREAD_PRIORITY),
 			0, K_NO_WAIT);
+
+	k_thread_name_set(&drv_data->thread, dev->name);
 #elif defined(CONFIG_ADXL372_TRIGGER_GLOBAL_THREAD)
 	drv_data->work.handler = adxl372_work_cb;
 #endif
```

## Comments 0

Please sign in to comment.