# EXHIBIT 32

ANALOG DEVICES




# David Q. Kelly · 3rd

Manufacturing Technology Executive | Global Head of IT Platforms Running Semiconductor Fab & Assembly/Test Operations

Analog Devices

Dallas, Texas, United States · Contact info

Message + Follow ···

**Hiring: Analyst, Manufacturing IT & 1 other**

Analog Devices · Camas, Washington, United States · ...

Show both jobs

## About

Global Head of Manufacturing IT at Analog Devices, accountable for the technology platforms that enable operations across internal wafer fabs and assembly/test networks worldwide. I lead the strategy and delivery of resilient, automated, and data-driven manufacturing environments that improve yield, efficiency, and operational continuity at scale.

I operate at the intersection of manufacturing, engineering, and enterprise technology, aligning digital capability directly to business performance. My focus is harmonizing platforms, strengthening resiliency, and advancing intelligent automation to help global manufacturing organizations run faster, smarter, and with greater predictability.

My career spans device physics, product engineering, manufacturing systems, and enterprise data leadership, a progression that allows me to approach factory technology with both first-principles rigor and operational pragmatism. I am particularly drawn to complex environments where technical depth, disciplined execution, and strategic clarity must coexist.

execution, and strategic clarity must coexist.

Previously, I have built and led multidisciplinary teams responsible for manufacturing data systems, factory automation, production software, and engineering platforms. Across these roles, my mandate has remained consistent: translate technological capability into measurable operational advantage.

I hold a Ph.D. in Electrical Engineering from The University of Texas at Austin, where my research focused on germanium-carbon epitaxy on silicon substrates.

I am motivated by building organizations that are trusted operators of mission-critical systems while continuously raising the ceiling on what manufacturing technology can enable.

**Top skills**
Software Development • Semiconductor Fabrication • Manufacturing Automation • Data Engineering • Leadership →

## Activity

1,347 followers

+ Follow

**Posts** Comments




**David Q. Kelly** • 3rd+ •••
Manufacturing Technology Executive | Glob...
Aug 26 •

We're hiring additional Analyst positions for our wafer fab in Camas, Washington.... more

**Analyst, Manufacturing IT** View job
Analog Devices
Camas, WA
401(k) benefit

22 4




**David Q. Kelly** • 3rd+
Manufacturing Technology Executive | Glob...
Aug 18 •

We're hiring a Senior Analyst for ADI's wafer fab in Camas, Washington.... more

**Senior Analyst, Manufacturing IT** View job
Analog Devices
Camas, WA
401(k) benefit

1 connection works here ›

40 2

Show all →

## Experience

### Analog Devices
Full-time · 2 yrs
Dallas, Texas, United States

**Senior Director, Manufacturing IT**
Dec 2025 - Present · 11 mos
On-site

Global Head of Manufacturing IT, responsible for the strategy and delivery of systems that run ADI's internal wafer fabs and assembly/test network, including MES, manufacturing technology, and… more

**Director, Data Engineering**
Nov 2024 - Dec 2025 · 1 yr 2 mos
Hybrid

Lead data-driven strategies to optimize manufacturing processes and drive operational efficiency. Oversee data collection, analysis, and utilization. Drive data quality, governance, and aligning …

### Senior Director, Manufacturing Data Systems
Coherent Corp. · Full-time
Jun 2019 - Nov 2024 · 5 yrs 6 mos
Sherman, Texas

Responsible for manufacturing data systems and software

**Technical Architecture, Cloud Computing and +9 skills**

### Finisar Corporation (NASDAQ: FNSR)
6 yrs 5 mos
Allen, Texas

**Manager, Software and Data Engineering**
Jun 2015 - Jun 2019 · 4 yrs 1 mo

Manufacturing database infrastructure, factory automation, production and engineering software applications, data visualization tools, customer data support

**Strategic Thinking, Interpersonal Skills and +2 skills**

**Senior Design Engineer**
Feb 2013 - Jun 2015 · 2 yrs 5 mos

Senior engineer responsible for vertical cavity surface-emitting laser (VCSEL) optical module design,

test, packaging, and software/test development.

Interpersonal Skills and SQL

---

Syndiant

## Syndiant, Inc

4 yrs

### Director of Product Engineering

Jun 2010 - Feb 2013 · 2 yrs 9 mos

Dallas, Texas

Director of product engineering for liquid-crystal-on-silicon (LCOS) display panels and controllers used in microdisplay applications. Responsible for manufacturing and test development ... ...

Strategic Thinking, Interpersonal Skills and +1 skill

### Senior Product Engineer

Mar 2009 - Jun 2010 · 1 yr 4 mos

Product engineering for liquid-crystal-on-silicon (LCOS) display panels used in accessory and embedded pico projector applications.

Interpersonal Skills

---

## Product Engineer

Texas Instruments

Jan 2007 - Jan 2009 · 2 yrs 1 mo

Product optimization engineer for portable and home audio amplifiers in the High-Performance Analog business division.

Interpersonal Skills

---

Show all →